**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Builder's Capital, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0387521** |

4.    **Debtor's address**

**Principal place of business**

**221 Positive Point St**
**Henderson, NV 89012-5499**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Builder's Capital, Inc.**                                      Case number (*if known*) _____
       Name

**7.**    **Describe debtor's business**    A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
        See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        ____

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

     ■ Chapter 7

     ☐ Chapter 9

     ☐ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

     ■ No.

     ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     ☐ No

     ■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Stephen G. Brockman** | Relationship | **President** |
|---|---|---|---|---|
| | District | **Nevada** | When **2/07/14** | Case number, if known **14-10819-ABL** |

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49               ■ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                   ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                   ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Builder's Capital, Inc.**                                             Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2016**
_____
MM / DD / YYYY

**X** **/s/ Stephen G. Brockman**                        **Stephen G. Brockman**
_____      _____
Signature of authorized representative of debtor           Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Matthew L. Johnson**                        Date    **May  3, 2016**
_____           _____
Signature of attorney for debtor                              MM / DD / YYYY

**Matthew L. Johnson**
_____
Printed name

**JOHNSON & GUBLER, P.C.**
_____
Firm name

**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(702) 471-0065**        Email address    **mjohnson@mjohnsonlaw.com**

**6004**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Builder's Capital, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 3, 2016**      X **/s/ Stephen G. Brockman**
                                   Signature of individual signing on behalf of debtor

                                   **Stephen G. Brockman**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Builder's Capital, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $     **57,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $     **424,750.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     **481,750.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **3,300,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **9,522,561.24**

4. **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b          $     **12,822,561.24**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Builder's Capital, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cathay Bank, 7220 Spring Mountain Road, Las Vegas, Nevada 89146 [Amount is approximate]** | **Checking Account** | 3777 | **$2,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,000.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **148,750.00** | - | **0.00** | =.... | **$148,750.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Builder's Capital, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | **$148,750.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                      % of ownership | | |
| 15.1. | **0.9197% interest in B-PVL1, LLC.  This LLC owns approximately 300 acres of land and water rights in Pahrump, Nevada, County of Nye. There are capital calls by this LLC that Builders Capital has not paid and therefore there may be offsets due to the company for these unpaid capital calls.**<br>**[Value is estimated]**        .9197      % | N/A | $30,000.00 |
| 15.2. | **2.227% interest in Gateway Lots Investors LLC.  There are 49 members in this LLC.  It owns a Promissory Note and Trust Deed on 640 acres (sixteen 40-acre parcels) in Mohave County, Arizona.**<br>**[Value is estimated]**        2.227      % | N/A | $14,000.00 |
| 15.3. | **2.457% interest in B-SCT1, LLC.  This entity owns 5 acres (APN: 191-09-801-014) of land in Henderson, Nevada, and has 22 members.**<br>**[Value is estimated]**        2.547      % | N/A | $50,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | **$94,000.00** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Builder's Capital, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **37.5% interest in a single family building lot.**<br>**7419 Lawrence Powers Court, Las Vegas, Nevada 89129 Clark County, Nevada // APN: 138-03-318-006 [Value is estimated]** | **Tenants in Common** | **$0.00** | **N/A** | **$25,000.00** |
| 55.2. **8.18% interest in 5 acres of raw land Casa Grande, Arizona Pinal County, Arizona // APN: 505-30-02308 [Value is estimated]** | **Tenants in Common** | **$0.00** | | **$32,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$57,000.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Builder's Capital, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **1.7567% interest in a judgement awarded in the case of Builder's Capital, Inc. vs. John A. Ritter (A-11-637783-C). Judgment is approximately $9,000,000.00.  Judgment Debtor Examinations are underway by co-plaintiffs. [Value is estimated]** | **$180,000.00** |

| 78. | **Total of Part 11.** | **$180,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Builder's Capital, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $148,750.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $94,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $57,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $180,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $424,750.00 | + 91b. $57,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $481,750.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Builder's Capital, Inc.**

United States Bankruptcy Court for the:          DISTRICT OF NEVADA

Case number (if known)          _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Builder's Capital, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Builder's Capital, Inc.**<br>**Defind Benefit Pension Plan**<br>**221 Positive Point St**<br>**Henderson, NV 89012-5499**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Business Loan (Claim amount is approximate)**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$2,300,000.00** | **Unknown** |
| 2.2 | Priority creditor's name and mailing address<br>**Builders Capital, Inc.**<br>**Defined Benefit Pension Plan**<br>**2780 S Jones Blvd, STE 205**<br>**Las Vegas, NV 89146-5659**<br><br>Date or dates debt was incurred<br><br>**12/2012**<br><br>Last 4 digits of account number **RE:**<br>**Stephen Brockman**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Plan assets fell in value due to plan's investment in real estate. (Amount is estimated amount to make plan whole) - Listed for full disclosure purposes only - unknown whether additional contributions were required**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$1,000,000.00** | **Unknown** |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Builder's Capital, Inc.**                                     Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.1** Nonpriority creditor's name and mailing address

**A.P. (Alex) Rayment**
**1386 Porter Dr**
**Minden, NV 89423-9088**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Adolph F. Henriksen**
**2908 Marcia Ave**
**Las Vegas, NV 89101-1618**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Adria K. Dunford**
**2253 Lucerne Dr**
**Henderson, NV 89014-4901**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**AGAVE PROPERTIES, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County, NV. Case No. A-14-694928-C. JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Aimee Ignatowicz**
**7512 Summer Crest Ln**
**Las Vegas, NV 89129-6035**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Aimie Anigian**
**12168 Mount Vernon Ave, UNIT 92**
**Grand Terrace, CA 92313-5546**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Alan Carey**
**3939 Reno Hwy**
**Fallon, NV 89406-8378**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.8**

Nonpriority creditor's name and mailing address
**Alan G. Dondero**
**1877 W Colchester Dr**
**Eagle, ID 83616-5793**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9**

Nonpriority creditor's name and mailing address
**Alan Horwitz**
**9177 Tudor Park Pl**
**Las Vegas, NV 89145-8725**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.10**

Nonpriority creditor's name and mailing address
**Alan J. Duncan**
**8420 Caramel Ridge Ct**
**Las Vegas, NV 89113-0121**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.11**

Nonpriority creditor's name and mailing address
**Alan J. Nash**
**4395 Country Meadow St**
**Moorpark, CA 93021-3711**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12**

Nonpriority creditor's name and mailing address
**Alan L. McGibbon**
**1308 S 16th St**
**Las Vegas, NV 89104-1828**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.13**

Nonpriority creditor's name and mailing address
**Alan M. Pearlstein**
**1 River Pl, APT 2011**
**New York, NY 10036-4376**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.14**

Nonpriority creditor's name and mailing address
**Alan Marks**
**2606 S Durango Drive, APT 144**
**Las Vegas, NV 89117-2652**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Builder's Capital, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Alan R. Beckman**
**1836 Taylorville St**
**Las Vegas, NV 89135-1051**

Date(s) debt was incurred _

Last 4 digits of account
number  **In Re: Builder's Capital**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.16** | Nonpriority creditor's name and mailing address

**Alan Rapoport**
**4515 Roma Ct**
**Marina Del Rey, CA 90292-7704**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.17** | Nonpriority creditor's name and mailing address

**Albert L. Gasper**
**3043 Otha St**
**Carson City, NV 89706-1112**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.18** | Nonpriority creditor's name and mailing address

**Albert M. Stewart**
**2330 Pinto Rd**
**Henderson, NV 89002-9328**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.19** | Nonpriority creditor's name and mailing address

**Alex J. Pankratz, Jr.**
**7923 Amestoy Ave**
**Van Nuys, CA 91406-1604**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.20** | Nonpriority creditor's name and mailing address

**Alex J. Sugden**
**7850 Castle Pines Ave**
**Las Vegas, NV 89113-1205**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.21** | Nonpriority creditor's name and mailing address

**Alex Pupacko**
**876 Coloma Dr**
**Carson City, NV 89705-7205**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*
_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexander Evans**
P.O. Box 71
Verdi, NV 89439-0071

Date(s) debt was incurred  _
Last 4 digits of account
number  In Re: Builder's Capital

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alice Shepherd**
14758 Calla Lily Ct
Canyon Country, CA 91387-1519

Date(s) debt was incurred  _
Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allan E. Richardson**
1673 Mission Meadows Dr
Oceanside, CA 92057-5716

Date(s) debt was incurred  _
Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allan Siebert**
44 Chenal Circle
Little Rock, AR 72223-9566

Date(s) debt was incurred  _
Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allen B. Thach**
11386 Sandstone Ridge Dr
Las Vegas, NV 89135-1504

Date(s) debt was incurred  _
Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allen Sidney Alpert**
4764 Bersaglio St
Las Vegas, NV 89135-2472

Date(s) debt was incurred  _
Last 4 digits of account
number  In Re: Builder's Capital

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alois Labermeier**
2520 Tumble Brook Dr
Las Vegas, NV 89134-7867

Date(s) debt was incurred  _
Last 4 digits of account
number  In Re: Builer's Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Builder's Capital, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.29**

**Nonpriority creditor's name and mailing address**
Amber Parucha
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
American Property Services, LLC
6042 Plumas Str, APT H
Reno, NV 89519-6021

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.31**

**Nonpriority creditor's name and mailing address**
Amina Henson
7851 Harp Tree St
Las Vegas, NV 89139-6285

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.32**

**Nonpriority creditor's name and mailing address**
Anastasia Potter
140 Cogorno Way
Carson City, NV 89703-5414

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
Andrew Hadra
c/o Madison Partners
12121 Wilshire Blvd, STE 900
Los Angeles, CA 90025-1168

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
Andrew J. Howard
734 Gull Point Avenue
Las Vegas, NV 89123-3045

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.35**

**Nonpriority creditor's name and mailing address**
Andrew L. Zak
9720 Verlaine Ct
Las Vegas, NV 89145-8695

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**                                Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Andrew M. Siuba**<br>**3828 Dabney Dr**<br>**North Las Vegas, NV 89032-0404**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Angela Melfi**<br>**4221 Laurel Hill Dr**<br>**North Las Vegas, NV 89032-3047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Angelo Mario Antignani**<br>**4616 Harvest Night St**<br>**Las Vegas, NV 89129-3229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Anita B. Johnson**<br>**9504 Spanish Steps Ln**<br>**Las Vegas, NV 89117-0841**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Anita Caselli**<br>**11009 Battlement Ave**<br>**Las Vegas, NV 89134-7257**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Ann G. Clemens**<br>**116 S Yorkshire Blvd**<br>**Youngstown, OH 44515-3553**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Annabelle E. Taylor**<br>**654 Rolling Green Dr**<br>**Las Vegas, NV 89169-3770**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor      **Builder's Capital, Inc.**                                                    Case number *(if known)* _____
            Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anne Marie Kluza**
**4628 SE Ellis St**
**Portland, OR 97206-5765**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Annie Kimmel**
**6939 Tradewinds Dr**
**Carlsbad, CA 92011-3226**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony & Ardath Schwab**
**73 Smokestone Ct**
**Las Vegas, NV 89110-5237**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony Alfonzo**
**1060 Brickell Ave, APT 1515**
**Miami, FL 33131-3918**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony E. Counini**
**2857 Paradise Rd, UNIT 2502**
**Las Vegas, NV 89109-9033**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony Frisco**
**6174 Quintillion Ave**
**Las Vegas, NV 89122-3461**

Date(s) debt was incurred  _

Last 4 digits of account
number  **In Re: Builder's Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Anthony J. Marini**
**6382 Everest Dr**
**Reno, NV 89523-2849**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony J. Miranti**
7216 N Via Nueva
Scottsdale, AZ 85258-3729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony M. Marlon**
9025 Greensboro Ln
Las Vegas, NV 89134-0501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Mudd**
c/o Polycomp
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonio De Angelis**
2005 W Grace St
Boise, ID 83702-0744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Apollo Andre**
2904 Golfside Drive
Las Vegas, NV 89134-8565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arco Electric, Inc.**
597 W 9320 S
Sandy, UT 84070-6666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **In Re: Builder's Capital**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arlen Bean**
1840 Manzanita Ln
Reno, NV 89509-5262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim: Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.** _____  Case number (if known) _____
         Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.57** Nonpriority creditor's name and mailing address
Arlene Hurlburt
6590 Bernal St
Simi Valley, CA 93063-3918

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
Arnold H. Schwartzberg
1808 Aztec Cliffs Ct
Las Vegas, NV 89128-8277

Date(s) debt was incurred _

Last 4 digits of account
number **In Re: Builder's Capital**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
Arthur G. Noxon, Esq.
2657 Windmill Pkwy, STE 197
Henderson, NV 89074-3384

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
Arthur J. Lurie
c/o Jim Pfrommer, CPA
645 Sierra Rose Dr, STE 101
Reno, NV 89511-4025

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
Arthur Paul Valerie
7578 Pepper St
Rancho Cucomonga, CA 91730-2125

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
Arthur T. Gildner
8300 E McDowell Rd, Unit 3058
Scottsdale, AZ 85257-3972

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address
Audie Embestro
1102 S Austin Ave, STE 110-365
Georgetown, TX 78626-6700

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*            $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
_____
Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.64**

Nonpriority creditor's name and mailing address
**Aurelie Jamgotchian**
**15900 Harvest St**
**Granada Hills, CA 91344-3940**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.65**

Nonpriority creditor's name and mailing address
**Bank of Las Vegas**
**Attn: Garry L. Hayes, Esq.**
**199 N. Arroyo Grande Blvd, STE 200**
**Henderson, NV 89074-1609**

Date(s) debt was incurred  **4/24/2012**

Last 4 digits of account number  **Re: Bank of LV vs. Builder's C**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank of Las Vegas vs. Builder's Capital, Inc. et al / Case # A-10-623266-C / Filed with the District Court of Clark County, Nevada / Judgment regarding business debt**

Is the claim subject to offset? ■ No ☐ Yes

$256,000.00

---

**3.66**

Nonpriority creditor's name and mailing address
**Banker's Consulting Corporation**
**17550 N. Perimeter Drive**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.67**

Nonpriority creditor's name and mailing address
**Barbara Alice Algase**
**8241 Turtle Creek Circle**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.68**

Nonpriority creditor's name and mailing address
**Barbara Gregory**
**7813 Wading Bird Way**
**North Las Vegas, NV 89084-3775**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.69**

Nonpriority creditor's name and mailing address
**Barbara J. Allen**
**7325 Palmyra Ave**
**Las Vegas, NV 89117-3204**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70**

Nonpriority creditor's name and mailing address
**Barbara Marsh**
**418 Morrissey Blvd**
**Santa Cruz, CA 95062-1258**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Builder's Capital, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Smeland**
**875 Nicole Cir**
**Okemos, MI 48864-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Venturacci**
**2550 Riviera St**
**Reno, NV 89509-1196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beatrice Presto**
**1462 Douglas Ave**
**Gardnerville, NV 89410-5102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Becky Allen**
**18410 Lake Vista Rd**
**Washoe Valley, NV 89704-9668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Costa**
**c/o Robert W. Costa**
**2761 Lippizan Cir**
**Las Vegas, NV 89121-5401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benedict E. Urban**
**2691 Evergreen Oaks Dr**
**Henderson, NV 89052-7060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Gargle**
**5440 Los Estados**
**Yorba Linda, CA 92887-5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Builder's Capital, Inc.** _____  Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Benjamin R. Macias**
**5408 Fountain Palm St**
**Las Vegas, NV 89130-3684**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.79 | **Nonpriority creditor's name and mailing address** |

**Benny Perry**
**3063 Silent Wind Way**
**Henderson, NV 89052-4014**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.80 | **Nonpriority creditor's name and mailing address** |

**Bernard Sindler**
**2112 Plaza Del Fuentes**
**Las Vegas, NV 89102-3912**

Date(s) debt was incurred  _

Last 4 digits of account
number  **In Re: Builder's Capital**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.81 | **Nonpriority creditor's name and mailing address** |

**Bernice Grams**
**230 Bethwick Cir**
**Las Vegas, NV 89183-4561**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.82 | **Nonpriority creditor's name and mailing address** |

**Bernie L. Roybal, Jr.**
**624 Edgebrook Dr**
**Las Vegas, NV 89145-8808**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.83 | **Nonpriority creditor's name and mailing address** |

**Bess Goffstein**
**564 Sarah Ln, APT 306**
**St. Louis, MO 63141-6993**

Date(s) debt was incurred  _

Last 4 digits of account
number  **In Re: Builder's Capital**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.84 | **Nonpriority creditor's name and mailing address** |

**Bess Sizemore**
**599 Forest Highlands**
**Flagstaff, AZ 86005-8433**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betsy Barnett**
c/o Sierra Financial Advisors LLC
3860 GS Richards Blvd
Carson City, NV 89703-8422

Date(s) debt was incurred _

Last 4 digits of account
number **In Re: Builder's Capital, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Chong**
2620 Laguna Street
San Francisco, CA 94123-4966

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty J. Phenix**
1745 Cedarwood Dr
Minden, NV 89423-4730

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Van Vliet**
4613 Verano Dr
Las Vegas, NV 89130-5321

Date(s) debt was incurred _

Last 4 digits of account
number **In Re: Builder's Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beverly Ann Jeffers**
2609 Centerville Ct
Henderson, NV 89052-7010

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beverly Gomez**
c/o Polycomp
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Carner**
8513 Del Ray Ave
Las Vegas, NV 89117-1216

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Bill Mullis**
**301 Little Gap Ct**
**Chapin, SC 29036-8652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Billie Silviera**
**1925 SE Portola Dr**
**Grants Pass, OR 97526-4052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Billy Milam**
**c/o Conway Stuart & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Billy West Vaden**
**2247 W Washington St**
**Carson City, NV 89703-5420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Blake Boyer**
**1605 Golden Oak Dr**
**Las Vegas, NV 89117-1452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bob Campbell**
**627 E Fairway Rd**
**Henderson, NV 89015-7407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bonnie Cisneros**
**4550 W Oakey Blvd, STE 100A**
**Las Vegas, NV 89102-1506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                      Case number *(if known)* _____
      Name

| | |
|---|---|
| **3.99** | **Nonpriority creditor's name and mailing address** |

**Boyd Deel**
**P.O. Box 5909**
**San Jose, CA 95150-5909**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.100** | **Nonpriority creditor's name and mailing address** |

**BOYD FAMILY PARTNERSHIP**
**C/O GREGORY & ELIAS PLC**
**3640 HIGHWAY 95 STE 140**
**BULLHEAD CITY, AZ 86442-4337**

Date(s) debt was incurred **2014**

Last 4 digits of account
number **Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Boyd Family Partnership et al vs. Sunny Lakes Ranchos, LLC et al.  Superior Court of Arizona, County of Mohave, Case No. CV-2014-00669**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.101** | **Nonpriority creditor's name and mailing address** |

**Brad Bailey**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.102** | **Nonpriority creditor's name and mailing address** |

**Bradley Boyd**
**P.O. Box 750729**
**Las Vegas, NV 89136-0729**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.103** | **Nonpriority creditor's name and mailing address** |

**Bradley C. Shultis**
**9710 Vista Crest Ave**
**Las Vegas, NV 89148-4649**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.104** | **Nonpriority creditor's name and mailing address** |

**Brandon L. McBrayer**
**8034 W Clara Ln**
**Peoria, AZ 85382-5411**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.105** | **Nonpriority creditor's name and mailing address** |

**Bret Watson**
**631 Caspian Ct**
**Reno, NV 89521-6258**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                        Case number (if known) _____
_____
Name

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Boyer**
**1605 Golden Oak Dr**
**Las Vegas, NV 89117-1452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Thomas**
**908 Crescent Moon Dr**
**North Las Vegas, NV 89031-1493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brianna Duford**
**2460 Antler Point Dr**
**Henderson, NV 89074-6162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bruce Bryen**
**777 S Federal Hwy, APT N409**
**Pompano Beach, FL 33062-5914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bruce Falkenborg**
**1458 Glarus Ct**
**Incline Village, NV 89451-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bruce Krater**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bruce Lamont Henriksen**
**250 W Main St**
**American Fork, UT 84003-2228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number (if known) _____
_____
Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.113** | Nonpriority creditor's name and mailing address

**Bruce W. Park**
**P.O. Box 427**
**Gardnerville, NV 89410-0427**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.114** | Nonpriority creditor's name and mailing address

**Bruce Young**
**1822 Derby Dr**
**Santa Ana, CA 92705-2509**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115** | Nonpriority creditor's name and mailing address

**Burak Ahmed**
**1830 Myrtle Island Dr**
**Las Vegas, NV 89117-2050**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116** | Nonpriority creditor's name and mailing address

**Burton D. Sibley**
**16326 W Willow Creek Ln**
**Surprise, AZ 85374-6432**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117** | Nonpriority creditor's name and mailing address

**C.E. Langford**
**6111 Churchfield Blvd, APT 3**
**Las Vegas, NV 89103-4542**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118** | Nonpriority creditor's name and mailing address

**C.W. Ruggeroli**
**c/o Conway Stuart & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119** | Nonpriority creditor's name and mailing address

**Calvin Terrill**
**3704 Oakhurst Dr**
**Holiday, FL 34691-1636**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**                                      Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Carina Tanzarello**<br>**5 Seneca Manor Dr**<br>**Seneca Falls, NY 13148-2315** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Carl Seelman**<br>**1109 Invitational Dr**<br>**Las Vegas, NV 89134-0593** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**Carl Turner**<br>**512 Shortbow Trl**<br>**Lusby, MD 20657-5540** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**Carlene Rodriguez**<br>**3562 Driving Range St**<br>**Las Vegas, NV 89122-3404** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.124 | **Nonpriority creditor's name and mailing address**<br>**Carlton B. Cantor**<br>**1960 Rosemere Ct**<br>**Las Vegas, NV 89117-2060** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.125 | **Nonpriority creditor's name and mailing address**<br>**Carmen Ferch**<br>**14699 Royal Way**<br>**Truckee, CA 96161-1141** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>**Carmen Miller**<br>**1203 N Kings Rd, APT 306**<br>**West Hollywood, CA 90069-2875** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Investor__ | |
| | **Last 4 digits of account number** __In Re: Builder's Capital, Inc.__ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor      **Builder's Capital, Inc.**                                          Case number *(if known)* _____
            Name

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Childress**
UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol Ewing**
7717 Constanzo Ave, UNIT 202
Las Vegas, NV 89128-8038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol M. Riley**
2025 Hot Oak Ridge St
Las Vegas, NV 89134-5517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carole J. Newby**
5209 Elm Grove Dr
Las Vegas, NV 89130-3669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolina E. Chiarottino**
2852 Breakers Creek Dr
Las Vegas, NV 89134-7312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolyn Batcabe**
55 High Ridge Ct
Reno, NV 89511-7717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolyn F. Grant**
951 University Pl
Reno, NV 89512-4520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Carolyn Farino**
**3190 Sterlinghire Dr**
**Las Vegas, NV 89146-6225**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.135 **Nonpriority creditor's name and mailing address**
**Carolyn Grant**
**951 University Pl**
**Reno, NV 89512-4520**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.136 **Nonpriority creditor's name and mailing address**
**Carolyn M. Usher**
**6468 Fosco Ct**
**Las Vegas, NV 89131-3154**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.137 **Nonpriority creditor's name and mailing address**
**Carrie Herndon**
**140 S. Ring Dove Dr**
**Las Vegas, NV 89144-4351**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.138 **Nonpriority creditor's name and mailing address**
**Cary Lurie**
**6490 S McCarran Blvd, STE d28**
**Reno, NV 89509-6102**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.139 **Nonpriority creditor's name and mailing address**
**Caryl J. Guth**
**105 Willowbrook Pl**
**Advance, NC 27006-8400**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.140 **Nonpriority creditor's name and mailing address**
**Catherine Green**
**8245 Dolphin Bay Ct**
**Las Vegas, NV 89128-7128**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor   **Builder's Capital, Inc.**
_____   Case number (if known) _____
Name

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Green**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Middlested**
**P.O. Box 1441**
**Mariposa, CA 95338-1441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Patsis**
**8479 Indigo Harbor Ave**
**Las Vegas, NV 89117-9166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathie Van Loo**
**901 N Brutscher St, STE 205**
**Newberg, OR 97132-6097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cecil Capps**
**1687 Deep Spring Ave**
**Las Vegas, NV 89123-2458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cecil Capps**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles and Judith Haga**
**6225 Nita Avenue**
**Woodland Hills, CA 91367-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name                                              Case number *(if known)* _____

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.148** | **Nonpriority creditor's name and mailing address**

**Charles Duarte**
**2652 Stetson Cir**
**Minden, NV 89423-8874**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

**Charles Duarte**
**c/o Sierra Financial Advisors**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

**Charles E. Keenan, Jr.**
**665 Languid Ln**
**Simi Valley, CA 93065-5408**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

**Charles H. Buckingham**
**7560 Widewing Dr**
**North Las Vegas, NV 89084-3740**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**

**Charles H. Leonard**
**8416 Vibrant Dr**
**Las Vegas, NV 89117-1271**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

**Charles Howard**
**7325 Palmyra Ave**
**Las Vegas, NV 89117-3204**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

**Charles J. Howard**
**2716 Campo Verde Dr**
**Las Vegas, NV 89121-3942**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
      Name

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles L. Halsey**
**2328 Heather Valley Dr**
**Las Vegas, NV 89134-6098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles W. Bowman**
**10881 Valley Dr**
**Plymouth, CA 95669-9523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles W. Valerie**
**6504 W Kamloops Dr**
**Rathdrum, ID 83858-6418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlotte London**
**300 Central Park W, APT 3E**
**New York, NY 10024-1576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheryl Davis**
**713 Red Jacket Dr**
**Dayton, NV 89403-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheryl Stoddard**
**1720 Malaga Dr**
**Carson City, NV 89703-2328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Haase**
**100 Corporate Park Dr**
**Henderson, NV 89074-8725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investor__

**Last 4 digits of account number** __In Re: Builder's__
**Capital, Inc.__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.162**

**Nonpriority creditor's name and mailing address**
**Christina Broo**
**811 Carroll Dr**
**Carson City, NV 89703-1502**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Christine Karayan**
**618 N Doheny Dr, FL 2**
**Los Angeles, CA 90069-5506**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164**

**Nonpriority creditor's name and mailing address**
**Christine Mody**
**1443 Foothills Village Dr**
**Henderson, NV 89012-7266**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Invoice__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
**Christophe F. Ediosmo**
**1386 Porter Dr**
**Minden, NV 89423-9088**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166**

**Nonpriority creditor's name and mailing address**
**Christopher Coombs**
**1660 Gulch Way**
**Reno, NV 89521-3022**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**

**Nonpriority creditor's name and mailing address**
**Chuck Blum**
**181 H Armitage**
**Livingston, TX 77351-4570**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Cindi Donald**
**24 Parkwood Dr, APT 8**
**Redlands, CA 92373-4100**

Date(s) debt was incurred _

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Debtor    **Builder's Capital, Inc.**
_____

Case number *(if known)* _____

Name

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindi Donald**
**PO Box 32537**
**Santa Fe, NM 87594-2537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700,000.00 |
|---|---|---|---|

**City National Bank**
**c/o Hemar, Rousso & Heald**
**15910 Ventura Blvd, FL 12**
**Encino, CA 91436-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2009**

Last 4 digits of account number  **6023**

Basis for the claim:  **Judgment regarding business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.00 |
|---|---|---|---|

**Clark County Collections**
**8860 W Sunset Rd, STE 100**
**Las Vegas, NV 89148-4899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2011**

Last 4 digits of account number  **9115**

Basis for the claim:  **Collection agency for medical charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.00 |
|---|---|---|---|

**Clark County Collections**
**8860 W Sunset Rd, STE 100**
**Las Vegas, NV 89148-4899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2012**

Last 4 digits of account number  **7842**

Basis for the claim:  **Collection agency for medical charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayson J Carpenter**
**1712 Millstream Way**
**Henderson, NV 89074-1615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cletus F. Wandler**
**1897 N Edmonds Dr**
**Carson City, NV 89701-3581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cliffford Wiehe**
**2738 Fresh Pond Ct**
**Henderson, NV 89052-2801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Builder's Capital, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clifton W. Usher, Jr.**
**6387 Meadow Hill Cir**
**Reno, NV 89519-6307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cody H. Unger**
**29 Stallion St**
**Tulorosa, NM 88352-9612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colin Shao Yi Soong**
**1551 W Winnie Ln**
**Carson City, NV 89703-7404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Connie Mendoza**
**P.O. Box 25-849**
**St. Heliers, Auckland 01071**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Constantyn Chalitsios**
**2450 Louisiana Street, STE 400-110**
**Houston, TX 77006-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Conway Grayson**
**P.O. Box 2240**
**Wickenberg, AZ 85358-2240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Corey Jenkins / DSJ Unlimited, LLC**
**5101 Rent A Car Rd**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Builder's Capital, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Costandy K. Khury**
**1930 Village Center Cir, STE 3-387**
**Las Vegas, NV 89134-6214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig McCall**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Curly Taylor**
**P.O. Box 505**
**Cortez, CO 81321-0505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Curtis G. Andersen**
**11532 S Lexington Hills Cir**
**Sandy, UT 84092-5473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Brodie-Berry**
**1068 Juliet Ave**
**Saint Paul, MN 55105-2961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia R. Follis**
**PO Box 113**
**Paulden, AZ 86334-0113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale E. Puhl**
**4723 Visconti Wy**
**Las Vegas, NV 89141-4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**

Name                                                                 Case number *(if known)*

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dan Scartenzina**
P.O. Box 270110
Fruitland, UT 84027-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dana Harrah**
1608 Prince William Ln
Frisco, TX 75034-6933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dana Harrah**
c/o Sierra Financial Advisors, LLC
3860 GS Richards Blvd
Carson City, NV 89703-8422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dana L. Anderson**
1158 Daybreak Ln
Mesquite, NV 89027-7505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dana McDaniel Kanne**
1704 Wincanton Dr
Las Vegas, NV 89134-6183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dana W. Wainright**
P.O. Box 12276
Las Vegas, NV 89112-0276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel A. Kruger**
9718 Camino Capistrano Ln
Las Vegas, NV 89147-8049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
Name                                                                    Case number *(if known)*

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Daniel B. Peterson**
**10123 Stonehurst Ave**
**Sun Valley, CA 91352-1109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel Byron**
**8082 Planting Fields Pl**
**Las Vegas, NV 89117-7622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel D. Newman**
**125 Elysian Dr**
**Sedona, AZ 86336-6836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel Klebenow**
**3155 Right Hand Canyon Rd**
**Reno, NV 89510-9369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel O. Carlton**
**6124 Kami St**
**North Las Vegas, NV 89081-6688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel R. and Gilberta L. Hetrick**
**P.O. Box 98**
**Orovada, NV 89425-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel Rakich**
**2613 Silverton Dr**
**Las Vegas, NV 89134-8835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                             Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Daniel Rakich**
**301 Leonard St**
**Onaga, KS 66521-9485**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.205 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel Rooney**
**3660 N Bronco St**
**Las Vegas, NV 89108-5102**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.206 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel Rooney**
**6773 OBannon Dr**
**Las Vegas, NV 89146-2905**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.207 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel S. Amster**
**6170 West Viking Rd**
**Las Vegas, NV 89103-2236**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.208 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel Walters**
**P.O. Box 58**
**Genoa, NV 89411-0058**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.209 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daniel Ward**
**5225 Amethyst Creek Ct**
**Las Vegas, NV 89131-1016**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.210 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Danny Byington**
**P.O. box 388**
**Elko, NV 89803-0388**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor      **Builder's Capital, Inc.**                                    Case number *(if known)*
            Name

| | |
|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Danny R. Duncan
2716 Woodflower Ave
Henderson, NV 89052-3927

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.212    **Nonpriority creditor's name and mailing address**
Darlene Hammond
308 La Rue Ct
Las Vegas, NV 89145-4170

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.213    **Nonpriority creditor's name and mailing address**
Darrell Armuth
4555 Saddlehorn Rd
Reno, NV 89511-6735

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.214    **Nonpriority creditor's name and mailing address**
Darrell Armuth
5950 La Place Ct, STE 160
Suite 160
Carlsbad, CA 92008-8831

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.215    **Nonpriority creditor's name and mailing address**
Darren Sivertsen
3681 Mooncrest Cir
Las Vegas, NV 89129-5590

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.216    **Nonpriority creditor's name and mailing address**
Darsi Casey
411 Glen Eagles Ct
Dayton, NV 89403-8712

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.217    **Nonpriority creditor's name and mailing address**
Daryl Seltzer
166 S Citrus Ave
Los Angeles, CA 90036-3040

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**3.218**

**Dave Brown**
**520 E Garland Ave**
**Fresno, CA 93704-4713**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Dave Heraty**
**2546 Antique Blossom Ave**
**Henderson, NV 89052-5612**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220**

**Nonpriority creditor's name and mailing address**

**David A. Palmer**
**1601 Benchley Ct**
**Henderson, NV 89052-6918**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221**

**Nonpriority creditor's name and mailing address**

**David A. Siebert**
**30 Carmel Dr**
**Little Rock, AR 72212-4401**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**

**Nonpriority creditor's name and mailing address**

**David Aquilina**
**10318 Timber Star Ln**
**Las Vegas, NV 89135-4028**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223**

**Nonpriority creditor's name and mailing address**

**David Armstrong**
**P.O. Box 476**
**Alliance, NE 69301-0476**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224**

**Nonpriority creditor's name and mailing address**

**David B. Miner**
**2933 E Danish Rd**
**Salt Lake City, UT 84121-5786**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____
_____
Name

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Bluth**
**8204 Barham Ln**
**Las Vegas, NV 89128-7343**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David E. Miller**
**ALS Enterprise**
**8650 W Tropicana Ave, STE 208**
**Las Vegas, NV 89147-8182**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Eastman**
**2298 Horizon Ridge Pkwy, STE 211**
**Henderson, NV 89052-2698**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Ellis**
**524 Jani Pl**
**Boulder City, NV 89005-1107**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Gottlieb**
**3981 Shadow Wood Ave**
**Las Vegas, NV 89121-4535**

Date(s) debt was incurred _

Last 4 digits of account number  **0747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Gottlieb**
**3981 Shadow Wood Ave**
**Las Vegas, NV 89121-4535**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David J. Freeman**
**2670 Magnolia Blvd W**
**Seattle, WA 98199-3004**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David J. Powell**
**2363 Hardin Ridge Dr**
**Henderson, NV 89052-7062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David Jarrett**
**4996 Carnoustie Dr**
**Reno, NV 89502-9787**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David K. Lund**
**1481 Genesee Dr**
**Reno, NV 89503-1710**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David L. Baird**
**3203 E Warm Springs Rd, STE 100**
**Las Vegas, NV 89120-3172**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David M Kuckenmeister**
**109 N. Carson Meadow Dr**
**Carson City, NV 89701-4304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David N. Beckham**
**4800 N Scottsdale Rd, STE 1400**
**Scottsdale, AZ 85251-7632**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**David Osburn**
**7521 Enchanted Hills Ct**
**Las Vegas, NV 89129-5969**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

---

**3.239**

**Nonpriority creditor's name and mailing address**
**David P. & Naomi H. Boyer**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**
**David P. Boyer**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241**

**Nonpriority creditor's name and mailing address**
**David P. James**
**609 Edgebrook Dr**
**Las Vegas, NV 89145-8808**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242**

**Nonpriority creditor's name and mailing address**
**David Rice**
**1920 Redbird Drive**
**Las Vegas, NV 89134-6139**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243**

**Nonpriority creditor's name and mailing address**
**David Sailon**
**2436 Cliffwood Dr**
**Henderson, NV 89074-5884**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244**

**Nonpriority creditor's name and mailing address**
**David Sailon**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**David Stoebling**
**1644 Wellington Springs Ave**
**Henderson, NV 89052-6884**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.246 **Nonpriority creditor's name and mailing address**

**David Stoebling**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.247 **Nonpriority creditor's name and mailing address**

**David Thompson**
**6420 E Tropicana Ave, UNIT 55**
**Las Vegas, NV 89122-7513**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.248 **Nonpriority creditor's name and mailing address**

**David Tillitt**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2246**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.249 **Nonpriority creditor's name and mailing address**

**Dawn Gerke**
**4755 W Flamingo Rd, STE A**
**Las Vegas, NV 89103-3750**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.250 **Nonpriority creditor's name and mailing address**

**Dawn Kowalski**
**5523 Foothill Dr**
**Agoura, CA 91301-2233**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.251 **Nonpriority creditor's name and mailing address**

**Dean A. Perra**
**7223 Lafite Ct**
**Las Vegas, NV 89117-3163**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.252 **Nonpriority creditor's name and mailing address**

**Deanna J. Myerson**
**1261 N Via Ronda Oeste**
**Tucson, AZ 85715-4829**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Builder's Capital, Inc.**                                      Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.253** | |

**Nonpriority creditor's name and mailing address**
**Debbie Jamora**
**9920 Jordan Ave, UNIT 8**
**Chatsworth, CA 91311-3760**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254**

**Nonpriority creditor's name and mailing address**
**Debbie L. Snider**
**12452 Carol Pl**
**Granada Hills, CA 91344-1310**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**
**Deborah Giddens**
**531 Cottonwood Cv**
**Hahira, GA 31632-1591**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256**

**Nonpriority creditor's name and mailing address**
**Deborah K. Peterson**
**6924 Deer Springs Way**
**Las Vegas, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Deborah L. Shoofey**
**10624 S Eastern Ave, STE A 438**
**Henderson, NV 89052-2983**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Dena Brook**
**7949 Terrace Rock Way, UNIT 201**
**Las Vegas, NV 89128-3854**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**
**Denise Puhl**
**Equity Trust Company**
**PO Box 1409**
**Elyria, OH 44036-1409**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** |

**Dennis B. Isabelle**
**1456 Seacoast Dr, UNIT 2C**
**Imperial Beach, CA 91932-3197**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** |

**Dennis C. Brinson**
**1884 Brush Dr**
**Carson City, NV 89703-7430**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** |

**Dennis G. Stanek**
**8456 Pacific Spring Ave**
**Las Vegas, NV 89117-1809**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address** |

**Dennis Jeantet**
**6045 Crystal Talon St**
**Las Vegas, NV 89130-7032**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address** |

**Dennis Mandell**
**1482 Copper Point Cir**
**Reno, NV 89519-6267**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** |

**Dennis Sibson**
**40930 Avenida Arcada**
**Palm Desert, CA 92260-0388**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** |

**Dennis Sipiorski**
**1312 Jackie Ln**
**Minden, NV 89423-9070**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Dennis Sizemore**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Dennis Sizemore**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Dennis Sizemore**
**599 Forest Highlands**
**Flagstaff, AZ 86005-8433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Dennis Sizemore**
**Nevada Trust Company**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Dennis Sizemore**
**Nevada Trust Company**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Derek Lavanhar**
**7634 Sudan Ct**
**Las Vegas, NV 89149-6496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**DeVera Cline**
**1860 Papago Ln**
**Las Vegas, NV 89169-3373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Builder's Capital, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.274**

**Nonpriority creditor's name and mailing address**
**Diana L. Ashworth**
**5823 Delonee Skies Ave**
**Las Vegas, NV 89131-2087**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275**

**Nonpriority creditor's name and mailing address**
**Diane Rooney**
**30 Kansas Ave**
**Plattsburgh, NY 12903-3959**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276**

**Nonpriority creditor's name and mailing address**
**Diane Short**
**P.O. Box 80357**
**Las Vegas, NV 89180-0357**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277**

**Nonpriority creditor's name and mailing address**
**Dina Joos**
**2232 Wilhelmina Cir**
**Las Vegas, NV 89128-3116**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**

**Nonpriority creditor's name and mailing address**
**Dolores McGarry**
**6675 Rio Vista St**
**Las Vegas, NV 89131-3407**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.279**

**Nonpriority creditor's name and mailing address**
**Dominic Arraiz**
**2184 Darla Way**
**Carson City, NV 89701-1901**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**Dominic J. Del Grosso, Jr.**
**9711 Drayton Ave**
**Las Vegas, NV 89148-4626**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.281**

**Nonpriority creditor's name and mailing address**

**Dominique Marie Jamgotchian**
**15900 Harvest St**
**Granada Hills, CA 91344-3940**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Don Bruce**
**1761 Montelena Ct**
**Carson City, NV 89703-8375**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Donald C. Schramski**
**2362 Rosendale Village Ave**
**Henderson, NV 89052-8732**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Donald D. Read**
**10585 Silver Knolls Blvd**
**Reno, NV 89508-8272**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Donald Dombrowski**
**c/o Conway, Stuart & Woodbury**
**4021 Meadows Lane**
**Las Vegas, NV 89107-3117**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Donald E. Burt**
**80 Havasu Hts**
**Lake Havasu City, AZ 86404-9563**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Donald E. Burt**
**P.O. Box 2018**
**Quartzsite, AZ 85346-2018**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

| | |
|---|---|
| **3.288** Nonpriority creditor's name and mailing address<br>**Donald F. Logan**<br>**8008 W Hammer Ln**<br>**Las Vegas, NV 89149-4476**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.289** Nonpriority creditor's name and mailing address<br>**Donald G. Kracaw**<br>**202 W National Ave**<br>**Winnemucca, NV 89445-2618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.290** Nonpriority creditor's name and mailing address<br>**Donald Head**<br>**14850 N Scottsdale Rd, STE 285**<br>**Scottsdale, AZ 85254-2882**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.291** Nonpriority creditor's name and mailing address<br>**Donald Hopkins**<br>**4301 Meadow Wood Rd**<br>**Carson City, NV 89703-9491**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.292** Nonpriority creditor's name and mailing address<br>**Donald J. Robertson**<br>**1261 Flintwood Dr**<br>**Carson City, NV 89703-8430**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.293** Nonpriority creditor's name and mailing address<br>**Donald J. Robertson**<br>**P.O. Box 636**<br>**Carson City, NV 89702-0636**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.294** Nonpriority creditor's name and mailing address<br>**Donald M. Deuling**<br>**840 West St**<br>**Muskegon, MI 49442-3844**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **In Re: Builder's Capital, Inc.** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Investor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald Parker**
**6701 N Scottsdale Rd, LOT 20**
**Scottsdale, AZ 85250-4404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald Parker**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald Ross Cherry**
**928 Pinehurst Dr**
**Las Vegas, NV 89109-1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald Schramski**
**2362 Rosendale Village Ave**
**Henderson, NV 89052-8732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald Sturt**
**2509 N Campbell Ave**
**PMB 420**
**Tucson, AZ 85719-3304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donald W. Spearel**
**2981 Kenilwick Dr S**
**Clearwater, FL 33761-3317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Donn Chelli**
**101 Royal Ct**
**Glenshaw, PA 15116-1637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                      Case number (if known) _____
                      Name

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donn Chelli**
**11870 Santa Monica Blvd, STE 443**
**Los Angeles, CA 90025-2276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donn Chelli**
**5936 Wheat Penny Ave**
**Las Vegas, NV 89122-3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Duva Mikhail**
**8284 Orange Vale Ave**
**Las Vegas, NV 89131-4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna J. Hellwinkel**
**5950 La Place Ct, STE 160**
**Carlsbad, CA 92008-8831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna J. Hellwinkel**
**601 W Moana Ln, Ste 4**
**Reno, NV 89509-4959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Doris R. Mathieson**
**5100 Jordan Frey St, UNIT 101**
**Las Vegas, NV 89130-3811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dorothea K. Overleese**
**1301 E Saint Louis Ave, UNIT 1**
**Las Vegas, NV 89104-3451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)*
_____          _____
Name

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nonpriority creditor's name and mailing address**
**Dorothy J. Barrett**
**5126 Northridge Cir**
**Las Vegas, NV 89122-7125**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.310 |

**Nonpriority creditor's name and mailing address**
**Dorothy Kidd**
**8222 Crow Valley Ln**
**Las Vegas, NV 89113-0125**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.311 |

**Nonpriority creditor's name and mailing address**
**Dorothy L. Koch**
**120 S Torn Ranch Rd**
**Lake Elsinore, CA 92530-1829**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.312 |

**Nonpriority creditor's name and mailing address**
**Dorothy M. Nielsen**
**8844 Sunny Mead Ct**
**Las Vegas, NV 89134-8824**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.313 |

**Nonpriority creditor's name and mailing address**
**Douglas E. Glenn**
**733 W National Ave**
**Winnemucca, NV 89445-2657**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 |

**Nonpriority creditor's name and mailing address**
**Douglas E. Simms**
**3354 Saddleback Ct**
**Las Vegas, NV 89121-5720**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.315 |

**Nonpriority creditor's name and mailing address**
**Douglas Fitzpatrick**
**6232 Tempting Choice Ave**
**Las Vegas, NV 89131-5913**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Builder's Capital, Inc.**                                         Case number *(if known)* _____

Name

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas L. Bronzie**
**1325 Santa Cruz Dr**
**Minden, NV 89423-7520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Pool**
**10024 Summit Canyon Dr**
**Las Vegas, NV 89144-4333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas W. Carson**
**HC 34 Box 34153**
**Ely, NV 89301-9206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas Warden**
**952 Outrigger Ct**
**Las Vegas, NV 89123-1333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dr. Joseph B. McNally**
**2515 N Williamson Valley Rd**
**Prescott, AZ 86305-6209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dr. Kurt and Cindy K. Kracaw**
**5188 Stone House Dr**
**Winnemucca, NV 89445-4174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dustin Andrew Bowers**
**1194 County Road 137**
**Glenwood Springs, CO 81601-9767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**

Name

Case number *(if known)* _____

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dwight Evans**
**5277 Highway 49 N, SPC 209**
**Space #209**
**Mariposa, CA 95338-9573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dwight Harouff**
**5680 Ruffin St**
**Las Vegas, NV 89149-1261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E & C Lawn Maintenance**
**233 N Mojave Rd**
**Las Vegas, NV 89101-4803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**E. Allen Redding Jr.**
**1507 Harness Oaks Ct**
**Houston, TX 77077-1888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**E.A. Hickman**
**4905 Winterset Drive**
**Las Vegas, NV 89130-3615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**E.D. Bernhard and Diane Bernhard**
**1705 Delores Ave**
**Henderson, NV 89074-0111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**E.F. Mueller**
**4465 S Jones Blvd, # 300**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**E.J. Nelson**
**c/o Conway Stuart & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Earl H. Darnold**
**3101 Sea View Ct**
**Las Vegas, NV 89117-2273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ed Foster**
**8080 Black Orchid Ave**
**Las Vegas, NV 89131-4679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edith L. Williamson**
**1916 Quail Point Ct**
**Las Vegas, NV 89117-8900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edson O. Parker III**
**1800 Silver Avenue**
**Las Vegas, NV 89102-2436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edward C. Galvin**
**3970 Saddlewood Court**
**Las Vegas, NV 89121-4166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edward Coleman**
**2850 W. Horizon Ridge Pkwy, STE 300**
**Henderson, NV 89052-4395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward H. Kim**
**8324 W Charleston Blvd, UNIT 2008**
**Las Vegas, NV 89117-9205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Karayan**
**720 N Sierra Bonita Ave**
**Los Angeles, CA 90046-7408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Panyrek**
**1636 Kregel Ave**
**Muskegon, MI 49442-5331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Stammel**
**10195 Quarry Hill Pl**
**Parker, CO 80134-3748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edwin C. Hansen**
**2549 Shettler Rd**
**Muskegon, MI 48444-4356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edwina R. Walker**
**10728 Aire Dr**
**Las Vegas, NV 89144-4206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eileen Gaglia**
**1217 Chanticleer**
**Cherry Hill, NJ 08003-4815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Eileen Lopez**
**5538 Bridge Pointe Dr**
**Alpharetta, GA 30005-4472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Eileen Lopez**
**5626 Lawley Dr**
**Alpharetta, GA 30022-8669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**EJA Investments Company**
**P.O. Box 13948**
**Mill Creek, WA 98082-1948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Elaine B. Owen**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Eleanor Barnes**
**2737 Sungold Dr**
**Las Vegas, NV 89134-8896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Eleanor Barnes**
**P.O. Box 990**
**Las Vegas, NV 89125-0990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Eli Applebaum**
**P.O. Box 33496**
**Las Vegas, NV 89133-3496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**

Name

Case number (*if known*)

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Burklow Donald**
**907 N Harper Ave, APT 8**
**West Hollywood, CA 90046-6837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth J. Roberts**
**1917 Golden Rain Rd, APT 7**
**Walnut Creek, CA 94595-2181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizabeth Robinson**
**P.O. Box 370760**
**Las Vegas, NV 89137-0760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ellen U. Logacz**
**5441 Bryant Ave S**
**Minneapolis, MN 55419-1737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ellena P. Edwards**
**12545 Sora Way**
**San Diego, CA 92129-4144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elsie Jean Koch**
**5605 Orchard Lane**
**Las Vegas, NV 89110-4979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emil Reynolds**
**10305 Willamette Pl**
**Las Vegas, NV 89134-5152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name                                                              Case number (if known) _____

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Emil Reynolds**
**982 E County Rd 350 S**
**Greencastle, IN 46135-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Emile F. Jabara**
**24338 El Toro Road**
**Laguna Hills, CA 92637-2776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Emile F. Jabara**
**9010 Kirkdale Rd**
**BOX E-101**
**Bethesda, MD 20817-3332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eric Horn**
**65 Quail Run Rd**
**Henderson, NV 89014-2151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Eric Williams**
**705 S Saint James Pl**
**Cedar City, UT 84720-3696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Erin E. MacDonald**
**361 E Delamar Dr**
**Henderson, NV 89015-8143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Erna M. Osterholtz**
**4115 Saint Andrews Dr**
**Reno, NV 89502-8655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Builder's Capital, Inc.**
        Name

Case number *(if known)*

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Evan Bedell**
**255 W 94th St, APT 15J**
**New York, NY 10025-9650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Evelyn & Bruce Gamett**
**4455 S Pecos Rd, STE C**
**Las Vegas, NV 89121-5029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Evelyn Kitt**
**2128 Eaglepath Cir**
**Henderson, NV 89074-0640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farrah Hobbs**
**3010 Parchment Ct**
**Las Vegas, NV 89117-2557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211,660.20 |
|---|---|---|---|

**FDIC / Southwest USA Bank**
**7371 Prairie Falcon Rd, STE 120**
**Las Vegas, NV 89128-0834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/2010**

Basis for the claim:  **Judgment regarding short sale of 2nd home**

Last 4 digits of account number  **830C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fiorinda Lamuraglia**
**1308 Smoke Tree Ave**
**Las Vegas, NV 89108-1158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Firmin J. Berta**
**2556 Monarch Bay Dr**
**Las Vegas, NV 89128-6883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.372** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325,000.00**

**FIRST HORIZON HOME LOANS**
**447 NILLES RD, STE 1**
**FAIRFIELD, OH 45014**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Received a Judgment against Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First National Bank of Arizona**
**17600 N Permieter Dr**
**Scottsdale, AZ 85255-5440**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First National Capital, LLC**
**17600 N Perimeter Dr**
**Scottsdale, AZ 85255-5440**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First Savings Bank**
**Attn: Carolyn Grant**
**2605 E. Flamingo Road**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Florence Harris**
**2808 Avalon Avenue**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frances M. Knowles**
**2455 Cherry Hills Drive**
**Sierra Vista, AZ 85650**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Francesco Soro**
**P.O. Box 34602**
**Las Vegas, NV 89133**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---|---|---

**Francine Cherry**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Francine Cherry**
**928 Pinehurst Dr**
**Las Vegas, NV 89109-1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Conlin**
**6970 N 83rd St**
**Scottsdale, AZ 85250-4816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank D. Ellis**
**8010 Mackenzie Ct**
**Las Vegas, NV 89129-4866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Davenport**
**3372 Narod St**
**Las Vegas, NV 89121-4218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank E. Collins**
**5146 Blissful Valley Cir**
**Las Vegas, NV 89149-5261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Failla**
**182 Apache Tear Ct**
**Las Vegas, NV 89123-2996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                    Case number (if known) _____
_____
Name

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Gianopulos**
**1525 Webster Way**
**Reno, NV 89509-3582**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Haltom**
**1398 Waverly Rd**
**San Marino, CA 91108-2011**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Lawson**
**9271 Alpine Bliss St**
**Las Vegas, NV 89123-2986**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Sohasky**
**2281 Barclay St**
**Muskegon, MI 49441-3280**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franklin D. Ellis**
**Nevada Trust Company**
**PO Box 93685**
**Las Vegas, NV 89193-3685**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franz J. Zimmer**
**900 Spring Lake Ct**
**St. Augustine, FL 32080-6150**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred A. Velligan**
**1880 Morgan Pointe Ct**
**Reno, NV 89523-4800**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____

_____
Name

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Gilbert**
3020 E Main St, LOT V54
Mesa, AZ 85213-9533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred J. Lundin**
85 Pine Acres Cir
Pine Valley, UT 84781-5600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Maupertuis**
250 E Rancho Dr
Henderson, NV 89015-8012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred R. Kingman**
260 Nautical St
Henderson, NV 89012-5451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freeda Cohen**
10905 Clarion Lane
Las Vegas, NV 89134-5504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frida Droorian**
3715 Terstena Pl, APT 204
Santa Clara, CA 95051-2561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frieda Caluori**
8824 Rainbow Ridge Dr
Las Vegas, NV 89117-5815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                               Case number *(if known)* _____
_____
Name

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G. Barton Mowry**
**4295 Cutting Horse Cir**
**Reno, NV 89519-2998**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G. Barton Mowry**
**P.O. Box 30000**
**Reno, NV 89520-3000**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G. Robert Deiro**
**7007 Whispering Sands Dr**
**Las Vegas, NV 89131-3348**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriella Cseh**
**12117 Vista Linda Ave**
**Las Vegas, NV 89138-5008**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriella Cseh**
**10161 Park Run Dr, STE 150**
**Las Vegas, NV 89145-8872**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriella Hollo**
**12117 Vista Linda Ave**
**Las Vegas, NV 89138-5008**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gail A. Rowe**
**120 Canyon Park Ct**
**Carson City, NV 89703-5377**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                        Case number *(if known)* _____
                  Name

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Moffatt**
**3004 Lantern Ln**
**Las Vegas, NV 89107-3251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary A. Thibault**
**4525 Dawn Peak St**
**Las Vegas, NV 89129-3235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Campbell**
**7848 W Sahara Ave**
**Las Vegas, NV 89117-1944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Gardner**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Miller**
**2832 Tilden Ave**
**Los Angeles, CA 90064-4012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Nixon**
**4033 W Van Giesen St, STE H**
**West Richland, WA 99353-5151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary R. Brennan**
**3496 Pueblo Way**
**Las Vegas, NV 89169-3337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Sturm**
**7430 El Parque Ave**
**Las Vegas, NV 89117-2002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gayle A. Finley**
**119 Yacht Cove Ln**
**Mooresville, NC 28117-6685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gene Allensworth**
**2601 Kensington Pl**
**Carson City, NV 89703-5437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gene Wilson**
**4351 Highway 568**
**Ferriday, LA 71334-6401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**George Allison**
**2174 Waterford Pl**
**Carson City, NV 89703-4572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**George Bohl**
**253 La Costa Avenue**
**Dayton, NV 89403-8721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**George Gary Dunford**
**544 S 580 W**
**Cedar City, UT 84720-3015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Builder's Capital, Inc.**                                            Case number (if known) _____
          _____
          Name

| | |
|---|---|
| 3.421 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George Hamlin**
645 Via Santiago
Vista, CA 92081-6345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.422 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George M. Getto**
1260 Marsh Ave
Reno, NV 89509-2534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.423 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George M. Sizemore**
1821 Corta Bella Dr
Las Vegas, NV 89134-6144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.424 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George Metenjies**
2237 Suffron Hills Ct
Henderson, NV 89044-4532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.425 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George N. DeLong**
P.O. Box 907
Winnemucca, NV 89446-0907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.426 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George N. DeLong**
c/o Star Route
PO Box 335
Winnemucca, NV 89446-0335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.427 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**George T. Hirata**
2929 Sungold Dr
Las Vegas, NV 89134-8633

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                               Case number (if known) _____
_____
Name

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**George Tongue**
**10401 W Charleston Blvd, UNIT A308**
**Las Vegas, NV 89135-1177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**George Ward**
**2415 E Avon Cir**
**Hayden Lake, ID 83835-9178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgette M. Wandler**
**c/o Silver Dollar Casino**
**1897 N Edmond Dr**
**Carson City, NV 89701-3581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald A. Heiner**
**5560 Bonneville Rd**
**Hidden Hills, CA 91302-1201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald G. Stern**
**3437 Westmond Rd**
**Sagle, ID 83860-8445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald M. Spek**
**344 Speyside Ln**
**Apopka, FL 32712-4713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald Moffatt**
**3101 Plaza de Ernesto**
**Las Vegas, NV 89102-4022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald N. Rizzuto**
**500 W 10th St, SPC 39**
**Gilroy, CA 95020-6539**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerrit M. Dunford**
**3005 Beach View Ct**
**Las Vegas, NV 89117-3530**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gertrude McLaren**
**21 Quail Run Rd**
**Henderson, NV 89014-2150**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gertrude Wood**
**1090 Kennedy Blvd**
**Bayonne, NJ 07002-2008**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ghanem Ghanem**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gianni Rocca**
**34 Lagunita Dr**
**Laguna Beach, CA 92651-4239**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gino Ferra**
**5122 Blissful Valley Cir**
**Las Vegas, NV 89149-5261**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*  _____
_____
Name

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giovanni Loschiavo**
**702 Nicklby Ave**
**Las Vegas, NV 89123-3068**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gisela Larsen**
**P.O. Box 93685**
**Las Vegas, NV 89193-3685**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gizelle Smedley**
**1513 Wabasso Way**
**Glendale, CA 91208-2438**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gizelle Smedley**
**4940 Lewis Rd, APT 3**
**Agoura Hills, CA 91301-2487**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gladyce O. Davis**
**945 Aspen Breeze Ave**
**Las Vegas, NV 89123-3192**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen A. Martael**
**2 Lakeview Ct**
**Carson City, NV 89703-9444**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen Hough**
**903 Chernus Drive**
**Carson City, NV 89703-1546**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Builder's Capital, Inc.**                                      Case number *(if known)*  _____
_____
Name

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenda L. Sibley**
**301 Leonard St**
**Onaga, KS 66521-9485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenn Gunter**
**2323 S 1800 E**
**St. George, UT 84790-8513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenn Raynes**
**1930 Village Center Cir, STE 3-705**
**Las Vegas, NV 89134-6299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gloria Sizemore**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gordon L. Wangersheim**
**20 Via Mantova, UNIT 403**
**Henderson, NV 89011-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gordon Moore**
**2303 Carinth Way**
**Henderson, NV 89074-5378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Grace L. Armuth**
**4555 Saddlehorn Dr**
**Reno, NV 89511-6735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Chudacoff**
**12100 Wilshire Blvd, STE 100**
**Los Angeles, CA 90025-7132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Chudacoff**
**4425 Alla Rd, UNIT 8**
**Marina Del Rey, CA 90292-6326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Hayes**
**411 W Fourth St**
**Carson City, NV 89703-4253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Hayes**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Hetter**
**4829 Featherbed Ln**
**Sarasota, FL 34242-1558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Sims**
**704 El Redondo Ave**
**Redondo Beach, CA 90277-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gus Thiros**
**10401 W Charleston Blvd**
**# VILLA 4**
**Las Vegas, NV 89135-1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guy W. Whisenant**
**2232 Wilhelmina Cir**
**Las Vegas, NV 89128-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gwen Leonard**
**2131 Eagle Watch Dr**
**Henderson, NV 89012-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hagop Hoanijian**
**6121 Kami St**
**North Las Vegas, NV 89081-6681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hannelore M. Hanke**
**1464 Flintwood Dr**
**Carson City, NV 89703-8381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARLEY AND PHYLLIS MEEKS**
**303 NORFOLK DR**
**NEWPORT, NC 28570-9748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harold B. Miller**
**8800 Kingsmill Dr**
**Las Vegas, NV 89134-8618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harold R. Harris**
**10888 Eden Ridge Ave**
**Las Vegas, NV 89135-1716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harold Root**
**57121 Medinah**
**La Quinta, CA 92253-6916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harold Waggoner**
**3499 Ruth Dr**
**Las Vegas, NV 89121-3229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Ellman**
**10612 Paradise Point Dr**
**Las Vegas, NV 89134-7434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry I. Golub**
**255 N Broadway**
**Coos Bay, OR 97420-2319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry R. Kilpatrick**
**6201 Ocean Front Walk, UNIT 1**
**Playa Del Rey, CA 90293-7556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Seiler**
**1572 Fieldbrook St**
**Henderson, NV 89052-6406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harry Seiler**
**189 Courtney Ann Dr**
**Henderson, NV 89074-0988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Builder's Capital, Inc.**                                      Case number *(if known)* _____
        _____
        Name

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harvey Ader**
404 Cross St
Henderson, NV 89015-7817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harvey Andrew Rineer III**
3756 Sauceda Ln
Las Vegas, NV 89103-0102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harvey Williams Crippled & Burn Childern**
2560 S Maryland Pkwy, STE 7
Las Vegas, NV 89109-1672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Health Plan of Nevada, Inc.**
P.O. Box 15645
Las Vegas, NV 89114-5645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Heidi Marberger**
2760 E Spring Creek Rd
Holladay, UT 84117-4619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Helen A. Foley**
2955 Pinehurst Dr
Las Vegas, NV 89109-1524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Helen Clifton**
10812 Windrose Point Ave
Las Vegas, NV 89144-5424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
Name
Case number *(if known)*

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.484**

**Nonpriority creditor's name and mailing address**
Helen E. Klos
1920 Harvard Way, APT 225
Reno, NV 89502-3623

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.485**

**Nonpriority creditor's name and mailing address**
Helen Johnson
7325 Palmyra Ave
Las Vegas, NV 89117-3204

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.486**

**Nonpriority creditor's name and mailing address**
Helen N. Graeber
603 Grand Ave
Yazoo City, MS 39194-3649

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.487**

**Nonpriority creditor's name and mailing address**
Henry S. Poreda
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.488**

**Nonpriority creditor's name and mailing address**
Henry W. Besuden
5054 Scenic Ridge Dr
Las Vegas, NV 89148-1424

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.489**

**Nonpriority creditor's name and mailing address**
Herbert M. Jones
8505 Gull Dr
Las Vegas, NV 89134-8831

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.490**

**Nonpriority creditor's name and mailing address**
High Meadows Six, LLC
P.O. Box 58
Genoa, NV 89411-0058

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Builder's Capital, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hirachand Laxmichand Daulat**
**10508 Frostburg Ln**
**Las Vegas, NV 89134-5166**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Morin**
**P.O. Box 925**
**Minden, NV 89423-0925**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Silvestri**
**10251 Primrose Pointe Ct**
**Las Vegas, NV 89135-2841**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Horace F. Paige**
**10787 Haven St**
**Las Vegas, NV 89183-4525**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Horan Michael G.**
**2200 Dant Blvd**
**Reno, NV 89509-5132**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Howard Matts**
**1609 Burrukia St**
**Minden, NV 89423-4438**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Howard Stewart**
**1031 San Eduardo Ave**
**Henderson, NV 89002-8907**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,266.00** |

HSBC Bank
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197-5213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various dates debt incurred**

Basis for the claim:  **Credit card purchases - Best Buy**

Last 4 digits of account number  **8901**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Hugh Campbell
8824 Rainbow Ridge Dr
Las Vegas, NV 89117-5815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Hugh E. Steinhauer
6500 W Charleston, APT 87
Las Vegas, NV 89146-9067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Humberto D'Elia
72 Paradise Pkwy
Henderson, NV 89074-6200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Ian Gargle
1153 Melrose Ave, APT 5
Glendale, CA 91202-2434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

In Good Taste
645 Sierra Rose Dr, STE 101
c/o James Pfrommer
Reno, NV 89511-4025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Irene A. Poreda
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.505** Nonpriority creditor's name and mailing address

**Iris Hettrick**
**1758 Tulip Ct**
**Minden, NV 89423-5123**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.506** Nonpriority creditor's name and mailing address

**Irma C. Mastin**
**620 E El Dorado Ln**
**Las Vegas, NV 89123-0508**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.507** Nonpriority creditor's name and mailing address

**Irvin O. Berta**
**2852 Breakers Creek Dr**
**Las Vegas, NV 89134-7312**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.508** Nonpriority creditor's name and mailing address

**Ivan Rothberg**
**21 Randolph Dr**
**Dix Hills, NY 11746-8307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.509** Nonpriority creditor's name and mailing address

**J&D Financial Services, Inc.**
**901 Brutscher St, STE 205**
**Newberg, OR 97132-6097**

Date(s) debt was incurred  __February 2011__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __guaranty of business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

$75,000.00

---

**3.510** Nonpriority creditor's name and mailing address

**J. Linden Smith**
**426 Ivey St**
**Spring Lake, NC 28390-8459**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.511** Nonpriority creditor's name and mailing address

**J. Paul Anderson**
**463 Highland View Ct**
**Mesquite, NV 89027-8843**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**3.512**

**Nonpriority creditor's name and mailing address**
**J. William Joslin**
**25 Quail Run Rd**
**Henderson, NV 89014-2150**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.513**

**Nonpriority creditor's name and mailing address**
**Jack Beaulieu**
**2502 Palma Vista Ave**
**Las Vegas, NV 89121-2129**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.514**

**Nonpriority creditor's name and mailing address**
**Jack Clark**
**1450 W Horizon Ridge Pkwy, STE B304**
**Henderson, NV 89012-4480**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.515**

**Nonpriority creditor's name and mailing address**
**Jack D. Slaughter**
**4108 Sinew Ct**
**Las Vegas, NV 89129-5448**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.516**

**Nonpriority creditor's name and mailing address**
**Jack G. Ferra**
**11829 Balboa Blvd**
**Granada Hills, CA 91344-2754**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.517**

**Nonpriority creditor's name and mailing address**
**Jack Godfrey**
**8744 Double Eagle Dr**
**Las Vegas, NV 89117-5803**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.518**

**Nonpriority creditor's name and mailing address**
**Jack Hunter**
**11 Princeville Ln**
**Las Vegas, NV 89113-1346**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Builder's Capital, Inc.**                                                    Case number *(if known)* _____
_____
Name

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jack Rappaport**
**1102 Vegas Valley Dr**
**Las Vegas, NV 89109-1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jack Rappaport**
**2775 S Jones Blvd, STE 100A**
**Las Vegas, NV 89146-5655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jackie Delaney**
**2700 W Sahara Ave, STE 300**
**Las Vegas, NV 89102-1714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jackie Houchin**
**1946 W Rattlesnake Dr**
**Meridian, ID 83646-5626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4835**

Basis for the claim:  **Vendor / Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jackie Houchin**
**1946 W Rattlesnake Dr**
**Meridian, ID 83646-5626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacquelan Read**
**c/o Jim Pfrommer**
**645 Sierra Rose Dr, STE 101**
**Reno, NV 89511-4025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline Beer**
**5911 Greenery View Ln**
**Las Vegas, NV 89118-1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacqueline Gaste**
**700 Pont Chartrain Drive**
**Las Vegas, NV 89145-8629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacques M. Massa**
**7 Paradise Valley Ct**
**Henderson, NV 89052-6706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James & Dawn Gerke**
**4755 W Flamingo Rd, # 4**
**Las Vegas, NV 89103-3794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James A. Hodgson**
**20758 N Enchantment Dr**
**Surprise, AZ 85387-2823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James and Gina Gardner**
**3335 Prescott Way**
**Reno, NV 89509-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Bandy**
**1030 Atticus Ave**
**Henderson, NV 89015-5964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Brennan**
**9828 Folsom Dr**
**Las Vegas, NV 89134-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.533** | Nonpriority creditor's name and mailing address

**James Bugno**
**18 San Ramon Dr**
**Irvine, CA 92612-2958**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address

**James Campbell**
**1621 E Flamingo Rd, STE 16B**
**Las Vegas, NV 89119-5276**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address

**James Campbell**
**6841 S Eastern Ave, # 100**
**Las Vegas, NV 89119-4699**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address

**James Chaisson**
**605 Edgebrook Dr**
**Las Vegas, NV 89145-8808**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address

**James Clemens**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | Nonpriority creditor's name and mailing address

**James Clemens**
**P.O. Box 93685**
**Las Vegas, NV 89193-3685**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address

**James Duberg**
**727 3rd Ave**
**Chula Vista, CA 91910-5803**

Date(s) debt was incurred _
Last 4 digits of account number  **In re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Builder's Capital, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Faehling**
**463 Vancouver Ct**
**Reno, NV 89511-6024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Fisher**
**901 Brutscher St, STE 205**
**Newberg, OR 97132-6097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James G. Birch**
**2024 Arkansas Valley Dr, STE 405**
**Little Rock, AR 72212-4143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James J. Flynn**
**P.O. Box 71545**
**Clive, IA 50325-0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James L. Pfrommer**
**P.O. Box 70785**
**Reno, NV 89570-0785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Luo**
**2105 Twin Falls Dr**
**Henderson, NV 89044-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James M. Hind**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     **Builder's Capital, Inc.**                                    Case number *(if known)* _____
           _____
           Name

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Magar**
**6939 Tradewinds Dr**
**Carlsbad, CA 92011-3226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Maxfield**
**1783 Freedom Dr**
**Melbourne, FL 32490-6714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Miller**
**14521 E Shaw Ave**
**Sanger, CA 93657-9281**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James R. Barker**
**2537 Cog Hill Lane**
**Las Vegas, NV 89134-7237**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James R. Boys**
**3018 White Pine Dr**
**Gibsonia, PA 15044-6119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James S. Campbell**
**1621 E Flamingo Rd, STE 16B**
**Las Vegas, NV 89119-5276**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James S. Marks**
**11006 Doxberry Cir**
**Woodstock, MD 21163-1499**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **Builder's Capital, Inc.**                                             Case number *(if known)*
_____                    _____
Name

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James T. Russell**
**180 Plantation Dr**
**Carson City, NV 89703-5412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James T. Russell John and Grace Nauman F**
**402 N Division St**
**Carson City, NV 89703-4168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jami Youngblood**
**5202 Hickam Ave**
**Las Vegas, NV 89130-2610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Jackson**
**3088 Sugar Leo Rd**
**St. George, UT 84790-9700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janae Speth**
**3333 N 175 W**
**North Ogden, UT 84414-1592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jane Bolls**
**101 Yucca St**
**Henderson, NV 89015-5415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jane S. Kodama**
**1378 Baja Grande Ave**
**Henderson, NV 89012-4838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                        Case number (if known) _____
_____
           Name

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Traucht**
**138 Red Coral Drive**
**Henderson, NV 89002-8272**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Wilcox**
**1077 Quiet Summit Pl**
**Henderson, NV 89052-5752**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Avance**
**5593 Curbelo Way**
**Las Vegas, NV 89120-3823**

Date(s) debt was incurred _

Last 4 digits of account number  **4086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Berke**
**860 Vegas Valley Dr**
**Las Vegas, NV 89109-1537**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Byron**
**8082 Planting Fields Pl**
**Las Vegas, NV 89117-7622**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Farino, Jr.**
**1318 Alder St**
**San Luis Obispo, CA 93401-7823**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet Lampe**
**Premier Trust, Inc.**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                         Case number *(if known)*  _____
_____
Name

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Walker**
**317 Oak Canyon Dr**
**Henderson, NV 89015-7828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Walker**
**5530 Villa Lucia Ct**
**Las Vegas, NV 89141-0425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Walker**
**First Savings Bank**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Zak**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Zak**
**9720 Verlaine Ct**
**Las Vegas, NV 89145-8695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jarad Beckman**
**1836 Taylorville St**
**Las Vegas, NV 89135-1051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jared T. Miner**
**556 N 950 W**
**Springville, UT 84663-3541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Builder's Capital, Inc.**                                         Case number *(if known)* _____

Name

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jary Parker Boseke**
**267 NE 6th Ave**
**Hillsborough, OR 97124-3235**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Siebert**
**109 Coca Bay Pt**
**Hot Springs, AR 71913-7091**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay Levy**
**951 Bridgegate Dr NE**
**Marietta, GA 30068-2206**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jayne Anderson**
**4652 N Tee Pee Ln**
**Las Vegas, NV 89129-2633**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jazzmin Joos**
**2801 Crystal Beach Dr**
**Las Vegas, NV 89128-6908**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JEAN (JEANNIE) M MONROE**
**C/O GREGORY & ELIAS PLC**
**3640 HIGHWAY 95 STE 140**
**BULLHEAD CITY, AZ 86442-4337**

Date(s) debt was incurred  **2014**

Last 4 digits of account
number  **Builder's Capitral, Inc.**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Boyd Family Partnership et al vs. Sunny Lakes Ranchos, LLC et al.  Superior Court of Arizona, County of Mohave, Case No. CV-2014-00669**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jean B. Bosma**
**3085 Westwind Rd**
**Las Vegas, NV 89146-6858**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Nonpriority creditor's name and mailing address**
**Jean B. Lekumberry**
**1415 Douglas Ave**
**Gardnerville, NV 89410-4118**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.583    **Nonpriority creditor's name and mailing address**
**Jean Jacques Berthelot**
**9328 Sienna Vista Dr**
**Las Vegas, NV 89117-7034**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.584    **Nonpriority creditor's name and mailing address**
**Jeanne B. Russell**
**1651 Mackland Ave**
**Minden, NV 89423-4457**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.585    **Nonpriority creditor's name and mailing address**
**Jeanne B. Russell**
**180 Plantation Dr**
**Carson City, NV 89703-5412**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.586    **Nonpriority creditor's name and mailing address**
**Jeanne D. Thibeault**
**43583 Calle De Velardo**
**Temecula, CA 92592-2628**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.587    **Nonpriority creditor's name and mailing address**
**Jeannette Londergan**
**2210 E University Ave, UNIT 103**
**Las Vegas, NV 89119-7809**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.588    **Nonpriority creditor's name and mailing address**
**Jeannie Monroe**
**510 E Jackpine Ct**
**Spokane, WA 99208-8732**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor     **Builder's Capital, Inc.**                                    Case number *(if known)*
_____
Name

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey A. Skoll**
**209 Luxaire Ct**
**Las Vegas, NV 89144-4318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey A. Skoll**
**PO Box 371328**
**Las Vegas, NV 89137-1328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey D. Stafford**
**4016 Freel Peak Ct**
**Las Vegas, NV 89129-3674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey K. Holloway**
**101 Meadowridge Rd**
**Sun Valley, ID 83353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Silvestri**
**2300 W Sahara Ave, STE 1000**
**Las Vegas, NV 89102-4396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey W. Campbell**
**5925 Sierra Bonita Ct**
**Las Vegas, NV 89149-3970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenica Yurcic**
**8112 Pebbleshire Ave**
**Las Vegas, NV 89117-1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Builder's Capital, Inc.**                                      Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** |

**3.596**

**Nonpriority creditor's name and mailing address**
**Jennifer Kalekas**
**10912 Keymar Dr**
**Las Vegas, NV 89135-1718**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.597**

**Nonpriority creditor's name and mailing address**
**Jermaine K. Flanagan**
**9165 Green Frost Dr**
**Las Vegas, NV 89129-6378**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.598**

**Nonpriority creditor's name and mailing address**
**Jermaine K. Flanagan**
**P.O. Box 27740**
**Las Vegas, NV 89126-7740**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.599**

**Nonpriority creditor's name and mailing address**
**Jerome Blum**
**2738 Faiss Drive**
**Las Vegas, NV 89134-7468**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600**

**Nonpriority creditor's name and mailing address**
**Jerome Grams**
**10681 Hawes End Ct**
**Las Vegas, NV 89183-4547**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601**

**Nonpriority creditor's name and mailing address**
**Jerome Miller**
**510 Beneficial Pl**
**Henderson, NV 89012-7231**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602**

**Nonpriority creditor's name and mailing address**
**Jerry E. and Dorothy Ann Kracaw**
**30 Sunnyside Ave**
**Winnemucca, NV 89445-2646**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**
_____
Name

Case number *(if known)*   _____

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Engel**
**700 Pont Chartrain Dr**
**Las Vegas, NV 89145-8629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Engel**
**9712 Stellar View Ave**
**Las Vegas, NV 89117-3681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Fisher**
**5658 Wild Olive St**
**Las Vegas, NV 89118-1956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Mather**
**16090 Pine Valley Dr**
**Reno, NV 89511-8105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry R. Meeks**
**8419 Broadacre Dr**
**Sun Valley, CA 91352-3608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Tang**
**3315 Palmer Dr**
**Rapid City, SD 57702-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Wood**
**3 Grant Sq, # 160**
**Hinsdale, IL 60521-3351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                                Case number *(if known)* _____
　　　　　Name

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Andrade**
**7715 Whitsett Ave**
**Los Angeles, CA 90001-3143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jewel C. Brooks**
**8920 Wildcreek Ct**
**Las Vegas, NV 89117-5854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Colquitt**
**10201 Red Bridge Ave**
**Las Vegas, NV 89134-2556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jimmy Flanagan, Jr.**
**P.O. Box 824**
**McGill, NV 89318-0824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jo Anne Lamuraglia**
**8530 W Washburn Rd**
**Las Vegas, NV 89149-4026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jo M. Gledhill**
**10500 Valley Dr**
**Plymouth, CA 95669-9515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joan Berger Tracht**
**3008 Lantern Ln**
**Las Vegas, NV 89107-3251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Joan C. Berry**
**2716 High Range Dr**
**Las Vegas, NV 89134-7566**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.618 |

**Nonpriority creditor's name and mailing address**
**Joan C. Berry**
**3562 Driving Range St**
**Las Vegas, NV 89122-3404**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.619 |

**Nonpriority creditor's name and mailing address**
**Joan G. Chandler**
**322 Island Reef Ave**
**Henderson, NV 89012-5447**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.620 |

**Nonpriority creditor's name and mailing address**
**Joan G. Chandler**
**c/o Kolob Credit Union**
**810 S Boulder Hwy**
**Henderson, NV 89015-7521**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.621 |

**Nonpriority creditor's name and mailing address**
**Joan Lamb**
**c/o James Pfrommer**
**6490 S McCarran Blvd, STE D28**
**Reno, NV 89509-6124**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.622 |

**Nonpriority creditor's name and mailing address**
**Joan M. Stebe**
**1168 Via Argentina**
**Vista, CA 92081-6341**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.623 |

**Nonpriority creditor's name and mailing address**
**Joan Maguire Lamb**
**1160 Park Ave**
**New York, NY 10128-1212**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joan Rae McCune**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joan Ryba**
**3509 Robinhood St**
**Houston, TX 77005-2229**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joanne Halos**
**5428 Rose Hills St**
**Las Vegas, NV 89149-4660**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joel F. Bower**
**2180 Twin Falls Dr**
**Henderson, NV 89044-0111**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joel F. Bower**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joel Sheriff**
**4720 Westmont Ave**
**Pahrump, NV 89061-7218**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joel Stelzner**
**2989 Bella Kathryn Cir**
**Las Vegas, NV 89117-1492**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Builder's Capital, Inc.**
_____
    Name

Case number *(if known)* _____

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John A. Chapman**
**5362 Winding Creek Dr**
**Rockford, IL 61114-5482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John A. Coombs**
**California National Bank**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John A. Jent**
**2490 Sedona Cedar Ave**
**Henderson, NV 89052-4920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John and Sharon Davidson**
**P.O. Box 20308**
**Reno, NV 89515-0308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John B. DeBlasis**
**117 Clairwood Ct**
**Greenville, SC 29615-6708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Bergler**
**2605 Bakersfield Ct**
**Henderson, NV 89052-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Boyer**
**1605 Golden Oak Drive**
**Las Vegas, NV 89117-1452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Investor**

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                Case number *(if known)* _____
　　　　　Name

| | | |
|---|---|---|
| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**3.638**

**Nonpriority creditor's name and mailing address**
**John Chapman**
**5362 Winding Creek Dr**
**Rockford, IL 61114-5482**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**John D. Harker**
**1401 W 4th St**
**Reno, NV 89503-5001**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640**

**Nonpriority creditor's name and mailing address**
**John E. Warthen**
**P.O. Box 12276**
**Las Vegas, NV 89112-0276**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.641**

**Nonpriority creditor's name and mailing address**
**John F. Okita**
**9036 Alpine Peaks Ave**
**Las Vegas, NV 89147-7819**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642**

**Nonpriority creditor's name and mailing address**
**John Fowler**
**4241 Quadrel St**
**Las Vegas, NV 89129-5444**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643**

**Nonpriority creditor's name and mailing address**
**John Frei**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644**

**Nonpriority creditor's name and mailing address**
**John Gibbs**
**2131 Gunnison Pl**
**Henderson, NV 89044-0194**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**

Case number (if known) _____

Name

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John Gilbert**
**2607 Colanthe Ave**
**Las Vegas, NV 89102-6117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John H. Bacon**
**2001 Fallsburg Way**
**Henderson, NV 89002-3624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John H. Holmes**
**9529 Ruby Hills Drive**
**Las Vegas, NV 89134-7811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John Houchin**
**1946 W Rattlesnake Dr**
**Meridian, ID 83646-5626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John L. Holmes**
**2017 Spring Rose St**
**Las Vegas, NV 89134-6641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John L. McCune**
**Polycomp Adminstrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------|

**John M. Doyle**
**P.O. Box 1190**
**Winnemucca, NV 89446-1190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investor**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                             Case number *(if known)* _____
_____
Name

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John M. Netzorg**
**2810 W Charleston Blvd, Suite 81**
**Las Vegas, NV 89102-1910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John McDaniel**
**6165 Falling Waters Ct**
**Las Vegas, NV 89149-1345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John McDonald**
**3953 E Calle Chica**
**Tucson, AZ 85711-4125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John McKenzie**
**1615 Robb Dr**
**Carson City, NV 89703-3669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John McLain**
**2424 Manhattan Dr**
**Carson City, NV 89703-5416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John McQueen**
**6420 E Tropicana Ave, Unit 78**
**Las Vegas, NV 89122-7514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**John Merrill Warthen**
**2228 Midvale Ter**
**Henderson, NV 89074-5343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Investor**

Last 4 digits of account number  **In Re: Builder's
Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____
             Name

| | | |
|---|---|---|
| **3.659** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **John Miner** | $0.00 |

**3.659**

**Nonpriority creditor's name and mailing address**

**John Miner**
**304 Windfair Ct**
**Las Vegas, NV 89145-8682**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.660**

**Nonpriority creditor's name and mailing address**

**John P. Barranco**
**4109 Rutgers Ln**
**Northbrook, IL 60062-2911**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.661**

**Nonpriority creditor's name and mailing address**

**John P. Dermody**
**954 Roseberry Drive**
**Las Vegas, NV 89138-7850**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.662**

**Nonpriority creditor's name and mailing address**

**John Pennington**
**3904 Wide River St**
**Las Vegas, NV 89130-2929**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.663**

**Nonpriority creditor's name and mailing address**

**John Schlichting**
**2257 Loring Ave**
**Henderson, NV 89074-5371**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.664**

**Nonpriority creditor's name and mailing address**

**John Scott**
**12835 W Black Hill Rd**
**Peoria, AZ 85383-3909**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.665**

**Nonpriority creditor's name and mailing address**

**John Scott**
**450 Sansome St, FL 14**
**San Francisco, CA 94111-3355**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Builder's Capital, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.666** | Nonpriority creditor's name and mailing address

John Snavely
36515 S Rincon Rd
Wickenberg, AZ 85390-2493

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.667** | Nonpriority creditor's name and mailing address

John W. Boyer
1605 Golden Oak Dr
Las Vegas, NV 89117-1452

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668** | Nonpriority creditor's name and mailing address

John W. Crawford
847 Hideaway Ter
Henderson, NV 89002-9687

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.669** | Nonpriority creditor's name and mailing address

John W. Scionti
P.O. Box 29974
Laughlin, NV 89028-8974

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.670** | Nonpriority creditor's name and mailing address

John-Eric Levin
12417 SW Sheldrake Way
Beaverton, OR 97007-6228

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671** | Nonpriority creditor's name and mailing address

Jon Bunker
2120 Shelley Ct
Las Vegas, NV 89117-8924

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672** | Nonpriority creditor's name and mailing address

Jon C. Kam
4770 Spotted Horse Dr
Colorado Springs, CO 80923-5195

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                       Case number (if known) _____
          _____
          Name

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Jonathan Miller**
**1730 Chaparral Dr**
**Carson City, NV 89703-7426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph A. DeBellis**
**44 Quail Hollow Dr**
**Henderson, NV 89014-2143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph A. Price III**
**1753 Warrington Dr**
**Henderson, NV 89052-6802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph Alfonzo**
**2813 Charlotte Ln**
**Burlington, NC 27215-4624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph Cole**
**6123 Loro Ave NW**
**Albuquerque, NM 87114-4692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph D. Miller**
**1 California St, STE 2600**
**San Francisco, CA 94111-5427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph Giarraputo**
**2711 Pastel Ave**
**Henderson, NV 89074-1243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                      Case number *(if known)* _____
         Name

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph J. Digange**
**2724 Golfside Dr**
**Las Vegas, NV 89134-8825**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph LaMancusa**
**c/o Conway, Stuart & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Lunt**
**214 Sea Rim Ave**
**Las Vegas, NV 89148-2758**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph M. Marco**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph M. Marco**
**6337 Clarice Ave**
**Las Vegas, NV 89107-1303**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Miller**
**1 California St, STE 2600**
**San Francisco, CA 94111-5427**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Schwartz**
**466 Dalehurst Ave**
**Los Angeles, CA 90024-2514**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph Uvegas**
**3836 Maryland Ave**
**Las Vegas, NV 89121-4527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph W. Leavitt**
**2700 Gilmary Ave**
**Las Vegas, NV 89102-2083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph W. Sabia**
**2720 E Quail Ave**
**Las Vegas, NV 89120-2443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joseph Walls**
**2778 Bedford Way**
**Carson City, NV 89703-4618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |

**Joslin Partners, Ltd.**
**21 Quail Run Rd**
**Henderson, NV 89014-2150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 2011__

Basis for the claim: __personal guaranty of business debt__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joyce Buschek**
**2143 Lakewood Dr**
**San Jose, CA 95132-1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joyce Jones**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Juan Arraiz
3261 Conte Dr
Carson City, NV 89701-4898

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Juanita L. Wilson
4351 Highway 568
Ferriday, LA 71334-6401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Judie Woods
2201 Scarlet Rose Dr
Las Vegas, NV 89134-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Judith Ann Grayson
P.O. Box 2240
Wickenberg, AZ 85358-2240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Judith Ash
P.O. Box 80718
Las Vegas, NV 89180-0718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Judith Lally
1106 Indiana Ct
Henderson, NV 89015-5983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Judy L. Trent
9724 Camden Hills Ave
Las Vegas, NV 89145-8611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                            Case number (if known) _____
                    Name

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.701**

Nonpriority creditor's name and mailing address

**Juli Koentopp**
**1954 Orchard Mist St**
**Las Vegas, NV 89135-1558**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.702**

Nonpriority creditor's name and mailing address

**Julia Lackey**
**2112 Lookout Point Cir**
**Las Vegas, NV 89117-5805**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.703**

Nonpriority creditor's name and mailing address

**Julia Podolny**
**2112 Lookout Point Cir**
**Las Vegas, NV 89117-5805**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.704**

Nonpriority creditor's name and mailing address

**Julie McHenry**
**631 Marwood Ln**
**Las Cruces, NM 88007-7834**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.705**

Nonpriority creditor's name and mailing address

**Julie Pollock**
**11017 Village Crest Ln**
**Las Vegas, NV 89135-7846**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.706**

Nonpriority creditor's name and mailing address

**June Shideler**
**9355 E Center Ave, Apt 3A**
**Denver, CO 80247-1203**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.707**

Nonpriority creditor's name and mailing address

**Justin Krosta**
**8985 S Durango Dr, Unit 2169**
**Las Vegas, NV 89113-6138**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Builder's Capital, Inc.**   Case number *(if known)*
_____
Name

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin McGowan**
**4609 Inland Ct**
**Las Vegas, NV 89147-4751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JV PROPERTIES LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lawsuit filed with the Eighth Judicial District Court, Clark County, Nevada.  Case No. A-14-694928-C.  JV Properties LLC et al vs. Builder's Capital, Inc.__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Hom**
**9908 Glenrock Dr**
**Las Vegas, NV 89134-6717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Keith**
**4424 San Cascina St**
**Las Vegas, NV 89135-2408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Tyndall**
**1012 Greystoke Acres St**
**Las Vegas, NV 89145-8659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kari Wiesner**
**3216 Ashby Ave**
**Las Vegas, NV 89102-1958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kari Wiesner**
**412 Macarthur Way**
**Las Vegas, NV 89107-3232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*  _____
_____
Name

| | | |
|---|---|---|
| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Karin Fagan**
**11347 Belmont Lake Dr, Unit 102**
**Las Vegas, NV 89135-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karla Williams**
**705 S Saint James Pl**
**Cedar City, UT 84720-3696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karmen Cohen**
**30945 La Brise**
**Laguna Niguel, CA 92677-5530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katelyn Tidwell**
**9180 Hickam Ave**
**Las Vegas, NV 89129-3617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen A. DiLillo**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen I. Holmes**
**9529 Ruby Hills Dr**
**Las Vegas, NV 89134-7811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen Miller**
**14521 E Shaw Ave**
**Sanger, CA 93657-9281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Builder's Capital, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.722**

**Nonpriority creditor's name and mailing address**

**Kathleen Miller**
**301 Leonard St**
**Onaga, KS 66521-9485**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.723**

**Nonpriority creditor's name and mailing address**

**Kathy Gugliotta**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2445**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724**

**Nonpriority creditor's name and mailing address**

**Kathy Marlon**
**9811 W Charleston Blvd, STE 2626**
**Las Vegas, NV 89117-7528**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.725**

**Nonpriority creditor's name and mailing address**

**Kathy McDaniel Holmes**
**2017 Spring Rose St**
**Las Vegas, NV 89134-6641**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726**

**Nonpriority creditor's name and mailing address**

**Kathy Miles**
**1620 S Kanab Creek Dr**
**Kanab, UT 84741-6164**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.727**

**Nonpriority creditor's name and mailing address**

**Kay F. Maxfield**
**1783 Freedom Dr**
**Melbourne, FL 32490-6714**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.728**

**Nonpriority creditor's name and mailing address**

**Kay Holmes**
**2711 Pastel Ave**
**Henderson, NV 89074-1243**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.729** Nonpriority creditor's name and mailing address

Kay R. Bandley
3012 Lantern Ln
Las Vegas, NV 89107-3251

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** Nonpriority creditor's name and mailing address

Keating
181 Plantation Dr
Carson City, NV 89703-5413

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** Nonpriority creditor's name and mailing address

Kelben Kelban
c/o Conway, Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** Nonpriority creditor's name and mailing address

Kelly Brockman
11936 Port LaBelle Dr
Las Vegas, NV 89141-6019

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown Debt - divorce action
Kelly Brockman v. Stephen Brockman
Case # D-12-472582-S
Clark County, Nevada Family Divison**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** Nonpriority creditor's name and mailing address

Kelly Deverell
9124 Eagle Ridge Dr
Las Vegas, NV 89134-6309

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** Nonpriority creditor's name and mailing address

Kelly J. Ahmed
1830 Myrtle Island Dr
Las Vegas, NV 89117-2050

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kelly J. Ahmed**
**6376 Briney Deep Ave**
**P.O. Box 98600**
**Las Vegas, NV 89139-5342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kelly Marie Brockman**
**c/o Black & Lobello**
**10777 W Twain Ave, STE 300**
**Las Vegas, NV 89135-3038**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred **Date debt incurred is unknown**

Basis for the claim:  **Kelly Marie Brockman vs. Stephen G. Brockman / Case # D-12-472582-S / Filed with the District Court, Family Division of Clark County, Nevada**

Last 4 digits of account
number **Re: Brockman vs. Brockman**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ken Harouff**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ken Hogan**
**3937 Placita Del Lazo**
**Las Vegas, NV 89120-2628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ken Keltner**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kenneth A. Seltzer**
**17 Candlewyck Dr**
**Henderson, NV 89052-6654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kenneth Addes**
**100 W Broadway, APT 7-V**
**Long Beach, NY 11561-4019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**
_____   Case number *(if known)* _____
Name

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth Braskamp
400 S Burnside Ave, APT 6E
Los Angeles, CA 90036-5446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth Gruber
1369 Alameda St
St. Paul, MN 55117-4115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth Hogan
2675 E Flamingo Rd, STE 9
Las Vegas, NV 89121-5239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth Hogan
3937 Placita Del Lazo
Las Vegas, NV 89120-2628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth J. Herold
1200 S Bay Front
Newport Beach, CA 92662-1233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth L. Tracht
3008 Lantern Ln
Las Vegas, NV 89107-3251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth Tracht
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kenneth W. Holland
5885 Palmyra Ave
Las Vegas, NV 89146-6732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kevin J. Page
7170 Cloud View Cir
Las Vegas, NV 89119-0326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kevin Jeantet
9104 Tailor Made Ave
Las Vegas, NV 89149-0611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kevin Kraft
200 S. Jones Blvd.
Las Vegas, NV 89107-2657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

Kilmarnock Inc.
65 Quail Run Rd
Henderson, NV 89014-2151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2011**

Basis for the claim:  **personal guarantee of business loan**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kimberly K. Bible
2115 Nuggett Ln
Newberg, OR 97132-1654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Klaus Kopf
8096 Merlewood Ave
Las Vegas, NV 89117-7647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Krista Darnold
305 Prince Charming Ct
Las Vegas, NV 89145-8001

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Kristin Greene
6373 Isabel Cove Ave
Las Vegas, NV 89139-6267

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Kristina M. Dermody
954 Roseberry Dr
Las Vegas, NV 89138-7580

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Kurt Harms
5513 Indian Hills Ave
Las Vegas, NV 89130-2073

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Kurt Wiesner
6354 W Sahara Ave
Las Vegas, NV 89146-3035

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Kyle Londergan
724 Pacific Cascades Dr
Henderson, NV 89012-5805

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Lamb Phil
17600 N Perimeter Dr
Mail Stop A-2002-500
Scottsdale, AZ 85255-5435

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Apigian**
**13501 Muir Dr SE**
**Monroe, WA 98272-8779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Apigian**
**1411 Folsom Ave**
**Yakima, WA 98902-2575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Mamchur**
**P.O. Box 1377**
**Tustin, CA 92781-1377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Swecker**
**3017 W Charleston Blvd, STE 40**
**Las Vegas, NV 89102-1988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren Eichelberger**
**2290 Almond Creek Dr**
**Reno, NV 89523-1290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Invetor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laurence R. Meyerson**
**10620 Southern Highlands Pkwy**
**# 110-452**
**Las Vegas, NV 89141-4372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laurie Carson**
**HC 34 Box 34153**
**Ely, NV 89301-9206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*  _____
             Name

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurie Engel**
**1500 French Merlot Ct**
**Las Vegas, NV 89144-1128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence A. Rolince**
**991 Nautical Dr**
**Vermilion, OH 44089-1716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Burton**
**34 Lagunita Dr**
**Laguna Beach, CA 92651-4239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Godfrey**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Helseth**
**81276 Corte Compras**
**Indio, CA 92203-4414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Riley**
**1 Wild Sage Cir**
**Carson City, NV 89703-9586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Taylor**
**420 North Sutro Ter**
**Carson City, NV 89706-0212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _In Re: Builder's Capital, Inc._

**Basis for the claim:** _Investor_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LeAnn Apigian**
**13501 Muir Dr SE**
**Monroe, WA 98272-8779**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LeAnn Apigian**
**PO Box 252**
**Dallesport, WA 98617-0252**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lee Cervoni**
**3301 Moon River St**
**Las Vegas, NV 89129-2167**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leigh Rodney**
**5540 Putnam Dr**
**West Bloomfield, MI 48323-3720**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lena J. Armuth**
**4555 Saddlehorn Dr**
**Reno, NV 89511-6735**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leo Diamond**
**2116 Shadow Canyon Dr**
**Henderson, NV 89044-0168**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leo Trego**
**4662 Surveyor St**
**Las Vegas, NV 89103-4546**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                            Case number (if known) _____
                  Name

| | | |
|---|---|---|
| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.784**

**Nonpriority creditor's name and mailing address**
**Leon Alan Marks**
**11700 W Charleston Blvd,**
**Suite 170-48**
**Las Vegas, NV 89135-1573**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.785**

**Nonpriority creditor's name and mailing address**
**Leon E. Singer**
**2601 Byron Dr**
**Las Vegas, NV 89134-7581**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.786**

**Nonpriority creditor's name and mailing address**
**Leona M. Chapman**
**5362 Winding Creek Dr**
**Rockford, IL 61114-5482**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787**

**Nonpriority creditor's name and mailing address**
**Leonard Cardoza**
**10409 Glowing Cove Ave**
**Las Vegas, NV 89129-3243**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788**

**Nonpriority creditor's name and mailing address**
**Leonard Jay Nevins**
**3027 Big Green Ln**
**Las Vegas, NV 89134-7455**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.789**

**Nonpriority creditor's name and mailing address**
**Leonard Leeds**
**P.O. Box 31896**
**Las Vegas, NV 89173-1896**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**

**Nonpriority creditor's name and mailing address**
**Leonard Leeds**
**P.O. Box 401251**
**Las Vegas, NV 89140-1251**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Builder's Capital, Inc.**                                    Case number *(if known)*  _____
_____
Name

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lesley Dietrich**
**P.O. Box 420**
**Onaga, KS 66521-0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leslie J. Holmes**
**34862 Bonadelle Ave**
**Madera, CA 93636-8441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leslie Seidler**
**5920 Pembroke Dr**
**Reno, NV 89502-9716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leslie Seidler**
**PO Box 70581**
**Reno, NV 89570-0581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Libby Luna**
**4518 Wandering Vine Trl**
**Round Rock, TX 78665-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Libby Raynes**
**2700 W Sahara Ave, STE 300**
**Las Vegas, NV 89102-1714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda A. Blanchard**
**2654 W Horizon Ridge Pkwy, STE B5**
**PMB 154**
**Henderson, NV 89052-2858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:  Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.798** | |

**Nonpriority creditor's name and mailing address**
**Linda Bohach**
**10750 Summer Glen Dr**
**Reno, NV 89521-5299**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.799**

**Nonpriority creditor's name and mailing address**
**Linda Davidson**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.800**

**Nonpriority creditor's name and mailing address**
**Linda Day**
**4480 W Nevso Dr**
**Las Vegas, NV 89103-3764**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.801**

**Nonpriority creditor's name and mailing address**
**Linda Fahringer**
**1106 Indiana Ct**
**Henderson, NV 89015-5983**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.802**

**Nonpriority creditor's name and mailing address**
**Linda Fahringer**
**PO Box 12276**
**Las Vegas, NV 89112-0276**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.803**

**Nonpriority creditor's name and mailing address**
**Linda Levin**
**8000 Castle Pines Ave**
**Las Vegas, NV 89113-1203**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.804**

**Nonpriority creditor's name and mailing address**
**Linda M. Fahringer**
**1106 Indiana Ct**
**Henderson, NV 89015-5983**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.805 | **Nonpriority creditor's name and mailing address** |
| | **Linda M. Trimble** |
| | **7420 Crystal Clear Ave** |
| | **Las Vegas, NV 89113-0740** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.806 | **Nonpriority creditor's name and mailing address** |
| | **Linda Sabo** |
| | **3867 Maryland Ave** |
| | **Las Vegas, NV 89121-4528** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.807 | **Nonpriority creditor's name and mailing address** |
| | **Lindsey B. Joslin** |
| | **21 Quail Run Rd** |
| | **Henderson, NV 89014-2150** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.808 | **Nonpriority creditor's name and mailing address** |
| | **Lippelli Lippelli** |
| | **c/o Northern Trust Bank** |
| | **1995 Village Center Circle** |
| | **Las Vegas, NV 89134-6360** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.809 | **Nonpriority creditor's name and mailing address** |
| | **Lisa A. Hogan** |
| | **3937 Placita Del Lazo** |
| | **Las Vegas, NV 89120-2628** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.810 | **Nonpriority creditor's name and mailing address** |
| | **Lisa Beth Isabelle** |
| | **1456 Seacoast Dr, UNIT 2C** |
| | **Imperial Beach, CA 91932-3197** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** |
| | **Lisa Hogan** |
| | **3937 Placita Del Lazo** |
| | **Las Vegas, NV 89120-2628** |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Lisa Hogan**
**P.O. Box 420**
**Onaga, KS 66521-0420**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.813 | **Nonpriority creditor's name and mailing address** | |

**Lisa Lekumberry**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

Date(s) debt was incurred _
Last 4 digits of account number  **0799**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.814 | **Nonpriority creditor's name and mailing address** | |

**Lloyd Woodson**
**26451 Circle Knoll Ct**
**Newhall, CA 91321-1320**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.815 | **Nonpriority creditor's name and mailing address** | |

**Lois L. Sprake**
**7736 Wedlock Ln**
**Las Vegas, NV 89129-5455**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.816 | **Nonpriority creditor's name and mailing address** | |

**Lois R. Copple**
**393 Highland Hills Ct**
**Las Vegas, NV 89148-2788**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** | |

**Lola K. Barnes**
**6520 W 34th Ave**
**Wheat Ridge, CO 80033-6405**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.818 | **Nonpriority creditor's name and mailing address** | |

**Lonnie J. Dossey, Jr.**
**20620 Cooke Dr**
**Reno, NV 89521-9708**

Date(s) debt was incurred _
Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                        Case number *(if known)*
_____
Name

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Loree Parker**
**409 Chestnut Rdg**
**Spring Grove, IL 60081-8238**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Loretta DeGrandis**
**2456 Avenida Sol**
**Henderson, NV 89074-6353**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Loretta Grace Nauman**
**338 Sussex Pl**
**Carson City, NV 89703-5356**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Loretta L. Tipper**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lori Haney**
**1672 Divot Rd**
**Carson City, NV 89701-2919**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lorraine Engel**
**1500 French Merlot Ct**
**Las Vegas, NV 89144-1128**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lorraine M. Gruber**
**2050 Chambers St**
**Maplewood, MN 55109-3410**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*
                  Name

| | |
|---|---|
| 3.826 | **Nonpriority creditor's name and mailing address** |

**Loui Cerri**
**25 Julie Court**
**Winnemucca, NV 89445-3246**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inestor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.827 | **Nonpriority creditor's name and mailing address** |

**Louis Brown**
**2929 Faiss Drive**
**Las Vegas, NV 89134-7461**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.828 | **Nonpriority creditor's name and mailing address** |

**Louis DeGregorio**
**6160 N Jensen St**
**Las Vegas, NV 89149-1323**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.829 | **Nonpriority creditor's name and mailing address** |

**Louis Guerin**
**10701 S Military Trl**
**Boynton Beach, FL 33436-4811**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.830 | **Nonpriority creditor's name and mailing address** |

**Louis W. Bergevin**
**180 Plantation Dr**
**Carson City, NV 89703-5412**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.831 | **Nonpriority creditor's name and mailing address** |

**Loyal Crownover**
**2213 Plaza Del Puerto**
**Las Vegas, NV 89102-4045**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.832 | **Nonpriority creditor's name and mailing address** |

**Luanne M. Toberman**
**2929 Faiss Dr**
**Las Vegas, NV 89134-7461**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Builder's Capital, Inc.**
　　　　　Name

Case number *(if known)* _____

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas Vine**
**805 Florida St, APT A**
**Imperial Beach, CA 91932-2262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luetta Bergevin and Jeanne Russell**
**180 Plantation Dr**
**Carson City, NV 89703-5412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynda Carlson**
**624 California St**
**Boulder City, NV 89005-2760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynette Dunkley**
**5070 S 4700 W**
**Hooper, UT 84315-9536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynette Sarnoski**
**1814 Lakeview Dr**
**Sutherlin, OR 97479-9806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynette Sarnoski**
**5420 Michelleanne Rd**
**Las Vegas, NV 89107-0302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynn Thielke**
**9421 Low Tide Ct**
**Las Vegas, NV 89117-0279**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynn Wiesner**
**3216 Ashby Ave**
**Las Vegas, NV 89102-1958**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynn Wuestenberg**
**P.O. Box 151**
**Carson City, NV 89702-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**M.A. Rayment**
**1386 Porter Dr**
**Minden, NV 89423-9088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mabel Musgrave**
**3204 Alta Dr**
**Las Vegas, NV 89107-3206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madonna M. Girard**
**301 Leonard St**
**Onaga, KS 66521-9485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madonna M. Girard**
**810 W Omphale St**
**Kuna, ID 83634-2464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malcolm Compton**
**2929 Coast Line Ct**
**Las Vegas, NV 89117-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Investor**

**Last 4 digits of account number  In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                    Case number *(if known)*
_____                          _____
    Name

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Manny G. Gomez**
**1168 Center Point Dr**
**Henderson, NV 89074-8815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marc Dickens**
**2302 Carinth Way**
**Henderson, NV 89074-5376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcia Garfield Isaacs**
**3373 Wrightwood Dr**
**Studio City, CA 91604-3939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Margaret Lindley**
**203 Cedar St, APT A**
**Wallace, ID 83873-2126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marguerite Falkenborg**
**727 3rd Ave**
**Chula Vista, CA 91910-5803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Margurite J. Shultis**
**Nevada Trust Company**
**P.O. Box 93685**
**Las Vegas, NV 89119-3865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mari Foutz Flanery**
**7501 E Thompson Peak Pkwy, Unit 349**
**Scottsdale, AZ 85255-4536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Maria Madrigal**
**2300 Maverick St**
**Las Vegas, NV 89108-3344**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marie H. Soldo**
**1905 Davina St**
**Henderson, NV 89074-1091**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marie H. Soldo**
**2724 N Tenaya Wy**
**Las Vegas, NV 89114-5645**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marie Insalaco**
**58 Jenawood Ln**
**Williamsville, NY 14221-3862**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marie Lekumberry**
**1212 Eddy Street**
**Gardnerville, NV 89410-6010**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marie Watson**
**1150 Pinion Hills Dr**
**Carson City, NV 89701-9356**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Marilyn B. Henze**
**P.O. Box 12020**
**Prescott, AZ 86304-2020**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Builder's Capital, Inc.**

Case number (if known) _____

Name

---

**3.861**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn F. Jackson**
**6111 Churchfield Blvd, APT 3**                                  ☐ Contingent
**Las Vegas, NV 89103-4542**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.862**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn Gillespie Davis**
**4547 Goen Way**                                                ☐ Contingent
**Las Vegas, NV 89121-5940**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.863**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn Ginsberg**
**55142 Southern Hls**                                           ☐ Contingent
**La Quinta, CA 92253-5659**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.864**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn Stockton**
**1698 Black Fox Canyon Rd**                                     ☐ Contingent
**Henderson, NV 89052-6941**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Invoice**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.865**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn T. Lundberg**
**340 E 300 N**                                                  ☐ Contingent
**Manti, UT 84642-1152**                                         ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.866**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Marilyn Turner**
**4963 Cold Springs Ct**                                         ☐ Contingent
**Las Vegas, NV 89113-1368**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.867**

**Nonpriority creditor's name and mailing address**                                   As of the petition filing date, the claim is: Check all that apply.        $0.00

**Mario L. Mascolo**
**6122 Tatinger Ct**                                             ☐ Contingent
**Las Vegas, NV 89122-3471**                                     ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred _                                      **Basis for the claim:   Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**
_____   Case number *(if known)* _____
Name

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Arraiz**
**3261 Conte Dr**
**Carson City, NV 89701-4898**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Dunford**
**3005 Beach View Ct**
**Las Vegas, NV 89117-3530**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Fine**
**11727 Morning Grove Dr**
**Las Vegas, NV 89135-1542**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Giglio**
**2529 Daily Dr**
**Fallbrook, CA 92028-9101**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Hanger**
**2245 E Caribou St**
**Silver Springs, NV 89429-8612**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark J. Heller**
**4 Rollingwood Drive**
**Rolling Hills Estates, CA 90274-2426**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark L. Fine**
**3960 Howard Hughes Pkwy, STE 750**
**Las Vegas, NV 89169-5973**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Lehman**
**18 Roundtree Ct**
**Aliso Viejo, CA 92656-8045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Passalacqua**
**2713 King Louis St**
**Henderson, NV 89044-0309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Ruesch**
**6577 Strawberry Cream Ct**
**Las Vegas, NV 89142-0980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark W. Harrison**
**P.O. Box 57**
**Wenatchee, WA 98807-0057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mark Wood**
**1090 Kennedy Blvd**
**Bayonne, NJ 07002-2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marlin M. Mueller**
**3601 Deer Flats St**
**Las Vegas, NV 89129-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marsha Garneau-Walters**
**2700 W Sahara Ave, STE 300**
**Las Vegas, NV 89102-1714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Investor**

**Last 4 digits of account number**  **In Re: Builder's**
**Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                      Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Martin A. McGarry**
**6650 Desperado St**
**Las Vegas, NV 89131-3406**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marvin and Karen Levine**
**3632 Snowy Pines St**
**Las Vegas, NV 89147-6761**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marvin L. Schmidt**
**736 Emden St**
**Henderson, NV 89015-4661**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mary Alice Evans**
**1403 Harvard Wy**
**Reno, NV 89502-3118**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mary Ann Failla**
**6105 E Sahara Ave, SPC 79**
**Las Vegas, NV 89142-1655**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mary Brown**
**520 E Garland Ave**
**Fresno, CA 93704-4713**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mary Bryne**
**1704 Walrus St**
**Las Vegas, NV 89117-6944**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.889** | **Nonpriority creditor's name and mailing address**

**Mary Bryne**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address**

**Mary Campbell**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address**

**Mary Chaisson**
**40 Innisbrook Ave**
**Las Vegas, NV 89113-1225**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address**

**Mary D. Keeler**
**5713 Whiteridge Ave**
**Las Vegas, NV 89107-1520**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address**

**Mary Dennis**
**501 Night Hawk Ct**
**Fernley, NV 89408-9094**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address**

**Mary Ellen Wilson**
**2529 Daily Dr**
**Fallbrook, CA 92028-9101**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address**

**Mary J. Plumlee**
**8120 Borson St**
**Downey, CA 90242-4207**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)*
_____

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Kempf**
**2560 Forest City Dr**
**Henderson, NV 89052-6951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Lou Armuth**
**1262 Hannah Dr**
**Elko, NV 89801-2524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Lou Banta**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Sue Long**
**300 N Island View Ave**
**Long Beach, MS 39560-4319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary W. Lamb**
**9102 Haddington Ln**
**Las Vegas, NV 89145-8530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matha McKinney**
**2766 Rainer Ct**
**Las Vegas, NV 89142-2625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew C. Mangione**
**624 Summer Mesa Dr**
**Las Vegas, NV 89144-1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Builder's Capital, Inc.**                                   Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.903 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Matthew C. Mangione**
**6748 Twisted Wood Dr**
**Las Vegas, NV 89148-4263**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904**  **Nonpriority creditor's name and mailing address**
**Matthew Cardinal**
**2286 Hedgewood Dr**
**Reno, NV 89509-5159**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905**  **Nonpriority creditor's name and mailing address**
**Matthew Pitts**
**4786 Caughlin Pkwy, STE 305**
**Reno, NV 89519-0912**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906**  **Nonpriority creditor's name and mailing address**
**Matthew Resler**
**306 Forest Ridge St**
**Henderson, NV 89014-7829**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907**  **Nonpriority creditor's name and mailing address**
**Maurice A. Mann**
**1776 Broadway, FL 23**
**New York, NY 10019-2003**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908**  **Nonpriority creditor's name and mailing address**
**Max P. Dunford**
**945 Aspen Breeze Ave**
**Las Vegas, NV 89123-3192**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909**  **Nonpriority creditor's name and mailing address**
**Melissa Miller**
**1553 Livonia Ave**
**Los Angeles, CA 90035-4201**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin J. Lowe**
**1301 Coburn Ave**
**Worland, WY 82401-3513**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin J. Lowe**
**3695 White Ridge Dr**
**St. George, UT 84790-6632**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin L. Silva**
**1050 Rocky Ter**
**Gardnerville, NV 89460-9752**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin Lamph**
**9700 Verlaine Ct**
**Las Vegas, NV 89145-8695**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin W. Winograd**
**1671 Mission Hills Rd**
**APT 306**
**Northbrook, IL 60062-5733**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,678.00 |
|---|---|---|---|

**Mercedes-Benz Financial Services**
**P.O. Box 685**
**Roanoke, TX 76262-0685**

Date(s) debt was incurred  **7/2011**

Last 4 digits of account number  **4835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Automobile loan.  The car was returned to lender in 2011.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meridee Johnson**
**120 S Torn Ranch Rd**
**Elsinore, CA 92530-1829**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                              Case number (if known) _____
_____
Name

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merrill K. Molsberry**
**8144 Maddingley Ave**
**Las Vegas, NV 89117-7638**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael A. Rineer**
**7565 Lorinda Ave**
**Las Vegas, NV 89128-0213**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael A. Rineer**
**P.O. Box 31529**
**Las Vegas, NV 89173-1529**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Armuth**
**189 Cedar St**
**Elko, NV 89801-3019**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Bryant**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Cunningham**
**405 Lake Windemere St**
**Las Vegas, NV 89138-3004**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael G. Lewis**
**1720 Choice Hills Dr**
**Henderson, NV 89012-7230**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____
_____
Name

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Gillespie**
P.O. Box 3423
Carson City, NV 89702-3423

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Goffinet**
8304 Fritzen Ave
Las Vegas, NV 89131-4608

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Greenberg**
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266-5347

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael J. Berry**
147 S Stanford Way
Sparks, NV 89431-5825

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Karahalis**
10948 51st Ave N
St. Petersburg, FL 33708-2910

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Kubin**
1155 Park Ave
New York, NY 10128-1209

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Loudermilk**
2056 Glenview Dr
Las Vegas, NV 89134-6114

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**    Case number *(if known)* _____
          _____
          Name

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Mulcahy**
**2320 Tinsley Court**
**Las Vegas, NV 89134-0120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Olden**
**9376 Gold Lake Ave**
**Las Vegas, NV 89149-0122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Polkabla**
**775 San Pablo Ave**
**Pinole, CA 94564-2631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Schlaack**
**5561 Fire Island Dr**
**Las Vegas, NV 89120-1949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael T. Enos**
**625 Onyo Way**
**Sparks, NV 89441-7583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael T. Kishner**
**8930 S Maryland Pkwy**
**Las Vegas, NV 89123-5360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael T. Sullivan**
**430 Bannock St**
**Mesquite, NV 89027-6221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                     Case number *(if known)* _____
_____
Name

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael T. Sullivan**
PO Box 429
Mesquite, NV 89024-0429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael W. Arnau**
1341 Park Row
La Jolla, CA 92037-3708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Walters**
5380 Painted Sunrise Dr
Las Vegas, NV 89149-6443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Anderson**
6 Lake Mist Ct
Columbia, SC 29229-7311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Staunton**
3725 Hill Rd
Tule Lake, CA 96134-9763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mike Bayliss**
1830 College Pkwy, STE 200
Carson City, NV 89706-7904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mike Growney**
3810 Kemper Lakes St
Las Vegas, NV 89122-4718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
　　　　　Name

Case number *(if known)* _____

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Wells**
**7228 36th Ct SE**
**Olympia, WA 98503-3992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mildred E. Graf**
**95 Shepherd Mesa Ct**
**Henderson, NV 89074-1739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mildred Murphy**
**9828 Folsom Dr**
**Las Vegas, NV 89134-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moffatt Moffatt**
**c/o Conway, Stuart & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mohammed Choudhury**
**9201 Black Lake Pl**
**Las Vegas, NV 89178-3523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morris Mansell**
**2578 Highmore Ave**
**Henderson, NV 89052-6934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morris Raynes**
**2700 W Sahara Ave, STE 300**
**Las Vegas, NV 89102-1714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.952 | **Nonpriority creditor's name and mailing address** |

**3.952**

**Nonpriority creditor's name and mailing address**
**Mr. Backus**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **7720**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953**

**Nonpriority creditor's name and mailing address**
**Multibank 2009-1 RES-ADC Venture LLC**
**790 NW 107th Ave, STE 400**
**Miami, FL 33172-3159**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Confession of judgment (listed on schedule d)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954**

**Nonpriority creditor's name and mailing address**
**Multibank 2009-1 RES-ADC Venture LLC**
**790 NW 107th AVE, STE 400**
**MIAMI, FL 33172**

Date(s) debt was incurred  **2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,600,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan - Creditor took a 2nd Trust Deed on the former residence of shareholder Steve Brockman  - house was deeded to Kelly Brockman as part of divorce.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955**

**Nonpriority creditor's name and mailing address**
**Murton Strimling**
**9100 Crystal Lake Ct**
**Las Vegas, NV 89134-6110**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.956**

**Nonpriority creditor's name and mailing address**
**Myrna J. Ackerman**
**11489 Ohanu Cir**
**Boynton Beach, FL 33437-7034**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.957**

**Nonpriority creditor's name and mailing address**
**N.G.A. #2, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit filed with the Eighth Judicial District Court, Clark County, Nevada. Case No. A-14-694928-C.  JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.958**

**Nonpriority creditor's name and mailing address**
**Nadim Ahmed**
**1830 Myrtle Island Dr**
**Las Vegas, NV 89117-2050**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____

      Name

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.959**

**Nonpriority creditor's name and mailing address**

Nancy A. Lewandowski
277 New River Cir
Henderson, NV 89052-2376

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.960**

**Nonpriority creditor's name and mailing address**

Nancy C. Nixon
224 North Kansas
Wichita, KS 67214-4230

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.961**

**Nonpriority creditor's name and mailing address**

Nancy C. Wong
2588 Fire Mesa St, STE 110
Las Vegas, NV 89128-9022

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.962**

**Nonpriority creditor's name and mailing address**

Nancy Golden
946 Edgecliff Drive
Reno, NV 89523-9408

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.963**

**Nonpriority creditor's name and mailing address**

Nancy Joslin
21 Quail Run Rd
Henderson, NV 89014-2150

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.964**

**Nonpriority creditor's name and mailing address**

Nancy K. Spannaus
2606 Cromwell Ct
Minneapolis, MN 55410-2519

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.965**

**Nonpriority creditor's name and mailing address**

Nancy Kathryn Rivard
P.O. Box 31257
Las Vegas, NV 89173-1257

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                              Case number (if known) _____
_____
Name

| 3.966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nancy Kelly**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nang K. Payanouvong**
**7707 Lobella St**
**Las Vegas, NV 89123-0456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nathan Costello**
**3333 E Serene Ave, STE 200**
**Henderson, NV 89074-6571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nathan Costello**
**170 S Green Valley Pkwy, STE 280**
**Henderson, NV 89012-3145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,307.00** |

**NCEP LLC**
**3715 Davinci Ct, # 200**
**Norcross, GA 30092-2670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **5/2013**

**Last 4 digits of account number** **8901**

**Basis for the claim:** **HSBC installment loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,307.00** |

**NCEP LLC**
**3715 Davinci Court, # 200**
**Norcross, GA 30092-2670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **unknown**

**Last 4 digits of account number** **2901**

**Basis for the claim:** **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ned Gershenson**
**c/o Martin & Allison Ltd.**
**3191 E Warm Springs Rd**
**Longford Plaza East, Building 13**
**Las Vegas, NV 89120-3147**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** **Date debt incurred is unknown**

**Last 4 digits of account number** **Re: Gershenson v. Builder's Ca**

**Basis for the claim:** **Ned Gershenson et al vs. Builder's Capital Inc et al / Case # A-11-65r2178-C / Filed with the District Court of Clark County, Nevada**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Builder's Capital, Inc.**                                   Case number *(if known)* _____
　　　　Name

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ned Gershenson**
**628 Lakeview Shores Loop**
**Mooresville, NC 28117-6635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ned Homfeld**
**2515 N Atlantic Blvd**
**Fort Lauderdale, FL 33305-1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Neil P. Yingling**
**722 Shadow Creek Trl**
**Amherst, OH 44001-2090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Neil P. Yingling**
**9453 New Utrecht St**
**Las Vegas, NV 89178-8600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nellie Pleser**
**2836 Meadow Park Ave**
**Henderson, NV 89052-7011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicholas Chamberlain**
**631 Marwood Ln**
**Las Cruces, NM 88007-7834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicholas Dryden**
**9504 Spanish Steps Ln**
**Las Vegas, NV 89117-0841**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's**
**Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                      Case number *(if known)*  _____
          Name

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nichols F. Naff**
**2970 Blaney Ct**
**Las Vegas, NV 89121-3921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nick Aquilina**
**3308 Cutty Sark St**
**Las Vegas, NV 89117-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nick T. Larizza**
**5450 N Paramount Blvd, SPC 114**
**Long Beach, CA 90805-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nickolene Gries**
**6804 White Shell Cir**
**Las Vegas, NV 89108-5022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicole Soumbeniotis**
**8902 Meridian Oak Ln**
**Austin, TX 78744-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Norma Ellman**
**10612 Paradise Point Dr**
**Las Vegas, NV 89134-7434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Norman Forrest**
**9001 Villa Ridge Dr**
**Las Vegas, NV 89134-8592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Builder's Capital, Inc.**                                        Case number (if known) _____

Name

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Norman Jenkins**
**3071 Arabian Rd**
**Las Vegas, NV 89107-4540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Norman Webster**
**250 E Telegraph Rd, SPC 244**
**Fillmore, CA 93015-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**NORTHWEST INVESTMENTS, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County, Nevada.  Case No. A-14-694928-C.  JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**O.H. "Rex" Davenport**
**2500 Hinkle Dr, Atp 51**
**Denton, TX 76201-0702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ole Jensen**
**NFSLLC Account EBP-128155**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Opportunity Village**
**6300 W Oakey Blvd**
**Las Vegas, NV 89146-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2006**

**Last 4 digits of account number** **In Re: Builder's Capital, Inc.**

**Basis for the claim:** **Debtor comitted to make $25,000 donation. Debtor was unable to make donation but receives a bill for same**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                    Case number *(if known)*  _____
_____
Name

| | | |
|---|---|---|
| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

3.993 | **Nonpriority creditor's name and mailing address**

**Osvaldo Zunino**
**3575 Tioga Way**
**Las Vegas, NV 89169-3340**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.994 | **Nonpriority creditor's name and mailing address**

**Paige E. Warthen**
**P.O. Box 12276**
**Las Vegas, NV 89112-0276**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.995 | **Nonpriority creditor's name and mailing address**

**Pamela D. Tierney**
**8306 Lexford St**
**Las Vegas, NV 89123-0844**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.996 | **Nonpriority creditor's name and mailing address**

**Pamela Hershey**
**7925 McDowell Dr**
**Las Vegas, NV 89129-5533**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.997 | **Nonpriority creditor's name and mailing address**

**Pasquale M. Palmieri**
**180 E Hickory St**
**Pahrump, NV 89048-9124**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.998 | **Nonpriority creditor's name and mailing address**

**Patricia A. Carpenter**
**690 E Patriot Blvd, Apt 286**
**Reno, NV 89511-1240**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.999 | **Nonpriority creditor's name and mailing address**

**Patricia A. Darnold**
**2061 Sapphire Valley Ave**
**Henderson, NV 89074-1533**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia A. Darnold**
**301 Leonard St**
**Onaga, KS 66521-9485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia Allen Knight**
**7400 Picardie Ln**
**Las Vegas, NV 89123-1260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia Deverell**
**9124 Eagle Ridge Dr**
**Las Vegas, NV 89134-6309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia E. Von Euw**
**7431 Lintwhite St**
**North Las Vegas, NV 89084-2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia Harris**
**21 Quail Run Rd**
**Henderson, NV 89014-2150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia Harris**
**9749 Lost Colt Cir**
**Las Vegas, NV 89117-6650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Patricia Hohbein**
**1579 E Dalton Ave**
**Dalton Gardens, ID 83815-9624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.100 7** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia Iturriaga**
**808 W Grondahl St, Apt F**
**Covina, CA 91722-1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 8** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia Iturriaga**
**PO Box 420**
**Onaga, KS 66521-0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.100 9** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia J. Fowler**
**12774 Winery Way**
**Fishers, IN 46037-7351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.101 0** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia J. Morford**
**1713 Lamplighter Ln**
**Las Vegas, NV 89104-3722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.101 1** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia L. Keenan**
**4201 Topanga Canyon Blvd, SPC 68**
**Woodland Hills, CA 91364-5257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.101 2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patricia R. Sundell**
**29511 Via Alto Cerro**
**Laguna Niguel, CA 92677-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.101** **3** | |

**Nonpriority creditor's name and mailing address**

**Patricia R. Sundell**
**P.O. Box 420**
**Onaga, KS 66521-0420**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **4** | |

**Nonpriority creditor's name and mailing address**

**Patricia S. Lavanhar**
**7634 Sudan Ct**
**Las Vegas, NV 89149-6496**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **5** | |

**Nonpriority creditor's name and mailing address**

**Patricia Stoebling**
**1644 Wellington Springs Ave**
**Henderson, NV 89052-6884**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **6** | |

**Nonpriority creditor's name and mailing address**

**Patricia Swetkovich**
**3805 Ranch Crest Dr**
**Reno, NV 89509-6872**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **7** | |

**Nonpriority creditor's name and mailing address**

**Patricia Wilkins**
**3206 E Bonview Dr**
**Salt Lake City, UT 84109-3704**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **8** | |

**Nonpriority creditor's name and mailing address**

**Patrick Dermody**
**954 Roseberry Dr**
**Las Vegas, NV 89138-7580**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.101** **9** | |

**Nonpriority creditor's name and mailing address**

**Patrick G. Lynch**
**6175 Jutland Ave**
**Las Vegas, NV 89122-3473**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Builder's Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.102 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Patrick Holmes**<br>**22235 Frontier Rd**<br>**Clovis, CA 93619-9605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Patrick J. Dreikosen**<br>**9321 Queen Charlotte Dr**<br>**Las Vegas, NV 89145-8709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Patrick Kelley**<br>**P.O. Box 451**<br>**Pioche, NV 89043-0451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Patrick Rich**<br>**27810 Forester Dr**<br>**Bonita Springs, FL 34134-3805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Patsy F. Sheldon**<br>**2472 Calvert City Dr**<br>**Henderson, NV 89052-7131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pattie Montgomery**<br>**9811 W Charleston Blvd, STE 2-545**<br>**Las Vegas, NV 89117-7528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Investor_ | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Patty Eggleston**
**5670 Edna Ave**
**Las Vegas, NV 89146-6840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Patty F. Coffland**
**Patricia K. McGalliard**
**1826 15th St**
**Lewiston, ID 83501-3978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul A. Styer**
**230 Biltmore Ct**
**Alamo, CA 94507-2303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul A. Styer**
**4665 Business Center Dr**
**Fairfield, CA 94534-1675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul Baglia**
**1110 3rd St**
**Windsor, CO 80550-5704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul Baglia**
**5620 Fossil Creek Pkwy, Unit 3250**
**Fort Collins, CO 80525-7133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Edwards**
**P.O. Box 5065**
**Bend, OR 97708-5065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul H. Palmer**
**907 Squaw Peak Dr**
**Henderson, NV 89014-0356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Howarth**
**6 Mountain Cove Ct**
**Henderson, NV 89052-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul Kellogg**
**9065 S Pecos Rd, STE 120**
**Henderson, NV 89074-7188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul L Beaudry**
**589 Highline Dr, Apt 109**
**East Wenatchee, WA 98802-5499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul L. Hesselgesser**
**229 N Pecos Rd, STE 110**
**Henderson, NV 89074-7364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paul L. Larsen**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1039 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Marshall**
**446 McKinley St SE**
**Salem, OR 97302-4853**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1040 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Scartezina**
**945 N Stone Ave**
**Tucson, AZ 85705-7746**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1041 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paulina Biggs Sparkuhl**
**1930 Village Center Cir, # 3-711**
**Las Vegas, NV 89134-6299**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1042 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pauline Schwamb**
**6490 S McCarran Blvd, STE D28**
**Reno, NV 89509-6124**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1043 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Penelope Dennis**
**2166 Colvin Run Dr**
**Henderson, NV 89052-7051**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1044 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Penny I. Marks**
**50 Ruby Avenue**
**Eugene, OR 97404-2025**

Date(s) debt was incurred  _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                Case number *(if known)* _____
         _____
         Name

| 3.104 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **Unknown**

**Pension Benefit Guaranty Corp.**
**Department 77430**                    ☐ Contingent
**P.O. Box 77000**                      ☐ Unliquidated
**Detroit, MI 48277-2000**              ☐ Disputed

Date(s) debt was incurred _             **Basis for the claim:**  potential claims by pension beneficiaries

Last 4 digits of account number  N001    Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Percy L. Julien**                     ☐ Contingent
**2730 Cherrydale Falls Dr**            ☐ Unliquidated
**Henderson, NV 89052-7004**            ☐ Disputed

Date(s) debt was incurred _             **Basis for the claim:**  Investor

Last 4 digits of account number  In Re: Builder's    Is the claim subject to offset? ■ No  ☐ Yes
Capital, Inc.

| 3.104 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Pete Carboni**                        ☐ Contingent
**408 Arizona St**                      ☐ Unliquidated
**Boulder City, NV 89005-2808**         ☐ Disputed

Date(s) debt was incurred _             **Basis for the claim:**  Investor

Last 4 digits of account number  In Re: Builder's    Is the claim subject to offset? ■ No  ☐ Yes
Capital, Inc.

| 3.104 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Pete Kubena**                         ☐ Contingent
**Re: NT7504436**                       ☐ Unliquidated
**100 E Thousand Oaks Blvd**            ☐ Disputed
**Thousand Oaks, CA 91360-5713**

Date(s) debt was incurred _             **Basis for the claim:**  Investor

Last 4 digits of account number  In Re: Builder's    Is the claim subject to offset? ■ No  ☐ Yes
Capital, Inc.

| 3.104 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Peter Alan Holmes**                   ☐ Contingent
**3235 Circle Ct W**                    ☐ Unliquidated
**Fresno, CA 93703-2407**               ☐ Disputed

Date(s) debt was incurred _             **Basis for the claim:**  Investor

Last 4 digits of account number  In Re: Builder's    Is the claim subject to offset? ■ No  ☐ Yes
Capital, Inc.

| 3.105 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Peter Gordon**                        ☐ Contingent
**11737 Stonewall Springs Ave**         ☐ Unliquidated
**Las Vegas, NV 89138-1577**            ☐ Disputed

Date(s) debt was incurred _             **Basis for the claim:**  Investor

Last 4 digits of account number  In Re: Builder's    Is the claim subject to offset? ■ No  ☐ Yes
Capital, Inc.

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Peter Mamchur**
**70101-6403 Bowness Road NW**
**Calgary, AB T3B 0E6-**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 2 |

**Nonpriority creditor's name and mailing address**

**Peter Newton**
**8453 Cabin Peak St**
**Las Vegas, NV 89123-2840**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 3 |

**Nonpriority creditor's name and mailing address**

**Peter Wu**
**2732 Monrovia Dr**
**Las Vegas, NV 89117-0509**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 4 |

**Nonpriority creditor's name and mailing address**

**Philip Engel**
**1601 Houssels Ave**
**Las Vegas, NV 89104-1434**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 5 |

**Nonpriority creditor's name and mailing address**

**Philip Engel**
**8013 W Spanish Peak**
**Littleton, CO 80127-3484**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.105 6 |

**Nonpriority creditor's name and mailing address**

**Philip T. Varricchio**
**2173 Silent Echoes Dr**
**Henderson, NV 89044-0182**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __In Re: Builder's
Capital, Inc.__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**
_____
Name

Case number (if known)   _____

| 3.105 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phyllis G. Axelrod**
**11982 Kiowa Ave, Apt 101**
**Los Angeles, CA 90049-5980**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.105 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre Forest**
**1386 Porter Dr**
**Minden, NV 89423-9088**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.105 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pioneer Plumbing**
**4465 S Jones Blvd, STE 300**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.106 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PLUSFOUR INC.**
**6345 S Pecos Rd, STE 212**
**Las Vegas, NV 89120-6224**

Date(s) debt was incurred  **4/2013**

Last 4 digits of account number  **4086**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection agency for medical charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$139.00**

---

| 3.106 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Portfolio Recovery Affiliates**
**140 Corporate Blvd**
**Norfolk, VA 23502-4952**

Date(s) debt was incurred  **7/2013**

Last 4 digits of account number  **9270**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Installment loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,738.00**

---

| 3.106 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Procter J. Hug**
**4785 Caughlin Pkwy**
**Reno, NV 89519-0906**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
     Name                                         Case number *(if known)*

---

**3.106** **3**

**Nonpriority creditor's name and mailing address**
**PV LAND INVESTMENTS, LLC**
**c/o Reid Rubinstein & Bogatz**
**300 S. 4th St, STE 830**
**LAS VEGAS, NV 89101-6040**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County, Nevada. Case No. A-14-694928-C. JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106** **4**

**Nonpriority creditor's name and mailing address**
**R. Mark Warthen**
**P.O. Box 12276**
**Las Vegas, NV 89112-0276**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106** **5**

**Nonpriority creditor's name and mailing address**
**Ralph H. Gammon**
**904 S Valley View Blvd**
**Las Vegas, NV 89107-4412**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106** **6**

**Nonpriority creditor's name and mailing address**
**Ralph L. Perry**
**4875 Impressario Ct**
**Las Vegas, NV 89149-4770**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106** **7**

**Nonpriority creditor's name and mailing address**
**Ralron Capital Corp.**
**c/o Law Offices of Brian Shapiro**
**228 S 4th St, STE 300**
**Las Vegas, NV 89101-5709**

Date(s) debt was incurred **3/16/2010**

Last 4 digits of account number **Re: Ralron vs. Brockman**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ralron Capital Corp vs. Kelly M. Brockman et al / Case # A-09-603835-C / Filed with the District Court of Clark County, Nevada / Judgment regarding business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250,000.00**

---

**3.106** **8**

**Nonpriority creditor's name and mailing address**
**Randal S. Kuckenmeister**
**140 Cogorno Way**
**Carson City, NV 89703-5414**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                         Case number *(if known)*
_____
Name

---

**3.1069**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Randi Langford Hetrick**
**First Trust Company of Onaga**          ☐ Contingent
**301 Leonard St**                        ☐ Unliquidated
**Onaga, KS 66521-9485**                  ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1070**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Randolph A. Burke**
**1720 Plata Pico Dr**                    ☐ Contingent
**Las Vegas, NV 89128-7360**              ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1071**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ray H. Dawson**
**8328 S Roosevelt St**                   ☐ Contingent
**Midvale, UT 84047-7531**                ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1072**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ray L. Henriksen**
**6532 Deer Springs Way**                 ☐ Contingent
**Las Vegas, NV 89131-3123**              ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1073**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Raymond A. Sundell**
**301 Leonard St**                        ☐ Contingent
**Onaga, KS 66521-9485**                  ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1074**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Raymond A. Sundell**
**c/o Patricia Sundell**                  ☐ Contingent
**29511 Via Alto Cerro**                  ☐ Unliquidated
**Laguna Niguel, CA 92677-1811**          ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** __Investor__

Last 4 digits of account number __In Re: Builder's__
__Capital, Inc.__                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)* _____
                                                Name

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Raymond Alfonzo**
**8880 Wallaby Ln**
**Las Vegas, NV 89123-3074**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Raymond C. Rude**
**645 Sierra Rose Dr, STE 101**
**Reno, NV 89511-4025**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Raymond D. Legarza**
**P.O. Box 122**
**Orovada, NV 89425-0122**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Raymond Fischer**
**P.O. Box 138**
**Sheridan, MT 59749-0138**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Raymond H. Hornberger**
**1834 Scarborough Dr**
**Columbia, MO 65201-9254**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Raymond H. Hornberger**
**2504 Basswood Ct**
**Columbia, MO 65203-0696**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Raymond Mirrer**
**4457 Alto Verde Dr**
**Las Vegas, NV 89119-7806**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   Builder's Capital, Inc.                                    Case number (if known)
         _____                             _____
         Name

| 3.108<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Rude**
**645 Sierra Rose Dr, STE 101**
**Reno, NV 89511-4025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Rude**
**6490 S McCarran Blvd, STE D28**
**Reno, NV 89509-6124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Siuba**
**10406 Glowing Cove Ave**
**Las Vegas, NV 89129-3243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Burnett**
**2838 Dawn Crossing Dr**
**Henderson, NV 89074-7022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca S. Bryant**
**HCR 33, Box 2721**
**Las Vegas, NV 89161-9206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Stadtlander**
**11251 Campsie Fells Ct**
**Las Vegas, NV 89141-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Builder's Capital, Inc.**  Case number *(if known)* _____
     Name

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reginald Misquitta**
**10561 Abisso Dr**
**Las Vegas, NV 89135-2574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reinaldo Zorrilla**
**3561 Casey Dr**
**Las Vegas, NV 89120-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Reinaldo Zorrilla**
**P.O. Box 11305**
**Las Vegas, NV 89111-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Remo Bedotta**
**c/o Conway, Stuart, & Woodbury**
**4021 Meadows Ln**
**Las Vegas, NV 89107-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renata Z. Cieslak**
**3459 Ridge Meadow St**
**Las Vegas, NV 89135-7827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rene Blanchard**
**2108 Bay Tree Dr**
**Las Vegas, NV 89134-5236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
　　　　　　Name

Case number *(if known)* _____

---

| 3.109 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rene D. Ediosmo**
**1386 Porter Dr**
**Minden, NV 89423-9088**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rene Raynes**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renee Johnson**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renee Presto**
**1792 Solitude Ln**
**Gardnerville, NV 89410-6696**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rhoda Chichester**
**P.O. Box 155**
**Gardnerville, NV 89410-0155**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.109 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rhoda Ellis**
**13448 W Coperstone Dr**
**Sun City West, AZ 85375-4821**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| **3.110 0** | |

**Nonpriority creditor's name and mailing address**

**Rialto Capital**
**MULTIBANK 2009-1 RES-ADC VENTURE**
**LLC**
**790 NW 107th AVE, STE 400**
**MIAMI, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warehouse line to fund loans.**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000,000.00**

---

| | |
|---|---|
| **3.110 1** | |

**Nonpriority creditor's name and mailing address**

**Richard A. Miller**
**1203 N Kings Rd, Apt 306**
**Los Angeles, CA 90069-2875**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.110 2** | |

**Nonpriority creditor's name and mailing address**

**Richard B. Paul**
**414 Kehoe Ave**
**Half Moon Bay, CA 94019-1418**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.110 3** | |

**Nonpriority creditor's name and mailing address**

**Richard Bohn**
**2385 Windmill Ln, PMB 267**
**Las Vegas, NV 89123-2037**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.110 4** | |

**Nonpriority creditor's name and mailing address**

**Richard Bohn**
**P.O. Box 620696**
**Las Vegas, NV 89162-0696**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.110 5** | |

**Nonpriority creditor's name and mailing address**

**Richard Charles Kaphengst**
**11341 Espadrille Ct**
**Las Vegas, NV 89138-7558**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____     Case number (*if known*) _____

Name

| 3.110 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard Darnold**
**8100 Greenwich Ct**
**Las Vegas, NV 89129-7364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard Daugherty**
**29499 Leola River Rd**
**Pollock, SD 57648-6105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard E. Ferre**
**1711 Window Rock Dr**
**Henderson, NV 89074-1769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard E. Lash**
**9324 Quail Ridge Dr**
**Las Vegas, NV 89134-8924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard Enos**
**4539 Northwind Ct**
**Sparks, NV 89436-4657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard Fitzpatrick**
**2812 El Camino Rd**
**Las Vegas, NV 89146-5223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Richard Gross**
**3000 Island Blvd, Apt 807**
**Aventura, FL 33160-4924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Builder's Capital, Inc.**
Name

Case number (if known) _____

---

| 3.111 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard I. Redmond** | ☐ Contingent | |
| **2251 N Rampart Blvd, # 320** | ☐ Unliquidated | |
| **Las Vegas, NV 89128-7640** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard Krupp** | ☐ Contingent | |
| **2321 Sky Valley St, STE I** | ☐ Unliquidated | |
| **Henderson, NV 89052-7105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard L. Bowman** | ☐ Contingent | |
| **10500 Valley Dr** | ☐ Unliquidated | |
| **Plymouth, CA 95669-9515** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard L. Gilbert** | ☐ Contingent | |
| **10021 Cambridge Blue Ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89147-7718** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard L. Nelson** | ☐ Contingent | |
| **P.O. Box 26683** | ☐ Unliquidated | |
| **Scottsdale, AZ 85255-0128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Richard Middlested** | ☐ Contingent | |
| **5670 Valley View Rd** | ☐ Unliquidated | |
| **Mariposa, CA 95338-9675** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Investor** | |
| Last 4 digits of account number  In Re: Builder's Capital, Inc. | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Builder's Capital, Inc.**

Name

Case number *(if known)* _____

---

**3.111**
**9**

**Nonpriority creditor's name and mailing address**

**Richard Middlested**
**P.O. Box 1441**
**Mariposa, CA 95338-1441**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**0**

**Nonpriority creditor's name and mailing address**

**Richard N. Anderson**
**15512 Quicksilver Dr**
**Reno, NV 89511-8147**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**1**

**Nonpriority creditor's name and mailing address**

**Richard Nelson**
**P.O. Box 26683**
**Scottsdale, AZ 85255-0128**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**2**

**Nonpriority creditor's name and mailing address**

**Richard Nevins**
**1547 Bob Goalby Ln**
**El Paso, TX 79935-4301**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**3**

**Nonpriority creditor's name and mailing address**

**Richard Parmenter**
**162 Hobble Creek Cyn**
**Springville, UT 84663-9508**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**4**

**Nonpriority creditor's name and mailing address**

**Richard Seeley**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**5**

**Nonpriority creditor's name and mailing address**

**Richard T. Pappas**
**3516 Tuscany Village Dr**
**Las Vegas, NV 89129-2115**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known)
_____
Name

---

| 3.112 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Richard Ted Kaphengst** | ☐ Contingent | |
| **4428 Sunny Dunes Dr** | ☐ Unliquidated | |
| **Las Vegas, NV 89121-5045** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Richard W. Middlested** | ☐ Contingent | |
| **6111 Churchfield Blvd, Apt 3** | ☐ Unliquidated | |
| **Las Vegas, NV 89103-4542** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Rick Beene** | ☐ Contingent | |
| **1962 Nuevo Rd** | ☐ Unliquidated | |
| **Henderson, NV 89014-4536** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Rick Beene** | ☐ Contingent | |
| **c/o Sierra Financial Service** | ☐ Unliquidated | |
| **3860 GS Richards Blvd** | ☐ Disputed | |
| **Carson City, NV 89703-8422** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Rita J. McCune** | ☐ Contingent | |
| **3389 Skyline Blvd** | ☐ Unliquidated | |
| **Reno, NV 89509-5673** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Bauter** | | |
| **California National Bank** | | |
| **c/o Polycomp** | ☐ Contingent | |
| **6400 Canoga Ave, STE 250** | ☐ Unliquidated | |
| **Woodland Hills, CA 91367-2446** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| Last 4 digits of account number **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)* _____

Name

---

| 3.113<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert C. Battelle**
**P.O. Box 3827**
**Wickenberg, AZ 85358-3827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert C. Bisnett**
**10543 Garden Rose Dr**
**Las Vegas, NV 89135-2836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Conklin**
**P.O. Box 2346**
**Grants Pass, OR 97528-0207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert D. Plimpton**
**18410 Lake Vista Rd**
**Washoe Valley, NV 89704-9668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Dorfler**
**20 Walker Rd**
**Burgettstown, PA 15021-2507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert E. Kowalski**
**5523 Foothill Dr**
**Agoura, CA 91301-2233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert E. Watson**
**42425 Castle Harbour Ct**
**Indio, CA 92203-1722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
             Name

---

| 3.113 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert E. Whitcomb**
**1911 Golden Vista Dr**
**Las Vegas, NV 89123-2555**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert F. Joslin**
**21 Quail Run Rd**
**Henderson, NV 89014-2150**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Ferra**
**5122 Blissful Valley Cir**
**Las Vegas, NV 89149-5261**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Ferra**
**5122 Blissful Valley Cir**
**Las Vegas, NV 89149-5261**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Fleury**
**2802 Ward Dr**
**Benton, AK 72019-9014**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Friedman**
**3241 Sitio Montiecello**
**Carlsbad, CA 92009-6091**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| 3.114 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Friedman** | ☐ Contingent | |
| **First Savings Bank** | ☐ Unliquidated | |
| **2605 E Flamingo Rd** | ☐ Disputed | |
| **Las Vegas, NV 89121-5241** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Fuller** | ☐ Contingent | |
| **2605 E Flamingo Rd** | ☐ Unliquidated | |
| **Las Vegas, NV 89121-5241** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Goffstein** | ☐ Contingent | |
| **1440 MacDonald Ranch Dr** | ☐ Unliquidated | |
| **Henderson, NV 89012-7147** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Goffstein** | ☐ Contingent | |
| **PO Box 420** | ☐ Unliquidated | |
| **Onaga, KS 66521-0420** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert H. Muccigrosso** | ☐ Contingent | |
| **10704 Baylark Ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89134-5237** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Robert Hopkins** | ☐ Contingent | |
| **32 River Vista Dr** | ☐ Unliquidated | |
| **Dayton, NV 89403-6782** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** **Investor** | |
| **Last 4 digits of account number** **In Re: Builder's Capital, Inc.** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

| 3.115 1 | **Nonpriority creditor's name and mailing address**<br>**Robert I. Friedman**<br>**3241 Sitio Montecillo**<br>**Carlsbad, CA 92009-6091** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address**<br>**Robert J. Smeath**<br>**4900 Rio Pinar Dr**<br>**Reno, NV 89509-5773** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address**<br>**Robert K. Speers**<br>**P.O. Box 10785**<br>**Zephyr Cove, NV 89448-2785** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address**<br>**Robert L. Chichester**<br>**1550 Long Bow Ct**<br>**Gardnerville, NV 89410-5612** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address**<br>**Robert L. Chichester**<br>**P.O. Box 155**<br>**Gardnerville, NV 89410-0155** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address**<br>**Robert L. Hadley**<br>**2808 Youngdale Dr**<br>**Las Vegas, NV 89134-7865** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address**<br>**Robert L. Ogren**<br>**3768 Rick Stratton Dr**<br>**Las Vegas, NV 89120-2647** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**    Case number *(if known)* _____
_____
Name

| 3.115<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Robert L. Schofield**
**2147 Fort Halifax St**
**Henderson, NV 89052-8552**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Robert LaCroix**
**4924 Rancho Bernardo Way**
**Las Vegas, NV 89130-2015**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Robert LaCroix**
**P.O. Box 29**
**Clearlake Oaks, CA 95423-0029**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Robert Landree**
**5300 E Desert Inn Rd, UNIT 14**
**Las Vegas, NV 89122-4031**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Robert Law**
**c/o James Pfrommer**
**6490 S McCarran Blvd, STE D28**
**Reno, NV 89509-6124**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Robert Lundberg**
**340 E 300 N**
**Manti, UT 84642-1152**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
           Name

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert M. Gatewood**
**2904 Delano Dr**
**Henderson, NV 89074-6516**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert M. Nieder**
**8 Glenmoor Cir**
**Englewood, CO 80113-7121**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert MacKay**
**1600 Mount Rose Hwy**
**Reno, NV 89511-6009**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Medeiros**
**4245 Meadowgate Trl**
**Reno, NV 89519-7930**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Metenjies**
**4034 Spitze Dr**
**Las Vegas, NV 89103-2404**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Mohr**
**1052 Calico Ridge Dr**
**Henderson, NV 89011-3009**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Plimpton**
**18410 Lake Vista Rd**
**Washoe Valley, NV 89704-9668**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

---

| 3.117 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert Rubin**
**4960 Ore Bed Rd**
**Mansfield, PA 16933-9025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert S. Jaye**
**2700 Gilmary Ave**
**Las Vegas, NV 89102-2083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert S. Speckert**
**2128 Red Dawn Sky St**
**Las Vegas, NV 89134-5538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert Sargent**
**1313 S 3rd Ave**
**Beatrice, NE 68310-4814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert Seltzer**
**4919 Van Noord Ave**
**Sherman Oaks, CA 91423-2213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Robert Strimling**
**9516 Tournament Canyon Dr**
**Las Vegas, NV 89144-0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                   Case number *(if known)*
_____
Name

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Sweat**
**1388 Lavine Dr**
**Pocatello, ID 83201-2941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert T. Harry**
**2817 Queens Courtyard Dr**
**Las Vegas, NV 89109-1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert T. Heck, Jr.**
**8342 Sailing Loop**
**Lake Wood Ranch, FL 34202-2224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Tracht**
**560 Ferol Way**
**Reno, NV 89503-4028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Watson**
**1150 Pinion Hills Dr**
**Carson City, NV 89701-9356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Roberta E. Alldis**
**140 Heidi Cir**
**Carson City, NV 89701-6531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robin Bradley / Larsen**
**32923 NW Pekin Ferry Rd**
**Ridgefield, WA 98642-9793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                      Case number *(if known)*
_____
Name

| 3.118 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rod Smith**
**7450 Bryan Canyon Rd**
**Washoe Valley, NV 89704-9588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rod Smith**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Roger L. Erickson**
**Erickson, Thorpe, Swainston, LTD**
**99 W Arroyo St**
**Reno, NV 89509-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Roger Szepelak**
**5840 N Bonita Vista St**
**Las Vegas, NV 89149-3911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Roland Sturm**
**5647 Centennial Center Blvd, # 230**
**Las Vegas, NV 89149-7104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ron Mercaldo**
**11670 E Broadway Blvd**
**Tucson, AZ 85748-6917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Builder's Capital, Inc.**                                    Case number *(if known)*
_____
Name

| 3.119 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ron Nelson**
**3240 S Torrey Pines Dr**                   ☐ Contingent
**Las Vegas, NV 89146-9530**                 ☐ Unliquidated
                                             ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald A. Olsen**
**639 Via Costa Rica**                        ☐ Contingent
**Vista, CA 92081-6353**                      ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald Babey**
**375 Old Washoe Cir**                        ☐ Contingent
**Carson City, NV 89704-9511**                ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald C. Bloxham**
**7165 Bridgeview Ave**                       ☐ Contingent
**Las Vegas, NV 89147-4561**                  ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald Neldner**
**5524 Apache Wells Way**                     ☐ Contingent
**Las Vegas, NV 89130-2096**                  ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald Schwab**
**73 Smokestone Ct**                          ☐ Contingent
**Las Vegas, NV 89110-5237**                  ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ronald Sharpe**
**6811 San Ricardo Ave, Unit 204**           ☐ Contingent
**Las Vegas, NV 89146-0871**                  ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's**          Basis for the claim:   **Investor**
**Capital, Inc.**                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number (if known) _____
_____
Name

---

**3.119
7**

**Nonpriority creditor's name and mailing address**

**Ronald Zuti**
**c/o Polycomp Adminstrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119
8**

**Nonpriority creditor's name and mailing address**

**Rosalind L. Stark**
**10905 Clarion Ln**
**Las Vegas, NV 89134-5504**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119
9**

**Nonpriority creditor's name and mailing address**

**Rose Ann Greenfield**
**7950 Exeter Cir E**
**Tamarac, FL 33321-8793**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
0**

**Nonpriority creditor's name and mailing address**

**Rosina DePasquale**
**5 Joanne Ave**
**Seneca Falls, NY 13148-2209**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
1**

**Nonpriority creditor's name and mailing address**

**Ross J. Chichester**
**P.O. Box 884**
**Minden, NV 89423-0884**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
2**

**Nonpriority creditor's name and mailing address**

**Roy G. Ragodos**
**3832 Triora St**
**Las Vegas, NV 89129-2711**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.120 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Roy L. Bowers** | ☐ Contingent | |
| **4555 Saddlehorn Drive** | ☐ Unliquidated | |
| **Reno, NV 89511-6735** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Rudolf Wolf** | ☐ Contingent | |
| **PO Box 61100** | ☐ Unliquidated | |
| **Las Vegas, NV 89160-1175** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Russel E. Warthen** | ☐ Contingent | |
| **P.O. Box 12276** | ☐ Unliquidated | |
| **Las Vegas, NV 89112-0276** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Russel Warthen** | ☐ Contingent | |
| **3025 E Sahara Ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89104-4315** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Russell Williams** | ☐ Contingent | |
| **4500 Del Pappa Ct** | ☐ Unliquidated | |
| **Las Vegas, NV 89130-5280** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth Boyd** | ☐ Contingent | |
| **P.O. Box 750729** | ☐ Unliquidated | |
| **Las Vegas, NV 89136-0729** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ruth M. Olden** | ☐ Contingent | |
| **2264 Red Rock St** | ☐ Unliquidated | |
| **Las Vegas, NV 89146-3119** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **In Re: Builder's Capital, Inc.** | Basis for the claim:  **Investor** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
　　　　　Name

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ruth Ripson**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ruth Ripson**
**660 W Pueblo St**
**Reno, NV 89509-2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rutt K. Premsrirut**
**5640 W Post Rd**
**Las Vegas, NV 89118-3445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ryan Houchin**
**1946 W Rattlesnake Dr**
**Meridian, ID 83646-5626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SAGUARO EQUITIES, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Loan__
__Lawsuit filed with the Eighth Judicial District Court, Clark County, NV.__
__Case No. A-014-694928-C.  JV Properties LLC et al vs. Builder's__
__Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Sam C. Capra**
**8613 Abanico Ct**
**Las Vegas, NV 89117-1194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __In Re: Builder's Capital, Inc.__

Basis for the claim:  __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**
_____          Case number *(if known)* _____
Name

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sam J. Maceri**
**2820 Rivard St**
**Detroit, MI 48207-4818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sam J. Maceri**
**31401 N River Rd**
**Harrison Township, MI 48045-1465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sam Schmidt**
**37 Rue Mediterra Dr**
**Henderson, NV 89011-2011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samuel B. Miles**
**8040 Pandur Street**
**Las Vegas, NV 89131-4699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samuel Contreras**
**717 Elm St**
**Carson City, NV 89703-4938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samuel G. Kellogg**
**6717 Highway 291**
**Nine Miles Falls, WA 99026-9551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra Baker**
**73 Smokestone Ct**
**Las Vegas, NV 89110-5237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.122 3** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sandra Cohen**
**8024 Secret Harbor Ct**
**Las Vegas, NV 89128-6887**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 4** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sandra J. Nixon**
**14700 E 88th Pl N, Apt 2006**
**Owasso, KS 74055-4946**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 5** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sandra L. Sharp**
**HC 60, Box 495**
**Ruby Valley, NV 89833-9801**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 6** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sandra N. Sept**
**P.O. Box 17011**
**Missoula, MT 59808-7011**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 7** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sandra Rolfe**
**3455 Cashill Blvd**
**Reno, NV 89509-5022**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 8** **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sara G. Richtman**
**15000 Halldale Ave, Apt 214**
**Gardena, CA 90247-3156**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| **3.122 9** | |

**Nonpriority creditor's name and mailing address**

**Sarah Kaplan**
**3275 Cashill Blvd**
**Reno, NV 89509-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 0** | |

**Nonpriority creditor's name and mailing address**

**Scott Heaton**
**P.O. Box 605**
**Carson City, NV 89702-0605**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 1** | |

**Nonpriority creditor's name and mailing address**

**Scott J. Heaton**
**c/o Sierra Financial Advisors**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 2** | |

**Nonpriority creditor's name and mailing address**

**Sean & Shelly Cunningham**
**132 Delighted Avenue**
**North Las Vegas, NV 89031-1394**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 3** | |

**Nonpriority creditor's name and mailing address**

**Sean Houchin**
**1946 W Rattlesnake Dr**
**Meridian, ID 83646-5626**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 4** | |

**Nonpriority creditor's name and mailing address**

**Serafina Anfuso**
**1150 Pinion Hills Dr**
**Carson City, NV 89701-9356**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**                                      Case number *(if known)*
         _____
         Name

---

| 3.123 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Serafina Anfuso**
**1320 Seacoast Dr, Unit H**
**Imperial Beach, CA 91932-3164**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon W. Samuels**
**P.O. Box 12276**
**Las Vegas, NV 89112-0276**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Huit**
**4043 S Eastern Ave**
**Las Vegas, NV 89119-5101**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon K. Gasper**
**c/o Polycomp Adminsrtrative Servides**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Lane**
**P.O. Box 8298**
**Spring Creek, NV 89815-0005**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sharon Smith**
**c/o Polycomp Adminstrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2446**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Builder's Capital, Inc.**
_____   Case number (if known) _____
         Name

| 3.124<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shawn Gutierrez**
**3191 Westwind Rd**
**Las Vegas, NV 89146-6765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sheila Rothberg**
**21 Randolph Dr**
**Dix Hills, NY 11746-8307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sheldon J. Gordon**
**10301 Wellside Hill Ave**
**Las Vegas, NV 89145-8813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shelly Nelson**
**977 Holly Ave**
**Rohnert Park, CA 94928-1482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sherri Kesterson**
**3695 White Ridge Dr**
**St. George, UT 84790-6632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sherry Lamph**
**9700 Verlaine Ct**
**Las Vegas, NV 89145-8695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                         Case number (if known)
_____
Name

---

| 3.124 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Shirley**
**c/o Robert J Smeath, Kafoury Armstrong**             ☐ Contingent
**6140 Plumas St**                                      ☐ Unliquidated
**Reno, NV 89509-6060**                                 ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Shirley A. Shideler**
**9320 E Center Ave, Apt 9A**                           ☐ Contingent
**Denver, CO 80247-1284**                               ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Shirley Dana**
**2304 Jeanne Drive**                                   ☐ Contingent
**Las Vegas, NV 89108-3172**                            ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Shirley Mitchell**
**4700 Pinesprings Dr**                                 ☐ Contingent
**Reno, NV 89509-6501**                                 ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Shui Chun Yu**
**3255 Westwind Rd**                                    ☐ Contingent
**Las Vegas, NV 89146-6750**                            ☐ Unliquidated
                                                        ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Sierra Health Services, Inc.**
**Attn: Tim Coulter**                                   ☐ Contingent
**2724 N Tenaya Way**                                   ☐ Unliquidated
**Las Vegas, NV 89128-0424**                            ☐ Disputed

Date(s) debt was incurred _                             **Basis for the claim:**  __Investor__

Last 4 digits of account number  __In Re: Builder's__
__Capital, Inc.__                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number (*if known*) _____
          Name

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Silva Rehm**
**54 Callie Ln**
**Menlo Park, CA 94025-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SMS Financial**
**Attn: Chris Kahler**
**2645 N 7th Ave**
**Phoenix, AZ 85007-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Somphool Premsrirut**
**5640 W. Post Rd**
**Las Vegas, NV 89118-3445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**SOUTHWEST DESERT EQUITIES LLC**
**c/o Reid Rubinstein Bogatz**
**300 S 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County, NV. Case # A-14-694928-C.  JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Southwest Separate Property Trust**
**4465 S Jones Blvd, STE 300**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Southwest Separate Property Trust**
**4465 S Jones Blvd**
**Las Vegas, NV 89103-3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                          Case number *(if known)*
_____
Name

| | |
|---|---|

**3.125 9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Spencer D. Armuth**
**4555 Saddlehorn Dr**                          ☐ Contingent
**Reno, NV 89511-6735**                         ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Stacey Yahraus**
**510 Beneficial Pl**                            ☐ Contingent
**Henderson, NV 89012-7231**                     ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Stacie Adams Bradshaw-Belshaw**
**Premier Trust Company**                        ☐ Contingent
**4465 S Jones Blvd**                            ☐ Unliquidated
**Las Vegas, NV 89103-3307**                     ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 2**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Stacy M. Campbell**
**P.O. Box 40172**                               ☐ Contingent
**Tucson, AZ 85717-0172**                        ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Stan Khury**
**1930 Village Center Cir, # 3-387**             ☐ Contingent
**Las Vegas, NV 89134-6299**                     ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Stanley I. Coker**
**28 Princeville Ln**                            ☐ Contingent
**Las Vegas, NV 89113-1345**                     ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's**       Basis for the claim:  **Investor**
**Capital, Inc.**                                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.126 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stanley Novara**
**1010 Industrial Rd, # 60**
**Boulder City, NV 89005-1714**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.126 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stanley Zipser**
**23 Seabrook Cv**
**Newport Beach, CA 92660-6235**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.126 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Chandler**
**322 Island Reef Avenue**
**Henderson, NV 89012-5447**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.126 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen J. Sinko**
**1171 Spago Ln**
**Henderson, NV 89052-4059**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.126 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen L. Capece**
**11109 Pine Greens Court**
**Las Vegas, NV 89144-1651**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.127 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Brunton**
**416 Pintail Ave**
**Grand Junction, CO 81504-6215**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.127 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Chamberlain**
**631 Marwood Ln**
**Las Cruces, NM 88007-7834**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Builder's Capital, Inc.**
Name

Case number (if known)

---

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Miller**
**6823 W Iroquois Dr**
**Spokane, WA 99208-9096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Schirripa**
**75 9th Ave, Fl 5**
**New York, NY 10011-7076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven E. Jones**
**320 Glistening Cloud Dr**
**Henderson, NV 89012-3118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Evans**
**5920 Michelli Crest Way**
**Las Vegas, NV 89149-1239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven F. Miller**
**6823 W Iroquois Dr**
**Spokane, WA 99208-9096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Fink**
**11708 Feinberg Pl**
**Las Vegas, NV 89138-1560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number  __In Re: Builder's Capital, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
       Name                                               Case number *(if known)*

---

**3.1278**

**Nonpriority creditor's name and mailing address**
**Steven Lewis**
**510 Beneficial Pl**
**Henderson, NV 89012-7231**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1279**

**Nonpriority creditor's name and mailing address**
**Steven Marvin Fink**
**1350 N Town Center Dr, Unit 3064**
**Las Vegas, NV 89144-0591**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1280**

**Nonpriority creditor's name and mailing address**
**Steven McQueen**
**4237 La Madera Ave**
**El Monte, CA 91732-2005**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1281**

**Nonpriority creditor's name and mailing address**
**Steven Schnell**
**2142 Kantele Cir**
**Henderson, NV 89052-5519**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1282**

**Nonpriority creditor's name and mailing address**
**Steven Scow**
**612 S 7th St**
**Las Vegas, NV 89101-6906**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1283**

**Nonpriority creditor's name and mailing address**
**SUCCOTASH, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

Date(s) debt was incurred _

Last 4 digits of account number _ **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County, Nevada. Case No. A-14-694928-C. JV Properties LLC et al vs. Builder's Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.128 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan B. Battelle**
**P.O. Box 3827**
**Wickenberg, AZ 85358-3827**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.128 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan C. Spannaus**
**3650 Gettysburg Ave S, Apt 21**
**St Louis Park, MN 55426-3787**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.128 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan C. Spannaus**
**5300 Vernon Ave S, Apt 117**
**Edina, MN 55436-2328**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.128 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan H. Krygiell**
**23 Quiet Moon Ln**
**Las Vegas, NV 89135-7862**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.128 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan Jacobsen**
**1704 Wincanton Dr**
**Las Vegas, NV 89134-6183**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.128 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Susan Jacobsen**
**P.O. Box 369**
**Rancho Santa Fe, CA 92067-0369**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
    Name

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Susan Karahalis**
**c/o Martin & Allison Ltd.**
**3191 E Warm Springs Rd**
**Las Vegas, NV 89120-3147**

Date(s) debt was
incurred  Date debt incurred is unknown

Last 4 digits of account number  Re: Gershenson
vs. Builder's C

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Ned Gershenson et al vs. Builder's Capital Inc et al /
Case # A-11-652178-C / Filed with the District Court of Clark County,
Nevada

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Susan Karahalis**
**10676 117th Way**
**Seminole, FL 33778-3630**

Date(s) debt was incurred _

Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Susan Krygiell**
**2900 Peaceful Grove St**
**Las Vegas, NV 89135-1614**

Date(s) debt was incurred _

Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Susan Mohr**
**1052 Calico Ridge Dr**
**Henderson, NV 89011-3009**

Date(s) debt was incurred _

Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Susan Stuart**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

Date(s) debt was incurred _

Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Suzanne Darnold**
**2061 Sapphire Valley Ave**
**Henderson, NV 89074-1533**

Date(s) debt was incurred _

Last 4 digits of account number  In Re: Builder's
Capital, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
          Name

Case number (if known) _____

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suzanne J. Debellis**
**44 Quail Hollow Dr**
**Henderson, NV 89014-2143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suzanne Le. M. Nelson**
**229 W Paseo De Cristobal**
**San Clemente, CA 92672-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suzanne Liola**
**1616 Leatherleaf Dr**
**Las Vegas, NV 89123-1944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sven-Eric Levin**
**8000 Castle Pines Ave**
**Las Vegas, NV 89113-1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sydney J. Siemens**
**309 Moreton Bay Ln, Unit 2**
**Goleta, CA 93117-6235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sylvia D. Robertson**
**851 Linda Ln**
**Camano Island, WA 98282-6644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sylvia G. Driscoll**
**300 NW Hillside Pkwy**
**McMinnville, OR 97128-9567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                        Case number (if known) _____
         Name

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tammie B. Krosta**
**2605 E Flamingo Rd**
**Las Vegas, NV 89121-5241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tammy Jackson**
**4080 Falling Water Dr**
**Reno, NV 89519-2163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tara W. Madsen**
**P.O. Box 12276**
**Las Vegas, NV 89112-0276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Taylor Samuels**
**198 Concho Dr**
**Reno, NV 89521-7823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ted Lambertson**
**9716 Pyramid Way**
**Sparks, NV 89441-7560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Teresa Bunuel**
**4714 Courtland Ln**
**Carmichael, CA 95608-2963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Investor__

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name                                                    Case number (if known) _____

---

**3.130**
**9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Teresa Clemens**                                        ☐ Contingent
**3139 Turtle Head Peak Dr**                              ☐ Unliquidated
**Las Vegas, NV 89135-1647**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Teresa Clemens**                                        ☐ Contingent
**P.O. Box 93685**                                        ☐ Unliquidated
**Las Vegas, NV 89193-3685**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Teresita Fonte**                                        ☐ Contingent
**373 Wiseton Ave**                                       ☐ Unliquidated
**Las Vegas, NV 89183-3545**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Terry G. Becker**                                       ☐ Contingent
**395 S End Ave, Apt 12M**                                ☐ Unliquidated
**New York, NY 10280-1029**                               ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Terry J. Allen**                                        ☐ Contingent
**3090 American River Ln**                                ☐ Unliquidated
**Las Vegas, NV 89135-1712**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Terry Lamuraglia**                                      ☐ Contingent
**8520 W Washburn Rd**                                    ☐ Unliquidated
**Las Vegas, NV 89149-4026**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
**5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Terry Ono**                                             ☐ Contingent
**1462 Danyelle Ct**                                      ☐ Unliquidated
**Las Vegas, NV 89117-1300**                              ☐ Disputed

Date(s) debt was incurred _                               Basis for the claim:  **Investor**

Last 4 digits of account number  **In Re: Builder's**
**Capital, Inc.**                                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
Name

Case number *(if known)*

---

| 3.131 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Theodore Ripsom**
**3860 Gs Richards Blvd**
**Carson City, NV 89703-8422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Theresa Blazic**
**9512 Grenville Avenue**
**Las Vegas, NV 89134-6202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Theresa Hartke**
**3520 Tuscany Village Dr**
**Las Vegas, NV 89129-2115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Theresa M. Slattery**
**431 Drake St**
**Henderson, NV 89015-1768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Theresa P. Rather**
**2795 Lindell Rd**
**Las Vegas, NV 89146-5411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas A. Jackson**
**6830 Tree Haven Ct**
**Las Vegas, NV 89146-5169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
Name

Case number *(if known)* _____

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Thomas A. Seeliger**
**2485 Faretto Ln**
**Reno, NV 89511-7601**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Thomas C. Mangione**
**624 Summer Mesa Dr**
**Las Vegas, NV 89144-1502**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Thomas Hodges**
**9437 Mount Bret Ave, Unit 102**
**Las Vegas, NV 89129-7582**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Thomas J. Farano**
**24 Van Keuren Ave**
**Bound Brook, NJ 08805-1929**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Thomas J. Hosea**
**9328 Steeplehill Dr**
**Las Vegas, NV 89117-7216**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Thomas J. Page**
**1632 White Dr**
**Las Vegas, NV 89119-0323**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Thomas J. Walls**
**3512 Brooks Range St**
**Las Vegas, NV 89129-7339**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)*    _____
Name

| | |
|---|---|
| **3.1329** | |

**Nonpriority creditor's name and mailing address**
**Thomas Lowry**
**310 W 9th St**
**Hale Center, TX 79041-9474**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1330** | |

**Nonpriority creditor's name and mailing address**
**Thomas Lowry**
**P.O. Box 255**
**Hale Center, TX 79041-0255**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1331** | |

**Nonpriority creditor's name and mailing address**
**Thomas M. Hausman**
**3165 Westfield Cir**
**Las Vegas, NV 89121-3332**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1332** | |

**Nonpriority creditor's name and mailing address**
**Thomas Murray**
**1624 Stephanie Way**
**Minden, NV 89423-9046**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1333** | |

**Nonpriority creditor's name and mailing address**
**Thomas Pitts**
**4786 Caughlin Pkwy, STE 305**
**Reno, NV 89509-0912**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.1334** | |

**Nonpriority creditor's name and mailing address**
**Thomas Vitale**
**21227 Huntington Ave**
**Harperwood, MI 48225-1805**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**                                        Case number *(if known)*  _____
_____
Name

| | |
|---|---|

---

**3.1335**

**Nonpriority creditor's name and mailing address**

**Thomas Y. Hartley**
**4380 E Oquendo Road**
**Las Vegas, NV 89120-2305**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1336**

**Nonpriority creditor's name and mailing address**

**Tim Henderson**
**164 Hubbard Way**
**Reno, NV 89502-3709**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1337**

**Nonpriority creditor's name and mailing address**

**Tim Lowe**
**1294 E 1710 S**
**St. George, UT 84790-2292**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1338**

**Nonpriority creditor's name and mailing address**

**Timothy Burke**
**HCR 33 Box 3027**
**Las Vegas, NV 89161**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1339**

**Nonpriority creditor's name and mailing address**

**Timothy Knorzer**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2407**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1340**

**Nonpriority creditor's name and mailing address**

**Timothy Russell**
**16 W Sunset Way**
**Carson City, NV 89703-3738**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Timur Ahmed**
**1830 Myrtle Island Dr**
**Las Vegas, NV 89117-2050**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Tina L. Jones**
**4145 W Teco Ave**
**Las Vegas, NV 89118-3885**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Tina Walls**
**8861 W Sahara Ave, STE 220**
**Las Vegas, NV 89117-5865**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Tobias J. Von Euw**
**7431 Lintwhite St**
**North Las Vegas, NV 89084-2500**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Toby Lamuraglia**
**707 Sea Pines Ln**
**Las Vegas, NV 89107-2011**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Toby Lamuraglia**
**8530 W Washburn Rd**
**Las Vegas, NV 89149-4026**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Todd Slusher**
**5955 Edmond St.**
**Las Vegas, NV 89118-2856**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Builder's Capital, Inc.**
Name

Case number *(if known)* _____

---

| 3.134 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom H. Dudley**
**P.O. Box 2236**
**Carson City, NV 89702-2236**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tom Shanle**
**418 Morrissey Blvd.**
**Santa Cruz, CA 95062-1258**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tonya Walls**
**1897 S Londoner Way**
**Boise, ID 83706-3909**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tracy Clark**
**9546 Castillana Ct**
**Las Vegas, NV 89147-8210**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tracy Fisher-Cox**
**901 Brutscher St, STE 205**
**Newberg, OR 97132-2081**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tracy Friedman**
**29423 Ana Marie Lane**
**Laguna Niguel, CA 92677-1735**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tricia Beaudry**
**6629 Pine Siskin Pl**
**North Las Vegas, NV 89084-3509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Troy Smith**
**7060 Schirlls Street**
**Las Vegas, NV 89118-5160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Troy Wandler**
**2685 S Edmonds Dr**
**Carson City, NV 89701-5848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Tyler D. Bills**
**4671 W Black Elk Way**
**West Jordan, UT 84088-2397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Val Turner Durrant**
**470 E Bridlewalk Ln**
**Murray, UT 84107-6623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Valentine S. Hoy**
**2 Camino Barcelona Pl**
**Henderson, NV 89011-2406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Builder's Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1360**

**Nonpriority creditor's name and mailing address**

**Valerie Swecker**
**P.O. Box 25-849**
**St. Heliers Auckland, 1740**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1361**

**Nonpriority creditor's name and mailing address**

**Valerie Swecker**
**7925 McDowell Drive**
**Las Vegas, NV 89129-5533**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1362**

**Nonpriority creditor's name and mailing address**

**Valerie Thompson**
**3860 GS Richards Blvd**
**Carson City, NV 89703-8422**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1363**

**Nonpriority creditor's name and mailing address**

**Velda J. Warren**
**P.O. Box 174**
**Verdi, NV 89439**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1364**

**Nonpriority creditor's name and mailing address**

**Venko Nikolov**
**8085 Canto Ave**
**Las Vegas, NV 89147-5611**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1365**

**Nonpriority creditor's name and mailing address**

**Verena Mehler**
**3913 Oakhill Avenue**
**Las Vegas, NV 89121-6235**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vernon K. Chun**
**9 Auburn Crest Ct**
**Chico, CA 95973-8231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vernon Segale**
**442 Sierra Leaf Cir**
**Reno, NV 89511-2050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Verunee Vera Panjanon**
**13631 Nimes Ct**
**Chino Hills, CA 91709-1382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vicki J. Connors**
**8456 Pacific Spring Avenue**
**Las Vegas, NV 89117-1809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vicki J. Connors**
**P.O. Box 420**
**Onaga, KS 66521-4213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vicky Dages**
**7822 Bayport Dr**
**Huntington Beach, CA 92648-5701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Builder's Capital, Inc.**

Name

Case number *(if known)*

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VICTOR INVESTMENT HOLDING INC.**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number   **In Re: Builder's Capital**

Basis for the claim:   **Loan**
**Lawsuit filed with the Eighth Judicial District Court, Clark County,**
**Nevada. Case No. A-14-694928-C. JV Properties LLC et al vs. Builder's**
**Capital, Inc.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor Investments, LP**
**c/o Ried Rubinstein & Bogatz**
**300 South Fourth Street, Suite 830**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Mastin**
**620 E Eldorado Ln**
**Las Vegas, NV 89123-0508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VICTOR-VISTA PROPERTIES, LLC**
**c/o Ried Rubinstein & Bogatz**
**300 S. 4TH ST, STE 830**
**LAS VEGAS, NV 89101-6040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Lawsuit filed with the Eighth Judicial District Court,**
**Clark County, Nevada.  Case No. A-14-694928-C. JV Properties LLC et**
**al vs. Builder's Capital, Inc.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.137 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victoria L. Sabia**
**2720 E Quail Ave**
**Las Vegas, NV 89120-2443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.137 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vincent Cervoni**
**2801 Crystal Beach Dr**
**Las Vegas, NV 89128-6908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.137 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Viney Singal**
**SPSV1, LLC**
**3800 Howard Hughes Pkwy**
**7th FLOOR**
**Las Vegas, NV 89169-0907**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Violet Marie Ryder**
**P.O. Box 441**
**Mead, WA 99021**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.138 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia Ciannella**
**2721 Glencliff Dr**
**Las Vegas, NV 89134**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.138 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia Lopez**
**5538 Bridge Point Dr**
**Alpharetta, GA 30005-4472**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.138 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia Whiting**
**3079 Doubletree Ln**
**Carson City, NV 89701-6090**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.138 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**W. Bruce Park**
**P.O. Box 427**
**Gardnerville, NV 89410**

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**                                          Case number (if known) _____
_____
Name

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Walter J. Davis**
**1592 Fieldbrook St**
**Henderson, NV 89052-6444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Warren T. Dugan**
**2715 Osborne Ln**
**Henderson, NV 89014-3732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wayne Duling**
**5517 Adeline Ct**
**Agoura, CA 91301-4022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wayne Loren Wilcox**
**1077 Quiet Summit Pl**
**Henderson, NV 89052-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wayne R. Nippe**
**2341 Sterling Heights Dr**
**Las Vegas, NV 89134-0410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,779.04** |

**Wells Fargo Card Services**
**Consumer Credit Card Services**
**P.O. Box 30086**
**Los Angeles, CA 90030-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Date debt incurred is unknown**

Last 4 digits of account number  **9829**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name                                                    Case number (if known) _____

| | | |
|---|---|---|
| **3.139 0** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**WH "Toby" Tobeler**
**P.O. Box 3297**
**Reno, NV 89505**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William A. Carone**
**3125 Quarry Rd**
**Manchester, NJ 08759-5420**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William A. Kissam**
**1720 Plata Pico Dr**
**Las Vegas, NV 89128-7360**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 3** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William A. Kissam**
**3044 Crib Point Dr**
**Las Vegas, NV 89134-7401**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William C. Campbell**
**1733 Warrington Dr**
**Henderson, NV 89052-6801**

Date(s) debt was incurred _

Last 4 digits of account number  **0022**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William C. Palmer**
**2316 Buckboard Ln**
**Las Vegas, NV 89123-2071**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.139 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**William D'Andrea**
**1931 Valley Center Dr**
**Henderson, NV 89052-7045**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Dean Harrold**
**796 Bolle Wy**
**Henderson, NV 89012-7201**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Donoho**
**3958 Topawa Drive**
**Las Vegas, NV 89103-2511**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Douglas Hitt**
**1322 Pine St**
**Calistoga, CA 94515-1739**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Dukich**
**3437 S Carolina St, #1**
**San Pedro, CA 90731-6829**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William E. Anderson**
**1160 9th St**
**Manhattan Beach, CA 90266-6016**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William E. Marshall**
**13526 Kibbings Rd**
**San Diego, CA 92130-1242**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William G. Sousoures**
**1425 Smith St**
**Las Vegas, NV 89108**

Date(s) debt was incurred _

Last 4 digits of account number **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.140 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Harrison**
**5640 W Cougar Ridge**
**Las Vegas, NV 89139-6934**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.140 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Holland**
**2810 W Charleston Blvd, STE G70**
**Las Vegas, NV 89102-1905**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.140 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Holland**
**8037 Villa Belen St**
**Las Vegas, NV 89131-1685**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.140 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William J. Smith**
**2740 Kona Crest Ave**
**Henderson, NV 89052-5010**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.140 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William K. Stephen**
**2104 Bay Tree Dr**
**Las Vegas, NV 89134-5236**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.140 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Kissam**
**3420 Fledgling Dr**
**North Las Vegas, NV 89084-2314**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Builder's Capital, Inc.**
_____    Case number *(if known)* _____
Name

| 3.141 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Kostechko**
**5415 W Harmon Ave, #1035**
**Las Vegas, NV 89103-5097**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Lawrence**
**c/o Polycomp Administrative Services**
**6400 Canoga Ave, STE 250**
**Woodland Hills, CA 91367-2400**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Little**
**601 Jakes Hill Ct**
**Reno, NV 89519-7932**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Majersky**
**3733 S Sheridan Dr**
**Muskegon, MI 49444-4150**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William N. Spann**
**2595 Highmore Avenue**
**Henderson, NV 89052-6935**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William O. Roberts**
**1917 Golden Rain Rd, APT 7**
**Walnut Creek, CA 94595-2127**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.141** **6** | **Nonpriority creditor's name and mailing address** |

**3.141 6**

**Nonpriority creditor's name and mailing address**

**William R. Boyd**
**2950 Industrial Rd**
**Las Vegas, NV 89109-1100**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**William R. Boyd**
**3883 Howard Hughes Pkwy, 9TH FLOOR**
**Las Vegas, NV 89169-0924**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**William R. Clarke**
**725 Virginia Street**
**El Segundo, CA 90245-2124**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

**William R. Godfrey**
**7250 Birkland Ct**
**Las Vegas, NV 89117-3167**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 0**

**Nonpriority creditor's name and mailing address**

**William R. Koch**
**4520 S Pecos Rd, STE 4**
**Las Vegas, NV 89121-5923**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 1**

**Nonpriority creditor's name and mailing address**

**William R. Long**
**93 Broken Rock Drive**
**Henderson, NV 89074-1041**

Date(s) debt was incurred _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Builder's Capital, Inc.**                                    Case number *(if known)* _____
_____
          Name

| 3.142 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Robinson**
**c/o Conway Stuart & Woodbury CPA's**
**4021 Meadows Lane**
**Las Vegas, NV 89107-3100**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Stallings**
**8340 Greensboro Dr, #302**
**McLean, VA 22102-3503**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Willis M. Russell**
**4663 Surveyor St**
**Las Vegas, NV 89103-4545**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yong Bennett**
**1904 Quail Point Court**
**Las Vegas, NV 89117-1899**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yvonne E. Dory**
**30 Mary Street, STE 12**
**Reno, NV 89509-2828**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zhimin Chen**
**4546 Mt Bachelor Dr**
**Reno, NV 89436-2600**

Date(s) debt was incurred  _

Last 4 digits of account number  **In Re: Builder's Capital, Inc.**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Builder's Capital, Inc.**
_____    Case number (if known) _____
          Name

| 3.142 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
**Zoe Brown**
**2877 Paradise Road**
**#803**
**Las Vegas, NV 89109**

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Zoltan Hollo**
**8936 Spanish Ridge Avenue**
**Las Vegas, NV 89148**

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.142 9 |

---

**Nonpriority creditor's name and mailing address**
**Zora Carlton**
**6124 Kami Street**
**North Las Vegas, NV 89081**

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **In Re: Builder's Capital, Inc.**

Basis for the claim:   **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.143 0 |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Aaron M. Waite, Esq.**<br>**6785 S. Eastern Avenue, #4**<br>**Las Vegas, NV 89119** | Line  **3.372**<br><br>☐ Not listed. Explain | _ |
| 4.2  **ALLIANCEONE RECEIVABLES MANAGEMENT INC**<br>**PO BOX 3100**<br>**SOUTHEASTERN, PA 19398-3100** | Line  **3.1389**<br><br>☐ Not listed. Explain ____ | **9571** |
| 4.3  **Betty J. Phenix**<br>**PO BOX 982**<br>**MINDEN, NV 89423-0982** | Line  **3.87**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4  **Bruce Falkenborg**<br>**PO Box 8869**<br>**INCLINE VILLAGE, NV 89450-8869** | Line  **3.110**<br><br>☐ Not listed. Explain ____ | **In Re: Builder's Capital, Inc.** |
| 4.5  **Michael F. Bohn, Esq.**<br>**376 E. Warm Springs Road #140**<br>**Las Vegas, NV 89119** | Line  **3.179**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Builder's Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | Michael F. Bohn, Esq.<br>376 E. Warm Springs Road #140<br>Las Vegas, NV 89119 | Line __3.1361__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | REGISTERED AGENTS LEGAL SERVICE<br>c/o CREDIGY ACQUISTION CORP<br>2877 PARADISE RD UNIT 303<br>LAS VEGAS, NV 89109-5239 | Line __3.971__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | Robert L. Cardwell, Esq.<br>9494 W Flamingo Rd, STE 101<br>Las Vegas, NV 89147-5718 | Line __3.1061__<br>☐ Not listed. Explain ____ | __399C__ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,300,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,522,561.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,822,561.24 |

**Fill in this information to identify the case:**

Debtor name  **Builder's Capital, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract  _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract  _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract  _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract  _____ | _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Builder's Capital, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     _____

☐ Check if this is an
    amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1    **Kelly Brockman** | **11936 Port Labelle Dr<br>Las Vegas, NV 89141-6019** | **Builders Capital, Inc.** | ☐ D _____<br>■ E/F ___2.2___<br>☐ G _____ |
| 2.2    **Kelly Brockman** | **11936 Port Labelle Dr<br>Las Vegas, NV 89141-6019** | **Multibank 2009-1<br>RES-ADC Venture<br>LLC** | ☐ D _____<br>■ E/F ___3.954___<br>☐ G _____ |
| 2.3    **Kelly Brockman** | **11936 Port Labelle Dr<br>Las Vegas, NV 89141-6019** | **Ralron Capital Corp.** | ☐ D _____<br>■ E/F ___3.1067___<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Builder's Capital, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2014** to **12/31/2014** | Sale of interest in foreclosed property | **$34,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

Debtor    **Builder's Capital, Inc.**                                  Case number *(if known)*

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Valerie Swecker, et al. vs. Builder's Capital, Inc., et al**<br>  08A568838 | **Business Court** | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **City National Bank vs. Builder's Capital, Inc., et al.**<br>**Case No.: 08A576023** | **Contract** | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Ralron Capital Corp. vs. Builder's Capital, Inc., et al**<br>**Case No.: A-09-603835-C** | **Contract** | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Bank of Las Vegas vs. Builder's Capital, Inc., et al.**<br>**Case No.: A-10-623266-C** | **Contract** | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   __Builder's Capital, Inc._____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5.   JV Properties, et al. v. Builders Capital<br>A-14-694928-C | Breach of Contract | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA<br>REGIONAL JUSTICE CENTER<br>200 LEWIS AVENUE<br>LAS VEGAS, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.   Victor-Vista Properties, LLC v. Builders Capital<br>A-14-694928-C | Breach of Contract | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA<br>REGIONAL JUSTICE CENTER<br>200 LEWIS AVENUE<br>LAS VEGAS, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.   First Horizon Home Loans v. Builders Capital<br>2:2011cv00586 | breach of contract | United States District Court District of Nevada<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8.   Builder's Capital v. John Ritter<br>A-11-637783-C | breach of contract | EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA<br>REGIONAL JUSTICE CENTER<br>200 LEWIS AVENUE<br>LAS VEGAS, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Builder's Capital, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **JOHNSON & GUBLER, P.C.**<br>**LAKES BUSINESS PARK**<br>**8831 W SAHARA AVE**<br>**LAS VEGAS, NV 89117** | | **5/3/2016** | **$2,000.00** |
| **Email or website address**<br>**www.mjohnsonlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Builder's Capital, Inc.**                                         Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Builder's Capital, Inc.**                                        Case number *(if known)*

not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Gregory E Bruce, Chtd**<br>**1880 E Warm Springs Rd, STE 100**<br>**Las Vegas, NV 89119-4679** | **2001-Present** |

Debtor   **Builder's Capital, Inc.**                                    Case number *(if known)*_____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brockman Family Trust | 221 Positive Point St | Shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value compensation for work performed dealing with lawsuits filed against Debtor |
|---|---|---|---|---|
| 30.1. | Steven Brockman 221 Positive Point Henderson, NV 89012 | 1500.00 | July 2015 | |
| | **Relationship to debtor** President | | | |

Debtor   **Builder's Capital, Inc.**                                  Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2016**

**/s/ Stephen G. Brockman**                          **Stephen G. Brockman**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re   **Builder's Capital, Inc.**  
Debtor(s)

Case No. _____  
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   **2,000.00** |
| Prior to the filing of this statement I have received | $   **2,000.00** |
| Balance Due | $   **0.00** |

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

  ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

  ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
  b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
  c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
  d.   [Other provisions as needed]  
  **Negotiations with creditorsexemption planning; negotiations with trustee, preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
  **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, representation regarding objections to exemptions.**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  3, 2016**  
*Date*

/s/ Matthew L. Johnson  
**Matthew L. Johnson 6004**  
*Signature of Attorney*  
**JOHNSON & GUBLER, P.C.**  
**LAKES BUSINESS PARK**  
**8831 W SAHARA AVE**  
**LAS VEGAS, NV 89117-5865**  
**(702) 471-0065   Fax: (702) 471-0075**  
**mjohnson@mjohnsonlaw.com**  
*Name of law firm*

---

## United States Bankruptcy Court
### District of Nevada

In re  **Builder's Capital, Inc.**                                                    Case No.
_____
                                    Debtor(s)                    Chapter    **7**
_____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  **May  3, 2016**                              **/s/ Stephen G. Brockman**
_____          _____
                                    **Stephen G. Brockman**/**President**
                                    Signer/Title

Builder's Capital, Inc.
221 Positive Point St
Henderson, NV 89012-5499

Matthew L. Johnson
JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865

A.P. (Alex) Rayment
Acct No In Re: Builder's Capital, Inc.
1386 Porter Dr
Minden, NV 89423-9088

Aaron M. Waite, Esq.
Acct No In Re: Builder's Capital, Inc.
6785 S. Eastern Avenue, #4
Las Vegas, NV 89119

Adolph F. Henriksen
Acct No In Re: Builder's Capital
2908 Marcia Ave
Las Vegas, NV 89101-1618

Adria K. Dunford
Acct No In Re: Builder's Capital, Inc.
2253 Lucerne Dr
Henderson, NV 89014-4901

AGAVE PROPERTIES, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Aimee Ignatowicz
Acct No In Re: Builder's Capital, Inc.
7512 Summer Crest Ln
Las Vegas, NV 89129-6035

Aimie Anigian
Acct No In Re: Builder's Capital, Inc.
12168 Mount Vernon Ave, UNIT 92
Grand Terrace, CA 92313-5546

Alan Carey
Acct No In Re: Builder's Capital, Inc.
3939 Reno Hwy
Fallon, NV 89406-8378

Alan G. Dondero
Acct No In Re: Builder's Capital, Inc.
1877 W Colchester Dr
Eagle, ID 83616-5793

Alan Horwitz
Acct No In Re: Builder's Capital
9177 Tudor Park Pl
Las Vegas, NV 89145-8725

Alan J. Duncan
Acct No In Re: Builder's Capital
8420 Caramel Ridge Ct
Las Vegas, NV 89113-0121

Alan J. Nash
Acct No In Re: Builder's Capital, Inc.
4395 Country Meadow St
Moorpark, CA 93021-3711

Alan L. McGibbon
Acct No In Re: Builder's Capital, Inc.
1308 S 16th St
Las Vegas, NV 89104-1828

Alan M. Pearlstein
Acct No In Re: Builder's Capital, Inc.
1 River Pl, APT 2011
New York, NY 10036-4376

Alan Marks
Acct No In Re: Builder's Capital, Inc.
2606 S Durango Drive, APT 144
Las Vegas, NV 89117-2652

Alan R. Beckman
Acct No In Re: Builder's Capital
1836 Taylorville St
Las Vegas, NV 89135-1051

Alan Rapoport
Acct No In Re: Builder's Capital, Inc.
4515 Roma Ct
Marina Del Rey, CA 90292-7704

Albert L. Gasper
Acct No In Re: Builder's Capital, Inc.
3043 Otha St
Carson City, NV 89706-1112

Albert M. Stewart
Acct No In Re: Builder's Capital, Inc.
2330 Pinto Rd
Henderson, NV 89002-9328

Alex J. Pankratz, Jr.
Acct No In Re: Builder's Capital, Inc.
7923 Amestoy Ave
Van Nuys, CA 91406-1604

Alex J. Sugden
Acct No In Re: Builder's Capital, Inc.
7850 Castle Pines Ave
Las Vegas, NV 89113-1205

Alex Pupacko
Acct No In Re: Builder's Capital, Inc.
876 Coloma Dr
Carson City, NV 89705-7205

Alexander Evans
Acct No In Re: Builder's Capital
P.O. Box 71
Verdi, NV 89439-0071

Alice Shepherd
Acct No In Re: Builder's Capital, Inc.
14758 Calla Lily Ct
Canyon Country, CA 91387-1519

Allan E. Richardson
Acct No In Re: Builder's Capital, Inc.
1673 Mission Meadows Dr
Oceanside, CA 92057-5716

Allan Siebert
Acct No In Re: Builder's Capital, Inc.
44 Chenal Circle
Little Rock, AR 72223-9566

Allen B. Thach
Acct No In Re: Builder's Capital, Inc.
11386 Sandstone Ridge Dr
Las Vegas, NV 89135-1504

Allen Sidney Alpert
Acct No In Re: Builder's Capital
4764 Bersaglio St
Las Vegas, NV 89135-2472

ALLIANCEONE RECEIVABLES MANAGEMENT INC
Acct No 24119571
PO BOX 3100
SOUTHEASTERN, PA 19398-3100

Alois Labermeier
Acct No In Re: Builer's Capital, Inc.
2520 Tumble Brook Dr
Las Vegas, NV 89134-7867

Amber Parucha
Acct No In Re: Builder's Capital, Inc.
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

American Property Services, LLC
Acct No In Re: Builder's Capital, Inc.
6042 Plumas Str, APT H
Reno, NV 89519-6021

Amina Henson
Acct No In Re: Builder's Capital, Inc.
7851 Harp Tree St
Las Vegas, NV 89139-6285

Anastasia Potter
Acct No In Re: Builder's Capital, Inc.
140 Cogorno Way
Carson City, NV 89703-5414

Andrew Hadra
Acct No In Re: Builder's Capital, Inc.
c/o Madison Partners
12121 Wilshire Blvd, STE 900
Los Angeles, CA 90025-1168

Andrew J. Howard
Acct No In Re: Builder's Capital, Inc.
734 Gull Point Avenue
Las Vegas, NV 89123-3045

Andrew L. Zak
Acct No In Re: Builder's Capital, Inc.
9720 Verlaine Ct
Las Vegas, NV 89145-8695

Andrew M. Siuba
Acct No In Re: Builder's Capital, Inc.
3828 Dabney Dr
North Las Vegas, NV 89032-0404

Angela Melfi
Acct No In Re: Builder's Capital, Inc.
4221 Laurel Hill Dr
North Las Vegas, NV 89032-3047

Angelo Mario Antignani
Acct No In Re: Builder's Capital, Inc.
4616 Harvest Night St
Las Vegas, NV 89129-3229

Anita B. Johnson
Acct No In Re: Builder's Capital, Inc.
9504 Spanish Steps Ln
Las Vegas, NV 89117-0841

Anita Caselli
Acct No In Re: Builder's Capital
11009 Battlement Ave
Las Vegas, NV 89134-7257

Ann G. Clemens
Acct No In Re: Builder's Capital, Inc.
116 S Yorkshire Blvd
Youngstown, OH 44515-3553

Annabelle E. Taylor
Acct No In Re: Builder's Capital
654 Rolling Green Dr
Las Vegas, NV 89169-3770

Anne Marie Kluza
Acct No In Re: Builder's Capital, Inc.
4628 SE Ellis St
Portland, OR 97206-5765

Annie Kimmel
Acct No In Re: Builder's Capital, Inc.
6939 Tradewinds Dr
Carlsbad, CA 92011-3226

Anthony & Ardath Schwab
Acct No In Re: Builder's Capital, Inc.
73 Smokestone Ct
Las Vegas, NV 89110-5237

Anthony Alfonzo
Acct No In Re: Builder's Capital, Inc.
1060 Brickell Ave, APT 1515
Miami, FL 33131-3918

Anthony E. Counini
Acct No In Re: Builder's Capital, Inc.
2857 Paradise Rd, UNIT 2502
Las Vegas, NV 89109-9033

Anthony Frisco
Acct No In Re: Builder's Capital
6174 Quintillion Ave
Las Vegas, NV 89122-3461

Anthony J. Marini
Acct No In Re: Builder's Capital, Inc.
6382 Everest Dr
Reno, NV 89523-2849

Anthony J. Miranti
Acct No In Re: Builder's Capital, Inc.
7216 N Via Nueva
Scottsdale, AZ 85258-3729

Anthony M. Marlon
Acct No In Re: Builder's Capital, Inc.
9025 Greensboro Ln
Las Vegas, NV 89134-0501

Anthony Mudd
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Antonio De Angelis
Acct No In Re: Builder's Capital, Inc.
2005 W Grace St
Boise, ID 83702-0744

Apollo Andre
Acct No In Re: Builder's Capital, Inc.
2904 Golfside Drive
Las Vegas, NV 89134-8565

Arco Electric, Inc.
Acct No In Re: Builder's Capital
597 W 9320 S
Sandy, UT 84070-6666

Arlen Bean
Acct No In Re: Builder's Capital, Inc.
1840 Manzanita Ln
Reno, NV 89509-5262

Arlene Hurlburt
Acct No In Re: Builder's Capital, Inc.
6590 Bernal St
Simi Valley, CA 93063-3918

Arnold H. Schwartzberg
Acct No In Re: Builder's Capital
1808 Aztec Cliffs Ct
Las Vegas, NV 89128-8277

Arthur G. Noxon, Esq.
Acct No In Re: Builder's Capital, Inc.
2657 Windmill Pkwy, STE 197
Henderson, NV 89074-3384

Arthur J. Lurie
Acct No In Re: Builder's Capital, Inc.
c/o Jim Pfrommer, CPA
645 Sierra Rose Dr, STE 101
Reno, NV 89511-4025

Arthur Paul Valerie
Acct No In Re: Builder's Capital, Inc.
7578 Pepper St
Rancho Cucomonga, CA 91730-2125

Arthur T. Gildner
Acct No In Re: Builder's Capital, Inc.
8300 E McDowell Rd, Unit 3058
Scottsdale, AZ 85257-3972

Audie Embestro
Acct No In Re: Builder's Capital, Inc.
1102 S Austin Ave, STE 110-365
Georgetown, TX 78626-6700

Aurelie Jamgotchian
Acct No In Re: Builder's Capital, Inc.
15900 Harvest St
Granada Hills, CA 91344-3940

Bank of Las Vegas
Acct No Re: Bank of LV vs. Builder's C
Attn: Garry L. Hayes, Esq.
199 N. Arroyo Grande Blvd, STE 200
Henderson, NV 89074-1609

Banker's Consulting Corporation
Acct No In Re: Builder's Capital, Inc.
17550 N. Perimeter Drive
Scottsdale, AZ 85255

Barbara Alice Algase
Acct No In Re: Builder's Capital, Inc.
8241 Turtle Creek Circle
Las Vegas, NV 89113

Barbara Gregory
Acct No In Re: Builder's Capital, Inc.
7813 Wading Bird Way
North Las Vegas, NV 89084-3775

Barbara J. Allen
Acct No In Re: Builder's Capital, Inc.
7325 Palmyra Ave
Las Vegas, NV 89117-3204

Barbara Marsh
Acct No In Re: Builder's Capital, Inc.
418 Morrissey Blvd
Santa Cruz, CA 95062-1258

Barbara Smeland
Acct No In Re: Builder's Capital, Inc.
875 Nicole Cir
Okemos, MI 48864-1254

Barbara Venturacci
Acct No In Re: Builder's Capital, Inc.
2550 Riviera St
Reno, NV 89509-1196

Beatrice Presto
Acct No In Re: Builder's Capital, Inc.
1462 Douglas Ave
Gardnerville, NV 89410-5102

Becky Allen
Acct No In Re: Builder's Capital, Inc.
18410 Lake Vista Rd
Washoe Valley, NV 89704-9668

Ben Costa
Acct No In Re: Builder's Capital, Inc.
c/o Robert W. Costa
2761 Lippizan Cir
Las Vegas, NV 89121-5401

Benedict E. Urban
Acct No In Re: Builder's Capital, Inc.
2691 Evergreen Oaks Dr
Henderson, NV 89052-7060

Benjamin Gargle
Acct No In Re: Builder's Capital, Inc.
5440 Los Estados
Yorba Linda, CA 92887-5105

Benjamin R. Macias
Acct No In Re: Builder's Capital, Inc.
5408 Fountain Palm St
Las Vegas, NV 89130-3684

Benny Perry
Acct No In Re: Builder's Capital, Inc.
3063 Silent Wind Way
Henderson, NV 89052-4014

Bernard Sindler
Acct No In Re: Builder's Capital
2112 Plaza Del Fuentes
Las Vegas, NV 89102-3912

Bernice Grams
Acct No In Re: Builder's Capital, Inc.
230 Bethwick Cir
Las Vegas, NV 89183-4561

Bernie L. Roybal, Jr.
Acct No In Re: Builder's Capital, Inc.
624 Edgebrook Dr
Las Vegas, NV 89145-8808

Bess Goffstein
Acct No In Re: Builder's Capital
564 Sarah Ln, APT 306
St. Louis, MO 63141-6993

Bess Sizemore
Acct No In Re: Builder's Capital, Inc.
599 Forest Highlands
Flagstaff, AZ 86005-8433

Betsy Barnett
Acct No In Re: Builder's Capital, LLC
c/o Sierra Financial Advisors LLC
3860 GS Richards Blvd
Carson City, NV 89703-8422

Betty Chong
Acct No In Re: Builder's Capital, Inc.
2620 Laguna Street
San Francisco, CA 94123-4966

Betty J. Phenix
Acct No In Re: Builder's Capital, Inc.
1745 Cedarwood Dr
Minden, NV 89423-4730

Betty J. Phenix
Acct No In Re: Builder's Capital, Inc.
PO BOX 982
MINDEN, NV 89423-0982

Betty Van Vliet
Acct No In Re: Builder's Capital
4613 Verano Dr
Las Vegas, NV 89130-5321

Beverly Ann Jeffers
Acct No In Re: Builder's Capital, Inc.
2609 Centerville Ct
Henderson, NV 89052-7010

Beverly Gomez
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Bill Carner
Acct No In Re: Builder's Capital, Inc.
8513 Del Ray Ave
Las Vegas, NV 89117-1216

Bill Mullis
Acct No In Re: Builder's Capital, Inc.
301 Little Gap Ct
Chapin, SC 29036-8652

Billie Silviera
Acct No In Re: Builder's Capital, Inc.
1925 SE Portola Dr
Grants Pass, OR 97526-4052

Billy Milam
Acct No In Re: Builder's Capital, Inc.
c/o Conway Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Billy West Vaden
Acct No In Re: Builder's Capital, Inc.
2247 W Washington St
Carson City, NV 89703-5420

Blake Boyer
Acct No In Re: Builder's Capital, Inc.
1605 Golden Oak Dr
Las Vegas, NV 89117-1452

Bob Campbell
Acct No In Re: Builder's Capital, Inc.
627 E Fairway Rd
Henderson, NV 89015-7407

Bonnie Cisneros
Acct No In Re: Builder's Capital, Inc.
4550 W Oakey Blvd, STE 100A
Las Vegas, NV 89102-1506

Boyd Deel
Acct No In Re: Builder's Capital, Inc.
P.O. Box 5909
San Jose, CA 95150-5909

BOYD FAMILY PARTNERSHIP
Acct No Builder's Capital, Inc.
C/O GREGORY & ELIAS PLC
3640 HIGHWAY 95 STE 140
BULLHEAD CITY, AZ 86442-4337

Bradley Boyd
Acct No In Re: Builder's Capital, Inc.
P.O. Box 750729
Las Vegas, NV 89136-0729

Bradley C. Shultis
Acct No In Re: Builder's Capital, Inc.
9710 Vista Crest Ave
Las Vegas, NV 89148-4649

Brandon L. McBrayer
Acct No In Re: Builder's Capital, Inc.
8034 W Clara Ln
Peoria, AZ 85382-5411

Bret Watson
Acct No In Re: Builder's Capital, Inc.
631 Caspian Ct
Reno, NV 89521-6258

Brian Boyer
Acct No In Re: Builder's Capital, Inc.
1605 Golden Oak Dr
Las Vegas, NV 89117-1452

Brian Thomas
Acct No In Re: Builder's Capital, Inc.
908 Crescent Moon Dr
North Las Vegas, NV 89031-1493

Brianna Duford
Acct No In Re: Builder's Capital, Inc.
2460 Antler Point Dr
Henderson, NV 89074-6162

Bruce Bryen
Acct No In Re: Builder's Capital, Inc.
777 S Federal Hwy, APT N409
Pompano Beach, FL 33062-5914

Bruce Falkenborg
Acct No In Re: Builder's Capital, Inc.
1458 Glarus Ct
Incline Village, NV 89451-7900

Bruce Falkenborg
Acct No In Re: Builder's Capital, Inc.
PO Box 8869
INCLINE VILLAGE, NV 89450-8869

Bruce Krater
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Bruce Lamont Henriksen
Acct No In Re: Builder's Capital, Inc.
250 W Main St
American Fork, UT 84003-2228

Bruce W. Park
Acct No In Re: Builder's Capital, Inc.
P.O. Box 427
Gardnerville, NV 89410-0427

Bruce Young
Acct No In Re: Builder's Capital, Inc.
1822 Derby Dr
Santa Ana, CA 92705-2509

Builder's Capital, Inc.
Defind Benefit Pension Plan
221 Positive Point St
Henderson, NV 89012-5499

Builders Capital, Inc.
Acct No RE: Stephen Brockman
Defined Benefit Pension Plan
2780 S Jones Blvd, STE 205
Las Vegas, NV 89146-5659

Burak Ahmed
Acct No In Re: Builder's Capital, Inc.
1830 Myrtle Island Dr
Las Vegas, NV 89117-2050

Burton D. Sibley
Acct No In Re: Builder's Capital, Inc.
16326 W Willow Creek Ln
Surprise, AZ 85374-6432

C.E. Langford
Acct No In Re: Builder's Capital, Inc.
6111 Churchfield Blvd, APT 3
Las Vegas, NV 89103-4542

C.W. Ruggeroli
Acct No In Re: Builder's Capital, Inc.
c/o Conway Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Calvin Terrill
Acct No In Re: Builder's Capital, Inc.
3704 Oakhurst Dr
Holiday, FL 34691-1636

Carina Tanzarello
Acct No In Re: Builder's Capital, Inc.
5 Seneca Manor Dr
Seneca Falls, NY 13148-2315

Carl Seelman
Acct No In Re: Builder's Capital, Inc.
1109 Invitational Dr
Las Vegas, NV 89134-0593

Carl Turner
Acct No In Re: Builder's Capital, Inc.
512 Shortbow Trl
Lusby, MD 20657-5540

Carlene Rodriguez
Acct No In Re: Builder's Capital, Inc.
3562 Driving Range St
Las Vegas, NV 89122-3404

Carlton B. Cantor
Acct No In Re: Builder's Capital, Inc.
1960 Rosemere Ct
Las Vegas, NV 89117-2060

Carmen Ferch
Acct No In Re: Builder's Capital, Inc.
14699 Royal Way
Truckee, CA 96161-1141

Carmen Miller
Acct No In Re: Builder's Capital, Inc.
1203 N Kings Rd, APT 306
West Hollywood, CA 90069-2875

Carol Ewing
Acct No In Re: Builder's Capital, Inc.
7717 Constanso Ave, UNIT 202
Las Vegas, NV 89128-8038

Carol M. Riley
Acct No In Re: Builder's Capital, Inc.
2025 Hot Oak Ridge St
Las Vegas, NV 89134-5517

Carole J. Newby
Acct No In Re: Builder's Capital, Inc.
5209 Elm Grove Dr
Las Vegas, NV 89130-3669

Carolina E. Chiarottino
Acct No In Re: Builder's Capital, Inc.
2852 Breakers Creek Dr
Las Vegas, NV 89134-7312

Carolyn Batcabe
Acct No In Re: Builder's Capital, Inc.
55 High Ridge Ct
Reno, NV 89511-7717

Carolyn F. Grant
Acct No In Re: Builder's Capital, Inc.
951 University Pl
Reno, NV 89512-4520

Carolyn Farino
Acct No In Re: Builder's Capital, Inc.
3190 Sterlingshire Dr
Las Vegas, NV 89146-6225

Carolyn Grant
Acct No In Re: Builder's Capital, Inc.
951 University Pl
Reno, NV 89512-4520

Carolyn M. Usher
Acct No In Re: Builder's Capital, Inc.
6468 Fosco Ct
Las Vegas, NV 89131-3154

Carrie Herndon
Acct No In Re: Builder's Capital, Inc.
140 S. Ring Dove Dr
Las Vegas, NV 89144-4351

Cary Lurie
Acct No In Re: Builder's Capital, Inc.
6490 S McCarran Blvd, STE d28
Reno, NV 89509-6102

Caryl J. Guth
Acct No In Re: Builder's Capital, Inc.
105 Willowbrook Pl
Advance, NC 27006-8400

Catherine Green
Acct No In Re: Builder's Capital, Inc.
8245 Dolphin Bay Ct
Las Vegas, NV 89128-7128

Catherine Green
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Catherine Middlested
Acct No In Re: Builder's Capital, Inc.
P.O. Box 1441
Mariposa, CA 95338-1441

Catherine Patsis
Acct No In Re: Builder's Capital, Inc.
8479 Indigo Harbor Ave
Las Vegas, NV 89117-9166

Cathie Van Loo
Acct No In Re: Builder's Capital, Inc.
901 N Brutscher St, STE 205
Newberg, OR 97132-6097

```
Cecil Capps
Acct No In Re: Builder's Capital, Inc.
1687 Deep Spring Ave
Las Vegas, NV 89123-2458

Cecil Capps
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Charles and Judith Haga
Acct No In Re: Builder's Capital, Inc.
6225 Nita Avenue
Woodland Hills, CA 91367-1822

Charles Duarte
Acct No In Re: Builder's Capital, Inc.
2652 Stetson Cir
Minden, NV 89423-8874

Charles Duarte
Acct No In Re: Builder's Capital, Inc.
c/o Sierra Financial Advisors
3860 GS Richards Blvd
Carson City, NV 89703-8422

Charles E. Keenan, Jr.
Acct No In Re: Builder's Capital, Inc.
665 Languid Ln
Simi Valley, CA 93065-5408

Charles H. Buckingham
Acct No In Re: Builder's Capital, Inc.
7560 Widewing Dr
North Las Vegas, NV 89084-3740

Charles H. Leonard
Acct No In Re: Builder's Capital, Inc.
8416 Vibrant Dr
Las Vegas, NV 89117-1271

Charles Howard
Acct No In Re: Builder's Capital, Inc.
7325 Palmyra Ave
Las Vegas, NV 89117-3204

Charles J. Howard
Acct No In Re: Builder's Capital, Inc.
2716 Campo Verde Dr
Las Vegas, NV 89121-3942

Charles L. Halsey
Acct No In Re: Builder's Capital, Inc.
2328 Heather Valley Dr
Las Vegas, NV 89134-6098
```

Charles W. Bowman
Acct No In Re: Builder's Capital, Inc.
10881 Valley Dr
Plymouth, CA 95669-9523

Charles W. Valerie
Acct No In Re: Builder's Capital, Inc.
6504 W Kamloops Dr
Rathdrum, ID 83858-6418

Charlotte London
Acct No In Re: Builder's Capital, Inc.
300 Central Park W, APT 3E
New York, NY 10024-1576

Cheryl Davis
Acct No In Re: Builder's Capital, Inc.
713 Red Jacket Dr
Dayton, NV 89403-7428

Cheryl Stoddard
Acct No In Re: Builder's Capital, Inc.
1720 Malaga Dr
Carson City, NV 89703-2328

Chris Haase
Acct No In Re: Builder's Capital, Inc.
100 Corporate Park Dr
Henderson, NV 89074-8725

Christina Broo
Acct No In Re: Builder's Capital, Inc.
811 Carroll Dr
Carson City, NV 89703-1502

Christine Karayan
Acct No In Re: Builder's Capital, Inc.
618 N Doheny Dr, FL 2
Los Angeles, CA 90069-5506

Christine Mody
Acct No In Re: Builder's Capital, Inc.
1443 Foothills Village Dr
Henderson, NV 89012-7266

Christophe F. Ediosmo
Acct No In Re: Builder's Capital, Inc.
1386 Porter Dr
Minden, NV 89423-9088

Christopher Coombs
Acct No In Re: Builder's Capital, Inc.
1660 Gulch Way
Reno, NV 89521-3022

Chuck Blum
Acct No In Re: Builder's Capital, Inc.
181 H Armitage
Livingston, TX 77351-4570

Cindi Donald
Acct No In Re: Builder's Capital, Inc.
24 Parkwood Dr, APT 8
Redlands, CA 92373-4100

Cindi Donald
Acct No In Re: Builder's Capital, Inc.
PO Box 32537
Santa Fe, NM 87594-2537

City National Bank
Acct No A576023
c/o Hemar, Rousso & Heald
15910 Ventura Blvd, FL 12
Encino, CA 91436-2802

CLARK COUNTY ASSESSOR
c/o BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
Las Vegas, NV 89155-1401

Clark County Collections
Acct No 939115
8860 W Sunset Rd, STE 100
Las Vegas, NV 89148-4899

Clark County Collections
Acct No 1477842
8860 W Sunset Rd, STE 100
Las Vegas, NV 89148-4899

CLARK COUNTY TREASURER
c/o BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
Las Vegas, NV 89155-1220

Clayson J Carpenter
Acct No In Re: Builder's Capital, Inc.
1712 Millstream Way
Henderson, NV 89074-1615

Cletus F. Wandler
Acct No In Re: Builder's Capital, Inc.
1897 N Edmonds Dr
Carson City, NV 89701-3581

Cliffford Wiehe
Acct No In Re: Builder's Capital, Inc.
2738 Fresh Pond Ct
Henderson, NV 89052-2801

Clifton W. Usher, Jr.
Acct No In Re: Builder's Capital, Inc.
6387 Meadow Hill Cir
Reno, NV 89519-6307

Cody H. Unger
Acct No In Re: Builder's Capital, Inc.
29 Stallion St
Tulorosa, NM 88352-9612

Colin Shao Yi Soong
Acct No In Re: Builder's Capital, Inc.
1551 W Winnie Ln
Carson City, NV 89703-7404

Connie Mendoza
Acct No In Re: Builder's Capital, Inc.
P.O. Box 25-849
St. Heliers, Auckland 01071
NEW ZEALAND

Constantyn Chalitsios
Acct No In Re: Builder's Capital, Inc.
2450 Louisiana Street, STE 400-110
Houston, TX 77006-2318

Conway Grayson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 2240
Wickenberg, AZ 85358-2240

Corey Jenkins / DSJ Unlimited, LLC
Acct No In Re: Builder's Capital, Inc.
5101 Rent A Car Rd
Las Vegas, NV 89119

Costandy K. Khury
Acct No In Re: Builder's Capital, Inc.
1930 Village Center Cir, STE 3-387
Las Vegas, NV 89134-6214

Craig McCall
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Curly Taylor
Acct No In Re: Builder's Capital, Inc.
P.O. Box 505
Cortez, CO 81321-0505

Curtis G. Andersen
Acct No In Re: Builder's Capital, Inc.
11532 S Lexington Hills Cir
Sandy, UT 84092-5473

Cynthia Brodie-Berry
Acct No In Re: Builder's Capital, Inc.
1068 Juliet Ave
Saint Paul, MN 55105-2961

Cynthia R. Follis
Acct No In Re: Builder's Capital, Inc.
PO Box 113
Paulden, AZ 86334-0113

Dale E. Puhl
Acct No In Re: Builder's Capital, Inc.
4723 Visconti Wy
Las Vegas, NV 89141-4300

Dan Scartenzina
Acct No In Re: Builder's Capital, Inc.
P.O. Box 270110
Fruitland, UT 84027-0110

Dana Harrah
Acct No In Re: Builder's Capital, Inc.
1608 Prince William Ln
Frisco, TX 75034-6933

Dana Harrah
Acct No In Re: Builder's Capital, Inc.
c/o Sierra Financial Advisors, LLC
3860 GS Richards Blvd
Carson City, NV 89703-8422

Dana L. Anderson
Acct No In Re: Builder's Capital, Inc.
1158 Daybreak Ln
Mesquite, NV 89027-7505

Dana McDaniel Kanne
Acct No In Re: Builder's Capital, Inc.
1704 Wincanton Dr
Las Vegas, NV 89134-6183

Dana W. Wainright
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Daniel A. Kruger
Acct No In Re: Builder's Capital, Inc.
9718 Camino Capistrano Ln
Las Vegas, NV 89147-8049

Daniel B. Peterson
Acct No In Re: Builder's Capital, Inc.
10123 Stonehurst Ave
Sun Valley, CA 91352-1109

Daniel Byron
Acct No In Re: Builder's Capital, Inc.
8082 Planting Fields Pl
Las Vegas, NV 89117-7622

Daniel D. Newman
Acct No In Re: Builder's Capital, Inc.
125 Elysian Dr
Sedona, AZ 86336-6836

Daniel Klebenow
Acct No In Re: Builder's Capital, Inc.
3155 Right Hand Canyon Rd
Reno, NV 89510-9369

Daniel O. Carlton
Acct No In Re: Builder's Capital, Inc.
6124 Kami St
North Las Vegas, NV 89081-6688

Daniel R. and Gilberta L. Hetrick
Acct No In Re: Builder's Capital, Inc.
P.O. Box 98
Orovada, NV 89425-0098

Daniel Rakich
Acct No In Re: Builder's Capital, Inc.
2613 Silverton Dr
Las Vegas, NV 89134-8835

Daniel Rakich
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Daniel Rooney
Acct No In Re: Builder's Capital, Inc.
3660 N Bronco St
Las Vegas, NV 89108-5102

Daniel Rooney
Acct No In Re: Builder's Capital, Inc.
6773 OBannon Dr
Las Vegas, NV 89146-2905

Daniel S. Amster
Acct No In Re: Builder's Capital, Inc.
6170 West Viking Rd
Las Vegas, NV 89103-2236

Daniel Walters
Acct No In Re: Builder's Capital, Inc.
P.O. Box 58
Genoa, NV 89411-0058

Daniel Ward
Acct No In Re: Builder's Capital, Inc.
5225 Amethyst Creek Ct
Las Vegas, NV 89131-1016

Danny Byington
Acct No In Re: Builder's Capital, Inc.
P.O. box 388
Elko, NV 89803-0388

Danny R. Duncan
Acct No In Re: Builder's Capital, Inc.
2716 Woodflower Ave
Henderson, NV 89052-3927

Darlene Hammond
Acct No In Re: Builder's Capital, Inc.
308 La Rue Ct
Las Vegas, NV 89145-4170

Darrell Armuth
Acct No In Re: Builder's Capital, Inc.
4555 Saddlehorn Rd
Reno, NV 89511-6735

Darrell Armuth
Acct No In Re: Builder's Capital, Inc.
5950 La Place Ct, STE 160
Suite 160
Carlsbad, CA 92008-8831

Darren Sivertsen
Acct No In Re: Builder's Capital, Inc.
3681 Mooncrest Cir
Las Vegas, NV 89129-5590

Darsi Casey
Acct No In Re: Builder's Capital, Inc.
411 Glen Eagles Ct
Dayton, NV 89403-8712

Daryl Seltzer
Acct No In Re: Builder's Capital, Inc.
166 S Citrus Ave
Los Angeles, CA 90036-3040

Dave Brown
Acct No In Re: Builder's Capital, Inc.
520 E Garland Ave
Fresno, CA 93704-4713

Dave Heraty
Acct No In Re: Builder's Capital, Inc.
2546 Antique Blossom Ave
Henderson, NV 89052-5612

David A. Palmer
Acct No In Re: Builder's Capital, Inc.
1601 Benchley Ct
Henderson, NV 89052-6918

David A. Siebert
Acct No In Re: Builder's Capital, Inc.
30 Carmel Dr
Little Rock, AR 72212-4401

David Aquilina
Acct No In Re: Builder's Capital, Inc.
10318 Timber Star Ln
Las Vegas, NV 89135-4028

David Armstrong
Acct No In Re: Builder's Capital, Inc.
P.O. Box 476
Alliance, NE 69301-0476

David B. Miner
Acct No In Re: Builder's Capital, Inc.
2933 E Danish Rd
Salt Lake City, UT 84121-5786

David Bluth
Acct No In Re: Builder's Capital, Inc.
8204 Barham Ln
Las Vegas, NV 89128-7343

David E. Miller
Acct No In Re: Builder's Capital, Inc.
ALS Enterprise
8650 W Tropicana Ave, STE 208
Las Vegas, NV 89147-8182

David Eastman
Acct No In Re: Builder's Capital, Inc.
2298 Horizon Ridge Pkwy, STE 211
Henderson, NV 89052-2698

David Ellis
Acct No In Re: Builder's Capital, Inc.
524 Jani Pl
Boulder City, NV 89005-1107

David Gottlieb
Acct No AC88900999270747
3981 Shadow Wood Ave
Las Vegas, NV 89121-4535

David Gottlieb
Acct No In Re: Builder's Capital, Inc.
3981 Shadow Wood Ave
Las Vegas, NV 89121-4535

David J. Freeman
Acct No In Re: Builder's Capital, Inc.
2670 Magnolia Blvd W
Seattle, WA 98199-3004

David J. Powell
Acct No In Re: Builder's Capital, Inc.
2363 Hardin Ridge Dr
Henderson, NV 89052-7062

David Jarrett
Acct No In Re: Builder's Capital, Inc.
4996 Carnoustie Dr
Reno, NV 89502-9787

David K. Lund
Acct No In Re: Builder's Capital, Inc.
1481 Genesee Dr
Reno, NV 89503-1710

David L. Baird
Acct No In Re: Builder's Capital, Inc.
3203 E Warm Springs Rd, STE 100
Las Vegas, NV 89120-3172

David M Kuckenmeister
Acct No In Re: Builder's Capital, Inc.
109 N. Carson Meadow Dr
Carson City, NV 89701-4304

David N. Beckham
Acct No In Re: Builder's Capital, Inc.
4800 N Scottsdale Rd, STE 1400
Scottsdale, AZ 85251-7632

David Osburn
Acct No In Re: Builder's Capital, Inc.
7521 Enchanted Hills Ct
Las Vegas, NV 89129-5969

David P. & Naomi H. Boyer
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

David P. Boyer
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

David P. James
Acct No In Re: Builder's Capital, Inc.
609 Edgebrook Dr
Las Vegas, NV 89145-8808

David Rice
Acct No In Re: Builder's Capital, Inc.
1920 Redbird Drive
Las Vegas, NV 89134-6139

David Sailon
Acct No In Re: Builder's Capital, Inc.
2436 Cliffwood Dr
Henderson, NV 89074-5884

David Sailon
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

David Stoebling
Acct No In Re: Builder's Capital, Inc.
1644 Wellington Springs Ave
Henderson, NV 89052-6884

David Stoebling
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

David Thompson
Acct No In Re: Builder's Capital, Inc.
6420 E Tropicana Ave, UNIT 55
Las Vegas, NV 89122-7513

David Tillitt
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2246

Dawn Gerke
Acct No In Re: Builder's Capital, Inc.
4755 W Flamingo Rd, STE A
Las Vegas, NV 89103-3750

Dawn Kowalski
Acct No In Re: Builder's Capital, Inc.
5523 Foothill Dr
Agoura, CA 91301-2233

Dean A. Perra
Acct No In Re: Builder's Capital, Inc.
7223 Lafite Ct
Las Vegas, NV 89117-3163

Deanna J. Myerson
Acct No In Re: Builder's Capital, Inc.
1261 N Via Ronda Oeste
Tucson, AZ 85715-4829

Debbie Jamora
Acct No In Re: Builder's Capital, Inc.
9920 Jordan Ave, UNIT 8
Chatsworth, CA 91311-3760

Debbie L. Snider
Acct No In Re: Builder's Capital, Inc.
12452 Carol Pl
Granada Hills, CA 91344-1310

Deborah Giddens
Acct No In Re: Builder's Capital, Inc.
531 Cottonwood Cv
Hahira, GA 31632-1591

Deborah K. Peterson
Acct No In Re: Builder's Capital, Inc.
6924 Deer Springs Way
Las Vegas, NV 89131

Deborah L. Shoofey
Acct No In Re: Builder's Capital, Inc.
10624 S Eastern Ave, STE A 438
Henderson, NV 89052-2983

Dena Brook
Acct No In Re: Builder's Capital, Inc.
7949 Terrace Rock Way, UNIT 201
Las Vegas, NV 89128-3854

Denise Puhl
Acct No In Re: Builder's Capital, Inc.
Equity Trust Company
PO Box 1409
Elyria, OH 44036-1409

Dennis B. Isabelle
Acct No In Re: Builder's Capital, Inc.
1456 Seacoast Dr, UNIT 2C
Imperial Beach, CA 91932-3197

Dennis C. Brinson
Acct No In Re: Builder's Capital, Inc.
1884 Brush Dr
Carson City, NV 89703-7430

Dennis G. Stanek
Acct No In Re: Builder's Capital, Inc.
8456 Pacific Spring Ave
Las Vegas, NV 89117-1809

Dennis Jeantet
Acct No In Re: Builder's Capital, Inc.
6045 Crystal Talon St
Las Vegas, NV 89130-7032

Dennis Mandell
Acct No In Re: Builder's Capital, Inc.
1482 Copper Point Cir
Reno, NV 89519-6267

Dennis Sibson
Acct No In Re: Builder's Capital, Inc.
40930 Avenida Arcada
Palm Desert, CA 92260-0388

Dennis Sipiorski
Acct No In Re: Builder's Capital, Inc.
1312 Jackie Ln
Minden, NV 89423-9070

Dennis Sizemore
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Dennis Sizemore
Acct No In Re: Builder's Capital, Inc.
4043 S Eastern Ave
Las Vegas, NV 89119-5101

Dennis Sizemore
Acct No In Re: Builder's Capital, Inc.
599 Forest Highlands
Flagstaff, AZ 86005-8433

Dennis Sizemore
Acct No In Re: Builder's Capital, Inc.
Nevada Trust Company
4043 S Eastern Ave
Las Vegas, NV 89119-5101

DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
Carson City, NV 89701-4772

Derek Lavanhar
Acct No In Re: Builder's Capital, Inc.
7634 Sudan Ct
Las Vegas, NV 89149-6496

DeVera Cline
Acct No In Re: Builder's Capital, Inc.
1860 Papago Ln
Las Vegas, NV 89169-3373

Diana L. Ashworth
Acct No In Re: Builder's Capital, Inc.
5823 Delonee Skies Ave
Las Vegas, NV 89131-2087

Diane Rooney
Acct No In Re: Builder's Capital, Inc.
30 Kansas Ave
Plattsburgh, NY 12903-3959

Diane Short
Acct No In Re: Builder's Capital, Inc.
P.O. Box 80357
Las Vegas, NV 89180-0357

Dina Joos
Acct No In Re: Builder's Capital, Inc.
2232 Wilhelmina Cir
Las Vegas, NV 89128-3116

Dolores McGarry
Acct No In Re: Builder's Capital, Inc.
6675 Rio Vista St
Las Vegas, NV 89131-3407

Dominic Arraiz
Acct No In Re: Builder's Capital, Inc.
2184 Darla Way
Carson City, NV 89701-1901

Dominic J. Del Grosso, Jr.
Acct No In Re: Builder's Capital, Inc.
9711 Drayton Ave
Las Vegas, NV 89148-4626

Dominique Marie Jamgotchian
Acct No In Re: Builder's Capital, Inc.
15900 Harvest St
Granada Hills, CA 91344-3940

Don Bruce
Acct No In Re: Builder's Capital, Inc.
1761 Montelena Ct
Carson City, NV 89703-8375

Donald C. Schramski
Acct No In Re: Builder's Capital, Inc.
2362 Rosendale Village Ave
Henderson, NV 89052-8732

Donald D. Read
Acct No In Re: Builder's Capital, Inc.
10585 Silver Knolls Blvd
Reno, NV 89508-8272

```
Donald Dombrowski
Acct No In Re: Builder's Capital, Inc.
c/o Conway, Stuart & Woodbury
4021 Meadows Lane
Las Vegas, NV 89107-3117

Donald E. Burt
Acct No In Re: Builder's Capital, Inc.
80 Havasu Hts
Lake Havasu City, AZ 86404-9563

Donald E. Burt
Acct No In Re: Builder's Capital, Inc.
P.O. Box 2018
Quartzsite, AZ 85346-2018

Donald F. Logan
Acct No In Re: Builder's Capital, Inc.
8008 W Hammer Ln
Las Vegas, NV 89149-4676

Donald G. Kracaw
Acct No In Re: Builder's Capital, Inc.
202 W National Ave
Winnemucca, NV 89445-2618

Donald Head
Acct No In Re: Builder's Capital, Inc.
14850 N Scottsdale Rd, STE 285
Scottsdale, AZ 85254-2882

Donald Hopkins
Acct No In Re: Builder's Capital, Inc.
4301 Meadow Wood Rd
Carson City, NV 89703-9491

Donald J. Robertson
Acct No In Re: Builder's Capital, Inc.
1261 Flintwood Dr
Carson City, NV 89703-8430

Donald J. Robertson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 636
Carson City, NV 89702-0636

Donald M. Deuling
Acct No In Re: Builder's Capital, Inc.
840 West St
Muskegon, MI 49442-3844

Donald Parker
Acct No In Re: Builder's Capital, Inc.
6701 N Scottsdale Rd, LOT 20
Scottsdale, AZ 85250-4404
```

Donald Parker
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Donald Ross Cherry
Acct No In Re: Builder's Capital, Inc.
928 Pinehurst Dr
Las Vegas, NV 89109-1569

Donald Schramski
Acct No In Re: Builder's Capital, Inc.
2362 Rosendale Village Ave
Henderson, NV 89052-8732

Donald Sturt
Acct No In Re: Builder's Capital, Inc.
2509 N Campbell Ave
PMB 420
Tucson, AZ 85719-3304

Donald W. Spearel
Acct No In Re: Builder's Capital, Inc.
2981 Kenilwick Dr S
Clearwater, FL 33761-3317

Donn Chelli
Acct No In Re: Builder's Capital, Inc.
101 Royal Ct
Glenshaw, PA 15116-1637

Donn Chelli
Acct No In Re: Builder's Capital, Inc.
11870 Santa Monica Blvd, STE 443
Los Angeles, CA 90025-2276

Donn Chelli
Acct No In Re: Builder's Capital, Inc.
5936 Wheat Penny Ave
Las Vegas, NV 89122-3421

Donna Duva Mikhail
Acct No In Re: Builder's Capital, Inc.
8284 Orange Vale Ave
Las Vegas, NV 89131-4629

Donna J. Hellwinkel
Acct No In Re: Builder's Capital, Inc.
5950 La Place Ct, STE 160
Carlsbad, CA 92008-8831

Donna J. Hellwinkel
Acct No In Re: Builder's Capital, Inc.
601 W Moana Ln, Ste 4
Reno, NV 89509-4959

Doris R. Mathieson
Acct No In Re: Builder's Capital, Inc.
5100 Jordan Frey St, UNIT 101
Las Vegas, NV 89130-3811

Dorothea K. Overleese
Acct No In Re: Builder's Capital, Inc.
1301 E Saint Louis Ave, UNIT 1
Las Vegas, NV 89104-3451

Dorothy J. Barrett
Acct No In Re: Builder's Capital, Inc.
5126 Northridge Cir
Las Vegas, NV 89122-7125

Dorothy Kidd
Acct No In Re: Builder's Capital, Inc.
8222 Crow Valley Ln
Las Vegas, NV 89113-0125

Dorothy L. Koch
Acct No In Re: Builder's Capital, Inc.
120 S Torn Ranch Rd
Lake Elsinore, CA 92530-1829

Dorothy M. Nielsen
Acct No In Re: Builder's Capital, Inc.
8844 Sunny Mead Ct
Las Vegas, NV 89134-8824

Douglas E. Glenn
Acct No In Re: Builder's Capital, Inc.
733 W National Ave
Winnemucca, NV 89445-2657

Douglas E. Simms
Acct No In Re: Builder's Capital, Inc.
3354 Saddleback Ct
Las Vegas, NV 89121-5720

Douglas Fitzpatrick
Acct No In Re: Builder's Capital, Inc.
6232 Tempting Choice Ave
Las Vegas, NV 89131-5913

Douglas L. Bronzie
Acct No In Re: Builder's Capital, Inc.
1325 Santa Cruz Dr
Minden, NV 89423-7520

Douglas Pool
Acct No In Re: Builder's Capital, Inc.
10024 Summit Canyon Dr
Las Vegas, NV 89144-4333

Douglas W. Carson
Acct No In Re: Builder's Capital, Inc.
HC 34 Box 34153
Ely, NV 89301-9206

Douglas Warden
Acct No In Re: Builder's Capital, Inc.
952 Outrigger Ct
Las Vegas, NV 89123-1333

Dr. Joseph B. McNally
Acct No In Re: Builder's Capital, Inc.
2515 N Williamson Valley Rd
Prescott, AZ 86305-6209

Dr. Kurt and Cindy K. Kracaw
Acct No In Re: Builder's Capital, Inc.
5188 Stone House Dr
Winnemucca, NV 89445-4174

Dustin Andrew Bowers
Acct No In Re: Builder's Capital, Inc.
1194 County Road 137
Glenwood Springs, CO 81601-9767

Dwight Evans
Acct No In Re: Builder's Capital, Inc.
5277 Highway 49 N, SPC 209
Space #209
Mariposa, CA 95338-9573

Dwight Harouff
Acct No In Re: Builder's Capital, Inc.
5680 Ruffin St
Las Vegas, NV 89149-1261

E & C Lawn Maintenance
Acct No In Re: Builder's Capital, Inc.
233 N Mojave Rd
Las Vegas, NV 89101-4803

E. Allen Redding Jr.
Acct No In Re: Builder's Capital, Inc.
1507 Harness Oaks Ct
Houston, TX 77077-1888

E.A. Hickman
Acct No In Re: Builder's Capital, Inc.
4905 Winterset Drive
Las Vegas, NV 89130-3615

E.D. Bernhard and Diane Bernhard
Acct No In Re: Builder's Capital, Inc.
1705 Delores Ave
Henderson, NV 89074-0111

E.F. Mueller
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd, # 300
Las Vegas, NV 89103-3307

E.J. Nelson
Acct No In Re: Builder's Capital, Inc.
c/o Conway Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Earl H. Darnold
Acct No In Re: Builder's Capital, Inc.
3101 Sea View Ct
Las Vegas, NV 89117-2273

Ed Foster
Acct No In Re: Builder's Capital, Inc.
8080 Black Orchid Ave
Las Vegas, NV 89131-4679

Edith L. Williamson
Acct No In Re: Builder's Capital, Inc.
1916 Quail Point Ct
Las Vegas, NV 89117-8900

Edson O. Parker III
Acct No In Re: Builder's Capital, Inc.
1800 Silver Avenue
Las Vegas, NV 89102-2436

Edward C. Galvin
Acct No In Re: Builder's Capital, Inc.
3970 Saddlewood Court
Las Vegas, NV 89121-4166

Edward Coleman
Acct No In Re: Builder's Capital, Inc.
2850 W. Horizon Ridge Pkwy, STE 300
Henderson, NV 89052-4395

Edward H. Kim
Acct No In Re: Builder's Capital, Inc.
8324 W Charleston Blvd, UNIT 2008
Las Vegas, NV 89117-9205

Edward Karayan
Acct No In Re: Builder's Capital, Inc.
720 N Sierra Bonita Ave
Los Angeles, CA 90046-7408

Edward Panyrek
Acct No In Re: Builder's Capital, Inc.
1636 Kregel Ave
Muskegon, MI 49442-5331

Edward Stammel
Acct No In Re: Builder's Capital, Inc.
10195 Quarry Hill Pl
Parker, CO 80134-3748

Edwin C. Hansen
Acct No In Re: Builder's Capital, Inc.
2549 Shettler Rd
Muskegon, MI 48444-4356

Edwina R. Walker
Acct No In Re: Builder's Capital, Inc.
10728 Aire Dr
Las Vegas, NV 89144-4206

Eileen Gaglia
Acct No In Re: Builder's Capital, Inc.
1217 Chanticleer
Cherry Hill, NJ 08003-4815

Eileen Lopez
Acct No In Re: Builder's Capital, Inc.
5538 Bridge Pointe Dr
Alpharetta, GA 30005-4472

Eileen Lopez
Acct No In Re: Builder's Capital, Inc.
5626 Lawley Dr
Alpharetta, GA 30022-8669

EJA Investments Company
Acct No In Re: Builder's Capital, Inc.
P.O. Box 13948
Mill Creek, WA 98082-1948

Elaine B. Owen
Acct No In Re: Builder's Capital, Inc.
3860 GS Richards Blvd
Carson City, NV 89703-8422

Eleanor Barnes
Acct No In Re: Builder's Capital, Inc.
2737 Sungold Dr
Las Vegas, NV 89134-8896

Eleanor Barnes
Acct No In Re: Builder's Capital, Inc.
P.O. Box 990
Las Vegas, NV 89125-0990

Eli Applebaum
Acct No In Re: Builder's Capital, Inc.
P.O. Box 33496
Las Vegas, NV 89133-3496

Elizabeth Burklow Donald
Acct No In Re: Builder's Capital, Inc.
907 N Harper Ave, APT 8
West Hollywood, CA 90046-6837

Elizabeth J. Roberts
Acct No In Re: Builder's Capital, Inc.
1917 Golden Rain Rd, APT 7
Walnut Creek, CA 94595-2181

Elizabeth Robinson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 370760
Las Vegas, NV 89137-0760

Ellen U. Logacz
Acct No In Re: Builder's Capital, Inc.
5441 Bryant Ave S
Minneapolis, MN 55419-1737

Ellena P. Edwards
Acct No In Re: Builder's Capital, Inc.
12545 Sora Way
San Diego, CA 92129-4144

Elsie Jean Koch
Acct No In Re: Builder's Capital, Inc.
5605 Orchard Lane
Las Vegas, NV 89110-4979

Emil Reynolds
Acct No In Re: Builder's Capital, Inc.
10305 Willamette Pl
Las Vegas, NV 89134-5152

Emil Reynolds
Acct No In Re: Builder's Capital, Inc.
982 E County Rd 350 S
Greencastle, IN 46135-7300

Emile F. Jabara
Acct No In Re: Builder's Capital, Inc.
24338 El Toro Road
Laguna Hills, CA 92637-2776

Emile F. Jabara
Acct No In Re: Builder's Capital, Inc.
9010 Kirkdale Rd
BOX E-101
Bethesda, MD 20817-3332

Eric Horn
Acct No In Re: Builder's Capital, Inc.
65 Quail Run Rd
Henderson, NV 89014-2151

Eric Williams
Acct No In Re: Builder's Capital, Inc.
705 S Saint James Pl
Cedar City, UT 84720-3696

Erin E. MacDonald
Acct No In Re: Builder's Capital, Inc.
361 E Delamar Dr
Henderson, NV 89015-8143

Erna M. Osterholtz
Acct No In Re: Builder's Capital, Inc.
4115 Saint Andrews Dr
Reno, NV 89502-8655

Evan Bedell
Acct No In Re: Builder's Capital, Inc.
255 W 94th St, APT 15J
New York, NY 10025-9650

Evelyn & Bruce Gamett
Acct No In Re: Builder's Capital, Inc.
4455 S Pecos Rd, STE C
Las Vegas, NV 89121-5029

Evelyn Kitt
Acct No In Re: Builder's Capital, Inc.
2128 Eaglepath Cir
Henderson, NV 89074-0640

Farrah Hobbs
Acct No In Re: Builder's Capital, Inc.
3010 Parchment Ct
Las Vegas, NV 89117-2557

FDIC / Southwest USA Bank
Acct No A-10-616830-C
7371 Prairie Falcon Rd, STE 120
Las Vegas, NV 89128-0834

Fiorinda Lamuraglia
Acct No In Re: Builder's Capital, Inc.
1308 Smoke Tree Ave
Las Vegas, NV 89108-1158

Firmin J. Berta
Acct No In Re: Builder's Capital, Inc.
2556 Monarch Bay Dr
Las Vegas, NV 89128-6883

FIRST HORIZON HOME LOANS
Acct No In Re: Builder's Capital, Inc.
447 NILLES RD, STE 1
FAIRFIELD, OH 45014

First National Bank of Arizona
Acct No In Re: Builder's Capital, Inc.
17600 N Permieter Dr
Scottsdale, AZ 85255-5440

First National Capital, LLC
Acct No In Re: Builder's Capital, Inc.
17600 N Perimeter Dr
Scottsdale, AZ 85255-5440

First Savings Bank
Acct No In Re: Builder's Capital, Inc.
Attn: Carolyn Grant
2605 E. Flamingo Road
Las Vegas, NV 89121

Florence Harris
Acct No In Re: Builder's Capital, Inc.
2808 Avalon Avenue
Las Vegas, NV 89107

Frances M. Knowles
Acct No In Re: Builder's Capital, Inc.
2455 Cherry Hills Drive
Sierra Vista, AZ 85650

Francesco Soro
Acct No In Re: Builder's Capital, Inc.
P.O. Box 34602
Las Vegas, NV 89133

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Francine Cherry
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Francine Cherry
Acct No In Re: Builder's Capital, Inc.
928 Pinehurst Dr
Las Vegas, NV 89109-1569

Frank Conlin
Acct No In Re: Builder's Capital, Inc.
6970 N 83rd St
Scottsdale, AZ 85250-4816

Frank D. Ellis
Acct No In Re: Builder's Capital, Inc.
8010 Mackenzie Ct
Las Vegas, NV 89129-4866

Frank Davenport
Acct No In Re: Builder's Capital, Inc.
3372 Narod St
Las Vegas, NV 89121-4218

Frank E. Collins
Acct No In Re: Builder's Capital, Inc.
5146 Blissful Valley Cir
Las Vegas, NV 89149-5261

Frank Failla
Acct No In Re: Builder's Capital, Inc.
182 Apache Tear Ct
Las Vegas, NV 89123-2996

Frank Gianopulos
Acct No In Re: Builder's Capital, Inc.
1525 Webster Way
Reno, NV 89509-3582

Frank Haltom
Acct No In Re: Builder's Capital, Inc.
1398 Waverly Rd
San Marino, CA 91108-2011

Frank Lawson
Acct No In Re: Builder's Capital, Inc.
9271 Alpine Bliss St
Las Vegas, NV 89123-2986

Frank Sohasky
Acct No In Re: Builder's Capital, Inc.
2281 Barclay St
Muskegon, MI 49441-3280

Franklin D. Ellis
Acct No In Re: Builder's Capital, Inc.
Nevada Trust Company
PO Box 93685
Las Vegas, NV 89193-3685

Franz J. Zimmer
Acct No In Re: Builder's Capital, Inc.
900 Spring Lake Ct
St. Augustine, FL 32080-6150

Fred A. Velligan
Acct No In Re: Builder's Capital, Inc.
1880 Morgan Pointe Ct
Reno, NV 89523-4800

Fred Gilbert
Acct No In Re: Builder's Capital, Inc.
3020 E Main St, LOT V54
Mesa, AZ 85213-9533

Fred J. Lundin
Acct No In Re: Builder's Capital, Inc.
85 Pine Acres Cir
Pine Valley, UT 84781-5600

Fred Maupertuis
Acct No In Re: Builder's Capital, Inc.
250 E Rancho Dr
Henderson, NV 89015-8012

Fred R. Kingman
Acct No In Re: Builder's Capital, Inc.
260 Nautical St
Henderson, NV 89012-5451

Freeda Cohen
Acct No In Re: Builder's Capital, Inc.
10905 Clarion Lane
Las Vegas, NV 89134-5504

Frida Droorian
Acct No In Re: Builder's Capital, Inc.
3715 Terstena Pl, APT 204
Santa Clara, CA 95051-2561

Frieda Caluori
Acct No In Re: Builder's Capital, Inc.
8824 Rainbow Ridge Dr
Las Vegas, NV 89117-5815

G. Barton Mowry
Acct No In Re: Builder's Capital, Inc.
4295 Cutting Horse Cir
Reno, NV 89519-2998

G. Barton Mowry
Acct No In Re: Builder's Capital, Inc.
P.O. Box 30000
Reno, NV 89520-3000

G. Robert Deiro
Acct No In Re: Builder's Capital, Inc.
7007 Whispering Sands Dr
Las Vegas, NV 89131-3348

Gabriella Cseh
Acct No In Re: Builder's Capital, Inc.
12117 Vista Linda Ave
Las Vegas, NV 89138-5008

Gabriella Cseh
Acct No In Re: Builder's Capital, Inc.
10161 Park Run Dr, STE 150
Las Vegas, NV 89145-8872

Gabriella Hollo
Acct No In Re: Builder's Capital, Inc.
12117 Vista Linda Ave
Las Vegas, NV 89138-5008

Gail A. Rowe
Acct No In Re: Builder's Capital, Inc.
120 Canyon Park Ct
Carson City, NV 89703-5377

Gary  Moffatt
Acct No In Re: Builder's Capital, Inc.
3004 Lantern Ln
Las Vegas, NV 89107-3251

Gary A. Thibault
Acct No In Re: Builder's Capital, Inc.
4525 Dawn Peak St
Las Vegas, NV 89129-3235

Gary Campbell
Acct No In Re: Builder's Capital, Inc.
7848 W Sahara Ave
Las Vegas, NV 89117-1944

Gary Gardner
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Gary Miller
Acct No In Re: Builder's Capital, Inc.
2832 Tilden Ave
Los Angeles, CA 90064-4012

Gary Nixon
Acct No In Re: Builder's Capital, Inc.
4033 W Van Giesen St, STE H
West Richland, WA 99353-5151

Gary R. Brennan
Acct No In Re: Builder's Capital, Inc.
3496 Pueblo Way
Las Vegas, NV 89169-3337

Gary Sturm
Acct No In Re: Builder's Capital, Inc.
7430 El Parque Ave
Las Vegas, NV 89117-2002

Gayle A. Finley
Acct No In Re: Builder's Capital, Inc.
119 Yacht Cove Ln
Mooresville, NC 28117-6685

Gene Allensworth
Acct No In Re: Builder's Capital, Inc.
2601 Kensington Pl
Carson City, NV 89703-5437

Gene Wilson
Acct No In Re: Builder's Capital, Inc.
4351 Highway 568
Ferriday, LA 71334-6401

George Allison
Acct No In Re: Builder's Capital, Inc.
2174 Waterford Pl
Carson City, NV 89703-4572

George Bohl
Acct No In Re: Builder's Capital, Inc.
253 La Costa Avenue
Dayton, NV 89403-8721

George Gary Dunford
Acct No In Re: Builder's Capital, Inc.
544 S 580 W
Cedar City, UT 84720-3015

George Hamlin
Acct No In Re: Builder's Capital, Inc.
645 Via Santiago
Vista, CA 92081-6345

George M. Getto
Acct No In Re: Builder's Capital, Inc.
1260 Marsh Ave
Reno, NV 89509-2534

George M. Sizemore
Acct No In Re: Builder's Capital, Inc.
1821 Corta Bella Dr
Las Vegas, NV 89134-6144

George Metenjies
Acct No In Re: Builder's Capital, Inc.
2237 Suffron Hills Ct
Henderson, NV 89044-4532

George N. DeLong
Acct No In Re: Builder's Capital, Inc.
P.O. Box 907
Winnemucca, NV 89446-0907

George N. DeLong
Acct No In Re: Builder's Capital, Inc.
c/o Star Route
PO Box 335
Winnemucca, NV 89446-0335

George T. Hirata
Acct No In Re: Builder's Capital, Inc.
2929 Sungold Dr
Las Vegas, NV 89134-8633

George Tongue
Acct No In Re: Builder's Capital, Inc.
10401 W Charleston Blvd, UNIT A308
Las Vegas, NV 89135-1177

George Ward
Acct No In Re: Builder's Capital, Inc.
2415 E Avon Cir
Hayden Lake, ID 83835-9178

Georgette M. Wandler
Acct No In Re: Builder's Capital, Inc.
c/o Silver Dollar Casino
1897 N Edmond Dr
Carson City, NV 89701-3581

Gerald A. Heiner
Acct No In Re: Builder's Capital, Inc.
5560 Bonneville Rd
Hidden Hills, CA 91302-1201

Gerald G. Stern
Acct No In Re: Builder's Capital, Inc.
3437 Westmond Rd
Sagle, ID 83860-8445

Gerald M. Spek
Acct No In Re: Builder's Capital, Inc.
344 Speyside Ln
Apopka, FL 32712-4713

Gerald Moffatt
Acct No In Re: Builder's Capital, Inc.
3101 Plaza de Ernesto
Las Vegas, NV 89102-4022

Gerald N. Rizzuto
Acct No In Re: Builder's Capital, Inc.
500 W 10th St, SPC 39
Gilroy, CA 95020-6539

Gerrit M. Dunford
Acct No In Re: Builder's Capital, Inc.
3005 Beach View Ct
Las Vegas, NV 89117-3530

Gertrude McLaren
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Gertrude Wood
Acct No In Re: Builder's Capital, Inc.
1090 Kennedy Blvd
Bayonne, NJ 07002-2008

Ghanem Ghanem
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Gianni Rocca
Acct No In Re: Builder's Capital, Inc.
34 Lagunita Dr
Laguna Beach, CA 92651-4239

Gino Ferra
Acct No In Re: Builder's Capital, Inc.
5122 Blissful Valley Cir
Las Vegas, NV 89149-5261

Giovanni Loschiavo
Acct No In Re: Builder's Capital, Inc.
702 Nicklby Ave
Las Vegas, NV 89123-3068

Gisela Larsen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 93685
Las Vegas, NV 89193-3685

Gizelle Smedley
Acct No In Re: Builder's Capital, Inc.
1513 Wabasso Way
Glendale, CA 91208-2438

Gizelle Smedley
Acct No In Re: Builder's Capital, Inc.
4940 Lewis Rd, APT 3
Agoura Hills, CA 91301-2487

Gladyce O. Davis
Acct No In Re: Builder's Capital, Inc.
945 Aspen Breeze Ave
Las Vegas, NV 89123-3192

Glen A. Martael
Acct No In Re: Builder's Capital, Inc.
2 Lakeview Ct
Carson City, NV 89703-9444

Glen Hough
Acct No In Re: Builder's Capital, Inc.
903 Chernus Drive
Carson City, NV 89703-1546

Glenda L. Sibley
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Glenn Gunter
Acct No In Re: Builder's Capital, Inc.
2323 S 1800 E
St. George, UT 84790-8513

Glenn Raynes
Acct No In Re: Builder's Capital, Inc.
1930 Village Center Cir, STE 3-705
Las Vegas, NV 89134-6299

Gloria Sizemore
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Gordon L. Wangersheim
Acct No In Re: Builder's Capital, Inc.
20 Via Mantova, UNIT 403
Henderson, NV 89011-2020

Gordon Moore
Acct No In Re: Builder's Capital, Inc.
2303 Carinth Way
Henderson, NV 89074-5378

Grace L. Armuth
Acct No In Re: Builder's Capital, Inc.
4555 Saddlehorn Dr
Reno, NV 89511-6735

Gregory Chudacoff
Acct No In Re: Builder's Capital, Inc.
12100 Wilshire Blvd, STE 100
Los Angeles, CA 90025-7132

Gregory Chudacoff
Acct No In Re: Builder's Capital, Inc.
4425 Alla Rd, UNIT 8
Marina Del Rey, CA 90292-6326

Gregory Hayes
Acct No In Re: Builder's Capital, Inc.
411 W Fourth St
Carson City, NV 89703-4253

Gregory Hayes
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Gregory Hetter
Acct No In Re: Builder's Capital, Inc.
4829 Featherbed Ln
Sarasota, FL 34242-1558

Gregory Sims
Acct No In Re: Builder's Capital, Inc.
704 El Redondo Ave
Redondo Beach, CA 90277-3108

Gus Thiros
Acct No In Re: Builder's Capital, Inc.
10401 W Charleston Blvd
# VILLA 4
Las Vegas, NV 89135-1151

Guy W. Whisenant
Acct No In Re: Builder's Capital, Inc.
2232 Wilhelmina Cir
Las Vegas, NV 89128-3116

Gwen Leonard
Acct No In Re: Builder's Capital, Inc.
2131 Eagle Watch Dr
Henderson, NV 89012-2555

Hagop Hoanijian
Acct No In Re: Builder's Capital, Inc.
6121 Kami St
North Las Vegas, NV 89081-6681

Hannelore M. Hanke
Acct No In Re: Builder's Capital, Inc.
1464 Flintwood Dr
Carson City, NV 89703-8381

HARLEY AND PHYLLIS MEEKS
Acct No In Re: Builder's Capital, Inc.
303 NORFOLK DR
NEWPORT, NC 28570-9748

Harold B. Miller
Acct No In Re: Builder's Capital, Inc.
8800 Kingsmill Dr
Las Vegas, NV 89134-8618

Harold R. Harris
Acct No In Re: Builder's Capital, Inc.
10888 Eden Ridge Ave
Las Vegas, NV 89135-1716

Harold Root
Acct No In Re: Builder's Capital, Inc.
57121 Medinah
La Quinta, CA 92253-6916

Harold Waggoner
Acct No In Re: Builder's Capital, Inc.
3499 Ruth Dr
Las Vegas, NV 89121-3229

Harry Ellman
Acct No In Re: Builder's Capital, Inc.
10612 Paradise Point Dr
Las Vegas, NV 89134-7434

Harry I. Golub
Acct No In Re: Builder's Capital, Inc.
255 N Broadway
Coos Bay, OR 97420-2319

Harry R. Kilpatrick
Acct No In Re: Builder's Capital, Inc.
6201 Ocean Front Walk, UNIT 1
Playa Del Rey, CA 90293-7556

Harry Seiler
Acct No In Re: Builder's Capital, Inc.
1572 Fieldbrook St
Henderson, NV 89052-6406

Harry Seiler
Acct No In Re: Builder's Capital, Inc.
189 Courtney Ann Dr
Henderson, NV 89074-0988

Harvey Ader
Acct No In Re: Builder's Capital, Inc.
404 Cross St
Henderson, NV 89015-7817

Harvey Andrew Rineer III
Acct No In Re: Builder's Capital, Inc.
3756 Sauceda Ln
Las Vegas, NV 89103-0102

Harvey Williams Crippled & Burn Childern
Acct No In Re: Builder's Capital, Inc.
2560 S Maryland Pkwy, STE 7
Las Vegas, NV 89109-1672

Health Plan of Nevada, Inc.
Acct No In Re: Builder's Capital, Inc.
P.O. Box 15645
Las Vegas, NV 89114-5645

Heidi Marberger
Acct No In Re: Builder's Capital, Inc.
2760 E Spring Creek Rd
Holladay, UT 84117-4619

Helen A. Foley
Acct No In Re: Builder's Capital, Inc.
2955 Pinehurst Dr
Las Vegas, NV 89109-1524

Helen Clifton
Acct No In Re: Builder's Capital, Inc.
10812 Windrose Point Ave
Las Vegas, NV 89144-5424

Helen E. Klos
Acct No In Re: Builder's Capital, Inc.
1920 Harvard Way, APT 225
Reno, NV 89502-3623

Helen Johnson
Acct No In Re: Builder's Capital, Inc.
7325 Palmyra Ave
Las Vegas, NV 89117-3204

Helen N. Graeber
Acct No In Re: Builder's Capital, Inc.
603 Grand Ave
Yazoo City, MS 39194-3649

Henry S. Poreda
Acct No In Re: Builder's Capital, Inc.
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

Henry W. Besuden
Acct No In Re: Builder's Capital, Inc.
5054 Scenic Ridge Dr
Las Vegas, NV 89148-1424

Herbert M. Jones
Acct No In Re: Builder's Capital, Inc.
8505 Gull Dr
Las Vegas, NV 89134-8831

High Meadows Six, LLC
Acct No In Re: Builder's Capital, Inc.
P.O. Box 58
Genoa, NV 89411-0058

Hirachand Laxmichand Daulat
Acct No In Re: Builder's Capital, Inc.
10508 Frostburg Ln
Las Vegas, NV 89134-5166

Holly Morin
Acct No In Re: Builder's Capital, Inc.
P.O. Box 925
Minden, NV 89423-0925

Holly Silvestri
Acct No In Re: Builder's Capital, Inc.
10251 Primrose Pointe Ct
Las Vegas, NV 89135-2841

Horace F. Paige
Acct No In Re: Builder's Capital, Inc.
10787 Haven St
Las Vegas, NV 89183-4525

Horan Michael G.
Acct No In Re: Builder's Capital, Inc.
2200 Dant Blvd
Reno, NV 89509-5132

Howard Matts
Acct No In Re: Builder's Capital, Inc.
1609 Burrukia St
Minden, NV 89423-4438

Howard Stewart
Acct No In Re: Builder's Capital, Inc.
1031 San Eduardo Ave
Henderson, NV 89002-8907

HSBC Bank
Acct No 1696920380028901
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197-5213

Hugh Campbell
Acct No In Re: Builder's Capital, Inc.
8824 Rainbow Ridge Dr
Las Vegas, NV 89117-5815

Hugh E. Steinhauer
Acct No In Re: Builder's Capital, Inc.
6500 W Charleston, APT 87
Las Vegas, NV 89146-9067

Humberto D'Elia
Acct No In Re: Builder's Capital, Inc.
72 Paradise Pkwy
Henderson, NV 89074-6200

Ian Gargle
Acct No In Re: Builder's Capital, Inc.
1153 Melrose Ave, APT 5
Glendale, CA 91202-2434

In Good Taste
Acct No In Re: Builder's Capital, Inc.
645 Sierra Rose Dr, STE 101
c/o James Pfrommer
Reno, NV 89511-4025

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
ATTN: BANKRUPTCY UNIT
110 N CITY PKWY STE 100
LAS VEGAS, NV 89106-6085

Irene A. Poreda
Acct No In Re: Builder's Capital, Inc.
2182 Eagle Sticks Dr
Henderson, NV 89012-2539

Iris Hettrick
Acct No In Re: Builder's Capital, Inc.
1758 Tulip Ct
Minden, NV 89423-5123

Irma C. Mastin
Acct No In Re: Builder's Capital, Inc.
620 E El Dorado Ln
Las Vegas, NV 89123-0508

Irvin O. Berta
Acct No In Re: Builder's Capital, Inc.
2852 Breakers Creek Dr
Las Vegas, NV 89134-7312

Ivan Rothberg
Acct No In Re: Builder's Capital, Inc.
21 Randolph Dr
Dix Hills, NY 11746-8307

J&D Financial Services, Inc.
Acct No In Re: Builder's Capital, Inc.
901 Brutscher St, STE 205
Newberg, OR 97132-6097

J. Linden Smith
Acct No In Re: Builder's Capital, Inc.
426 Ivey St
Spring Lake, NC 28390-8459

J. Paul Anderson
Acct No In Re: Builder's Capital, Inc.
463 Highland View Ct
Mesquite, NV 89027-8843

J. William Joslin
Acct No In Re: Builder's Capital, Inc.
25 Quail Run Rd
Henderson, NV 89014-2150

Jack Beaulieu
Acct No In Re: Builder's Capital, Inc.
2502 Palma Vista Ave
Las Vegas, NV 89121-2129

Jack Clark
Acct No In Re: Builder's Capital, Inc.
1450 W Horizon Ridge Pkwy, STE B304
Henderson, NV 89012-4480

Jack D. Slaughter
Acct No In Re: Builder's Capital, Inc.
4108 Sinew Ct
Las Vegas, NV 89129-5448

Jack G. Ferra
Acct No In Re: Builder's Capital, Inc.
11829 Balboa Blvd
Granada Hills, CA 91344-2754

Jack Godfrey
Acct No In Re: Builder's Capital, Inc.
8744 Double Eagle Dr
Las Vegas, NV 89117-5803

Jack Hunter
Acct No In Re: Builder's Capital, Inc.
11 Princeville Ln
Las Vegas, NV 89113-1346

Jack Rappaport
Acct No In Re: Builder's Capital, Inc.
1102 Vegas Valley Dr
Las Vegas, NV 89109-1500

Jack Rappaport
Acct No In Re: Builder's Capital, Inc.
2775 S Jones Blvd, STE 100A
Las Vegas, NV 89146-5655

Jackie Delaney
Acct No In Re: Builder's Capital, Inc.
2700 W Sahara Ave, STE 300
Las Vegas, NV 89102-1714

Jackie Houchin
Acct No 1017564835
1946 W Rattlesnake Dr
Meridian, ID 83646-5626

Jackie Houchin
Acct No In re: Builder's Capital, Inc.
1946 W Rattlesnake Dr
Meridian, ID 83646-5626

Jacquelan Read
Acct No In Re: Builder's Capital, Inc.
c/o Jim Pfrommer
645 Sierra Rose Dr, STE 101
Reno, NV 89511-4025

Jacqueline Beer
Acct No In re: Builder's Capital, Inc.
5911 Greenery View Ln
Las Vegas, NV 89118-1315

Jacqueline Gaste
Acct No In re: Builder's Capital, Inc.
700 Pont Chartrain Drive
Las Vegas, NV 89145-8629

Jacques M. Massa
Acct No In re: Builder's Capital, Inc.
7 Paradise Valley Ct
Henderson, NV 89052-6706

James & Dawn Gerke
Acct No In re: Builder's Capital, Inc.
4755 W Flamingo Rd, # 4
Las Vegas, NV 89103-3794

James A. Hodgson
Acct No In re: Builder's Capital, Inc.
20758 N Enchantment Dr
Surprise, AZ 85387-2823

James and Gina Gardner
Acct No In re: Builder's Capital, Inc.
3335 Prescott Way
Reno, NV 89509-3844

James Bandy
Acct No In re: Builder's Capital, Inc.
1030 Atticus Ave
Henderson, NV 89015-5964

James Brennan
Acct No In re: Builder's Capital, Inc.
9828 Folsom Dr
Las Vegas, NV 89134-7500

James Bugno
Acct No In re: Builder's Capital, Inc.
18 San Ramon Dr
Irvine, CA 92612-2958

James Campbell
Acct No In re: Builder's Capital, Inc.
1621 E Flamingo Rd, STE 16B
Las Vegas, NV 89119-5276

James Campbell
Acct No In re: Builder's Capital, Inc.
6841 S Eastern Ave, # 100
Las Vegas, NV 89119-4699

James Chaisson
Acct No In re: Builder's Capital, Inc.
605 Edgebrook Dr
Las Vegas, NV 89145-8808

James Clemens
Acct No In re: Builder's Capital, Inc.
4043 S Eastern Ave
Las Vegas, NV 89119-5101

James Clemens
Acct No In re: Builder's Capital, Inc.
P.O. Box 93685
Las Vegas, NV 89193-3685

James Duberg
Acct No In re: Builder's Capital, Inc.
727 3rd Ave
Chula Vista, CA 91910-5803

James Faehling
Acct No In re: Builder's Capital, Inc.
463 Vancouver Ct
Reno, NV 89511-6024

James Fisher
Acct No In re: Builder's Capital, Inc.
901 Brutscher St, STE 205
Newberg, OR 97132-6097

James G. Birch
Acct No In re: Builder's Capital, Inc.
2024 Arkansas Valley Dr, STE 405
Little Rock, AR 72212-4143

James J. Flynn
Acct No In re: Builder's Capital, Inc.
P.O. Box 71545
Clive, IA 50325-0545

James L. Pfrommer
Acct No In re: Builder's Capital, Inc.
P.O. Box 70785
Reno, NV 89570-0785

James Luo
Acct No In re: Builder's Capital, Inc.
2105 Twin Falls Dr
Henderson, NV 89044-0125

James M. Hind
Acct No In re: Builder's Capital, Inc.
3860 GS Richards Blvd
Carson City, NV 89703-8422

James Magar
Acct No In Re: Builder's Capital, Inc.
6939 Tradewinds Dr
Carlsbad, CA 92011-3226

James Maxfield
Acct No In Re: Builder's Capital, Inc.
1783 Freedom Dr
Melbourne, FL 32490-6714

James Miller
Acct No In Re: Builder's Capital, Inc.
14521 E Shaw Ave
Sanger, CA 93657-9281

James R. Barker
Acct No In Re: Builder's Capital, Inc.
2537 Cog Hill Lane
Las Vegas, NV 89134-7237

James R. Boys
Acct No In Re: Builder's Capital, Inc.
3018 White Pine Dr
Gibsonia, PA 15044-6119

James S. Campbell
Acct No In Re: Builder's Capital, Inc.
1621 E Flamingo Rd, STE 16B
Las Vegas, NV 89119-5276

James S. Marks
Acct No In Re: Builder's Capital, Inc.
11006 Doxberry Cir
Woodstock, MD 21163-1499

James T. Russell
Acct No In Re: Builder's Capital, Inc.
180 Plantation Dr
Carson City, NV 89703-5412

James T. Russell John and Grace Nauman F
Acct No In Re: Builder's Capital, Inc.
402 N Division St
Carson City, NV 89703-4168

Jami Youngblood
Acct No In Re: Builder's Capital, Inc.
5202 Hickam Ave
Las Vegas, NV 89130-2610

Jamie Jackson
Acct No In Re: Builder's Capital, Inc.
3088 Sugar Leo Rd
St. George, UT 84790-9700

Janae Speth
Acct No In Re: Builder's Capital, Inc.
3333 N 175 W
North Ogden, UT 84414-1592

Jane Bolls
Acct No In Re: Builder's Capital, Inc.
101 Yucca St
Henderson, NV 89015-5415

Jane S. Kodama
Acct No In Re: Builder's Capital, Inc.
1378 Baja Grande Ave
Henderson, NV 89012-4838

Jane Traucht
Acct No In Re: Builder's Capital, Inc.
138 Red Coral Drive
Henderson, NV 89002-8272

Jane Wilcox
Acct No In Re: Builder's Capital, Inc.
1077 Quiet Summit Pl
Henderson, NV 89052-5752

Janet Avance
Acct No 5164086
5593 Curbelo Way
Las Vegas, NV 89120-3823

Janet Berke
Acct No In Re: Builder's Capital, Inc.
860 Vegas Valley Dr
Las Vegas, NV 89109-1537

Janet Byron
Acct No In Re: Builder's Capital, Inc.
8082 Planting Fields Pl
Las Vegas, NV 89117-7622

Janet Farino, Jr.
Acct No In Re: Builder's Capital, Inc.
1318 Alder St
San Luis Obispo, CA 93401-7823

Janet Lampe
Acct No In Re: Builder's Capital, Inc.
Premier Trust, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Janet Walker
Acct No In Re: Builder's Capital, Inc.
317 Oak Canyon Dr
Henderson, NV 89015-7828

Janet Walker
Acct No In Re: Builder's Capital, Inc.
5530 Villa Lucia Ct
Las Vegas, NV 89141-0425

Janet Walker
Acct No In Re: Builder's Capital, Inc.
First Savings Bank
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Janet Zak
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Janet Zak
Acct No In Re: Builder's Capital, Inc.
9720 Verlaine Ct
Las Vegas, NV 89145-8695

Jarad Beckman
Acct No In Re: Builder's Capital, Inc.
1836 Taylorville St
Las Vegas, NV 89135-1051

Jared T. Miner
Acct No In Re: Builder's Capital, Inc.
556 N 950 W
Springville, UT 84663-3541

Jary Parker Boseke
Acct No In Re: Builder's Capital, Inc.
267 NE 6th Ave
Hillsborough, OR 97124-3235

Jason Siebert
Acct No In Re: Builder's Capital, Inc.
109 Coca Bay Pt
Hot Springs, AR 71913-7091

Jay Levy
Acct No In Re: Builder's Capital, Inc.
951 Bridgegate Dr NE
Marietta, GA 30068-2206

Jayne Anderson
Acct No In Re: Builder's Capital, Inc.
4652 N Tee Pee Ln
Las Vegas, NV 89129-2633

Jazzmin Joos
Acct No In Re: Builder's Capital, Inc.
2801 Crystal Beach Dr
Las Vegas, NV 89128-6908

JEAN (JEANNIE) M MONROE
Acct No Builder's Capitral, Inc.
C/O GREGORY & ELIAS PLC
3640 HIGHWAY 95 STE 140
BULLHEAD CITY, AZ 86442-4337

Jean B. Bosma
Acct No In Re: Builder's Capital, Inc.
3085 Westwind Rd
Las Vegas, NV 89146-6858

Jean B. Lekumberry
Acct No In Re: Builder's Capital, Inc.
1415 Douglas Ave
Gardnerville, NV 89410-4118

Jean Jacques Berthelot
Acct No In Re: Builder's Capital, Inc.
9328 Sienna Vista Dr
Las Vegas, NV 89117-7034

Jeanne B. Russell
Acct No In Re: Builder's Capital, Inc.
1651 Mackland Ave
Minden, NV 89423-4457

Jeanne B. Russell
Acct No In Re: Builder's Capital, Inc.
180 Plantation Dr
Carson City, NV 89703-5412

Jeanne D. Thibeault
Acct No In Re: Builder's Capital, Inc.
43583 Calle De Velardo
Temecula, CA 92592-2628

Jeannette Londergan
Acct No In Re: Builder's Capital, Inc.
2210 E University Ave, UNIT 103
Las Vegas, NV 89119-7809

Jeannie Monroe
Acct No In Re: Builder's Capital, Inc.
510 E Jackpine Ct
Spokane, WA 99208-8732

Jeffrey A. Skoll
Acct No In Re: Builder's Capital, Inc.
209 Luxaire Ct
Las Vegas, NV 89144-4318

Jeffrey A. Skoll
Acct No In Re: Builder's Capital, Inc.
PO Box 371328
Las Vegas, NV 89137-1328

Jeffrey D. Stafford
Acct No In Re: Builder's Capital, Inc.
4016 Freel Peak Ct
Las Vegas, NV 89129-3674

Jeffrey K. Holloway
Acct No In Re: Builder's Capital, Inc.
101 Meadowridge Rd
Sun Valley, ID 83353

Jeffrey Silvestri
Acct No In Re: Builder's Capital, Inc.
2300 W Sahara Ave, STE 1000
Las Vegas, NV 89102-4396

Jeffrey W. Campbell
Acct No In Re: Builder's Capital, Inc.
5925 Sierra Bonita Ct
Las Vegas, NV 89149-3970

Jenica Yurcic
Acct No In Re: Builder's Capital, Inc.
8112 Pebbleshire Ave
Las Vegas, NV 89117-1370

Jennifer Kalekas
Acct No In Re: Builder's Capital, Inc.
10912 Keymar Dr
Las Vegas, NV 89135-1718

Jermaine K. Flanagan
Acct No In Re: Builder's Capital, Inc.
9165 Green Frost Dr
Las Vegas, NV 89129-6378

Jermaine K. Flanagan
Acct No In Re: Builder's Capital, Inc.
P.O. Box 27740
Las Vegas, NV 89126-7740

Jerome Blum
Acct No In Re: Builder's Capital, Inc.
2738 Faiss Drive
Las Vegas, NV 89134-7468

Jerome Grams
Acct No In Re: Builder's Capital, Inc.
10681 Hawes End Ct
Las Vegas, NV 89183-4547

Jerome Miller
Acct No In Re: Builder's Capital, Inc.
510 Beneficial Pl
Henderson, NV 89012-7231

Jerry E. and Dorothy Ann Kracaw
Acct No In Re: Builder's Capital, Inc.
30 Sunnyside Ave
Winnemucca, NV 89445-2646

Jerry Engel
Acct No In Re: Builder's Capital, Inc.
700 Pont Chartrain Dr
Las Vegas, NV 89145-8629

Jerry Engel
Acct No In Re: Builder's Capital, Inc.
9712 Stellar View Ave
Las Vegas, NV 89117-3681

Jerry Fisher
Acct No In Re: Builder's Capital, Inc.
5658 Wild Olive St
Las Vegas, NV 89118-1956

Jerry Mather
Acct No In Re: Builder's Capital, Inc.
16090 Pine Valley Dr
Reno, NV 89511-8105

Jerry R. Meeks
Acct No In Re: Builder's Capital, Inc.
8419 Broadacre Dr
Sun Valley, CA 91352-3608

Jerry Tang
Acct No In Re: Builder's Capital, Inc.
3315 Palmer Dr
Rapid City, SD 57702-5043

Jerry Wood
Acct No In Re: Builder's Capital, Inc.
3 Grant Sq, # 160
Hinsdale, IL 60521-3351

Jessie Andrade
Acct No In Re: Builder's Capital, Inc.
7715 Whitsett Ave
Los Angeles, CA 90001-3143

Jewel C. Brooks
Acct No In Re: Builder's Capital, Inc.
8920 Wildcreek Ct
Las Vegas, NV 89117-5854

Jill Colquitt
Acct No In Re: Builder's Capital, Inc.
10201 Red Bridge Ave
Las Vegas, NV 89134-2556

Jimmy Flanagan, Jr.
Acct No In Re: Builder's Capital, Inc.
P.O. Box 824
McGill, NV 89318-0824

Jo Anne Lamuraglia
Acct No In Re: Builder's Capital, Inc.
8530 W Washburn Rd
Las Vegas, NV 89149-4026

Jo M. Gledhill
Acct No In Re: Builder's Capital, Inc.
10500 Valley Dr
Plymouth, CA 95669-9515

Joan Berger Tracht
Acct No In Re: Builder's Capital, Inc.
3008 Lantern Ln
Las Vegas, NV 89107-3251

Joan C. Berry
Acct No In Re: Builder's Capital, Inc.
2716 High Range Dr
Las Vegas, NV 89134-7566

Joan C. Berry
Acct No In Re: Builder's Capital, Inc.
3562 Driving Range St
Las Vegas, NV 89122-3404

Joan G. Chandler
Acct No In Re: Builder's Capital, Inc.
322 Island Reef Ave
Henderson, NV 89012-5447

Joan G. Chandler
Acct No In Re: Builder's Capital, Inc.
c/o Kolob Credit Union
810 S Boulder Hwy
Henderson, NV 89015-7521

Joan Lamb
Acct No In Re: Builder's Capital, Inc.
c/o James Pfrommer
6490 S McCarran Blvd, STE D28
Reno, NV 89509-6124

Joan M. Stebe
Acct No In Re: Builder's Capital, Inc.
1168 Via Argentina
Vista, CA 92081-6341

Joan Maguire Lamb
Acct No In Re: Builder's Capital, Inc.
1160 Park Ave
New York, NY 10128-1212

Joan Rae McCune
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Joan Ryba
Acct No In Re: Builder's Capital, Inc.
3509 Robinhood St
Houston, TX 77005-2229

Joanne Halos
Acct No In Re: Builder's Capital, Inc.
5428 Rose Hills St
Las Vegas, NV 89149-4660

Joel F. Bower
Acct No In Re: Builder's Capital, Inc.
2180 Twin Falls Dr
Henderson, NV 89044-0111

Joel F. Bower
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Joel Sheriff
Acct No In Re: Builder's Capital, Inc.
4720 Westmont Ave
Pahrump, NV 89061-7218

Joel Stelzner
Acct No In Re: Builder's Capital, Inc.
2989 Bella Kathryn Cir
Las Vegas, NV 89117-1492

John A. Chapman
Acct No In Re: Builder's Capital, Inc.
5362 Winding Creek Dr
Rockford, IL 61114-5482

John A. Coombs
Acct No In Re: Builder's Capital, Inc.
California National Bank
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

John A. Jent
Acct No In Re: Builder's Capital, Inc.
2490 Sedona Cedar Ave
Henderson, NV 89052-4920

John and Sharon Davidson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 20308
Reno, NV 89515-0308

John B. DeBlasis
Acct No In Re: Builder's Capital, Inc.
117 Clairwood Ct
Greenville, SC 29615-6708

John Bergler
Acct No In Re: Builder's Capital, Inc.
2605 Bakersfield Ct
Henderson, NV 89052-6810

John Boyer
Acct No In Re: Builder's Capital, Inc.
1605 Golden Oak Drive
Las Vegas, NV 89117-1452

John Chapman
Acct No In Re: Builder's Capital, Inc.
5362 Winding Creek Dr
Rockford, IL 61114-5482

John D. Harker
Acct No In Re: Builder's Capital, Inc.
1401 W 4th St
Reno, NV 89503-5001

John E. Warthen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

John F. Okita
Acct No In Re: Builder's Capital, Inc.
9036 Alpine Peaks Ave
Las Vegas, NV 89147-7819

John Fowler
Acct No In Re: Builder's Capital, Inc.
4241 Quadrel St
Las Vegas, NV 89129-5444

John Frei
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

John Gibbs
Acct No In Re: Builder's Capital, Inc.
2131 Gunnison Pl
Henderson, NV 89044-0194

John Gilbert
Acct No In Re: Builder's Capital, Inc.
2607 Colanthe Ave
Las Vegas, NV 89102-6117

John H. Bacon
Acct No In Re: Builder's Capital, Inc.
2001 Fallsburg Way
Henderson, NV 89002-3624

John H. Holmes
Acct No In Re: Builder's Capital, Inc.
9529 Ruby Hills Drive
Las Vegas, NV 89134-7811

John Houchin
Acct No In Re: Builder's Capital, Inc.
1946 W Rattlesnake Dr
Meridian, ID 83646-5626

John L. Holmes
Acct No In Re: Builder's Capital, Inc.
2017 Spring Rose St
Las Vegas, NV 89134-6641

John L. McCune
Acct No In Re: Builder's Capital, Inc.
Polycomp Adminstrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

```
John M. Doyle
Acct No In Re: Builder's Capital, Inc.
P.O. Box 1190
Winnemucca, NV 89446-1190

John M. Netzorg
Acct No In Re: Builder's Capital, Inc.
2810 W Charleston Blvd, Suite 81
Las Vegas, NV 89102-1910

John McDaniel
Acct No In Re: Builder's Capital, Inc.
6165 Falling Waters Ct
Las Vegas, NV 89149-1345

John McDonald
Acct No In Re: Builder's Capital, Inc.
3953 E Calle Chica
Tucson, AZ 85711-4125

John McKenzie
Acct No In Re: Builder's Capital, Inc.
1615 Robb Dr
Carson City, NV 89703-3669

John McLain
Acct No In Re: Builder's Capital, Inc.
2424 Manhattan Dr
Carson City, NV 89703-5416

John McQueen
Acct No In Re: Builder's Capital, Inc.
6420 E Tropicana Ave, Unit 78
Las Vegas, NV 89122-7514

John Merrill Warthen
Acct No In Re: Builder's Capital, Inc.
2228 Midvale Ter
Henderson, NV 89074-5343

John Miner
Acct No In Re: Builder's Capital, Inc.
304 Windfair Ct
Las Vegas, NV 89145-8682

John P. Barranco
Acct No In Re: Builder's Capital, Inc.
4109 Rutgers Ln
Northbrook, IL 60062-2911

John P. Dermody
Acct No In Re: Builder's Capital, Inc.
954 Roseberry Drive
Las Vegas, NV 89138-7850
```

John Pennington
Acct No In Re: Builder's Capital, Inc.
3904 Wide River St
Las Vegas, NV 89130-2929

John Schlichting
Acct No In Re: Builder's Capital, Inc.
2257 Loring Ave
Henderson, NV 89074-5371

John Scott
Acct No In Re: Builder's Capital, Inc.
12835 W Black Hill Rd
Peoria, AZ 85383-3909

John Scott
Acct No In Re: Builder's Capital, Inc.
450 Sansome St, FL 14
San Francisco, CA 94111-3355

John Snavely
Acct No In Re: Builder's Capital, Inc.
36515 S Rincon Rd
Wickenberg, AZ 85390-2493

John W. Boyer
Acct No In Re: Builder's Capital, Inc.
1605 Golden Oak Dr
Las Vegas, NV 89117-1452

John W. Crawford
Acct No In Re: Builder's Capital, Inc.
847 Hideaway Ter
Henderson, NV 89002-9687

John W. Scionti
Acct No In Re: Builder's Capital, Inc.
P.O. Box 29974
Laughlin, NV 89028-8974

John-Eric Levin
Acct No In Re: Builder's Capital, Inc.
12417 SW Sheldrake Way
Beaverton, OR 97007-6228

Jon Bunker
Acct No In Re: Builder's Capital, Inc.
2120 Shelley Ct
Las Vegas, NV 89117-8924

Jon C. Kam
Acct No In Re: Builder's Capital, Inc.
4770 Spotted Horse Dr
Colorado Springs, CO 80923-5195

Jonathan Miller
Acct No In Re: Builder's Capital, Inc.
1730 Chaparral Dr
Carson City, NV 89703-7426

Joseph A. DeBellis
Acct No In Re: Builder's Capital, Inc.
44 Quail Hollow Dr
Henderson, NV 89014-2143

Joseph A. Price III
Acct No In Re: Builder's Capital, Inc.
1753 Warrington Dr
Henderson, NV 89052-6802

Joseph Alfonzo
Acct No In Re: Builder's Capital, Inc.
2813 Charlotte Ln
Burlington, NC 27215-4624

Joseph Cole
Acct No In Re: Builder's Capital, Inc.
6123 Loro Ave NW
Albuquerque, NM 87114-4692

Joseph D. Miller
Acct No In Re: Builder's Capital, Inc.
1 California St, STE 2600
San Francisco, CA 94111-5427

Joseph Giarraputo
Acct No In Re: Builder's Capital, Inc.
2711 Pastel Ave
Henderson, NV 89074-1243

Joseph J. Digange
Acct No In Re: Builder's Capital, Inc.
2724 Golfside Dr
Las Vegas, NV 89134-8825

Joseph LaMancusa
Acct No In Re: Builder's Capital, Inc.
c/o Conway, Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Joseph Lunt
Acct No In Re: Builder's Capital, Inc.
214 Sea Rim Ave
Las Vegas, NV 89148-2758

Joseph M. Marco
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Joseph M. Marco
Acct No In Re: Builder's Capital, Inc.
6337 Clarice Ave
Las Vegas, NV 89107-1303

Joseph Miller
Acct No In Re: Builder's Capital, Inc.
1 California St, STE 2600
San Francisco, CA 94111-5427

Joseph Schwartz
Acct No In Re: Builder's Capital, Inc.
466 Dalehurst Ave
Los Angeles, CA 90024-2514

Joseph Uvegas
Acct No In Re: Builder's Capital, Inc.
3836 Maryland Ave
Las Vegas, NV 89121-4527

Joseph W. Leavitt
Acct No In Re: Builder's Capital, Inc.
2700 Gilmary Ave
Las Vegas, NV 89102-2083

Joseph W. Sabia
Acct No In Re: Builder's Capital, Inc.
2720 E Quail Ave
Las Vegas, NV 89120-2443

Joseph Walls
Acct No In Re: Builder's Capital, Inc.
2778 Bedford Way
Carson City, NV 89703-4618

Joslin Partners, Ltd.
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Joyce Buschek
Acct No In Re: Builder's Capital, Inc.
2143 Lakewood Dr
San Jose, CA 95132-1027

Joyce Jones
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Juan Arraiz
Acct No In Re: Builder's Capital, Inc.
3261 Conte Dr
Carson City, NV 89701-4898

Juanita L. Wilson
Acct No In Re: Builder's Capital, Inc.
4351 Highway 568
Ferriday, LA 71334-6401

Judie Woods
Acct No In Re: Builder's Capital, Inc.
2201 Scarlet Rose Dr
Las Vegas, NV 89134-5905

Judith Ann Grayson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 2240
Wickenberg, AZ 85358-2240

Judith Ash
Acct No In Re: Builder's Capital, Inc.
P.O. Box 80718
Las Vegas, NV 89180-0718

Judith Lally
Acct No In Re: Builder's Capital, Inc.
1106 Indiana Ct
Henderson, NV 89015-5983

Judy L. Trent
Acct No In Re: Builder's Capital, Inc.
9724 Camden Hills Ave
Las Vegas, NV 89145-8611

Juli Koentopp
Acct No In Re: Builder's Capital, Inc.
1954 Orchard Mist St
Las Vegas, NV 89135-1558

Julia Lackey
Acct No In Re: Builder's Capital, Inc.
2112 Lookout Point Cir
Las Vegas, NV 89117-5805

Julia Podolny
Acct No In Re: Builder's Capital, Inc.
2112 Lookout Point Cir
Las Vegas, NV 89117-5805

Julie McHenry
Acct No In Re: Builder's Capital, Inc.
631 Marwood Ln
Las Cruces, NM 88007-7834

Julie Pollock
Acct No In Re: Builder's Capital, Inc.
11017 Village Crest Ln
Las Vegas, NV 89135-7846

June Shideler
Acct No In Re: Builder's Capital, Inc.
9355 E Center Ave, Apt 3A
Denver, CO 80247-1203

Justin Krosta
Acct No In Re: Builder's Capital, Inc.
8985 S Durango Dr, Unit 2169
Las Vegas, NV 89113-6138

Justin McGowan
Acct No In Re: Builder's Capital, Inc.
4609 Inland Ct
Las Vegas, NV 89147-4751

JV PROPERTIES LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Karen Hom
Acct No In Re: Builder's Capital, Inc.
9908 Glenrock Dr
Las Vegas, NV 89134-6717

Karen Keith
Acct No In Re: Builder's Capital, Inc.
4424 San Cascina St
Las Vegas, NV 89135-2408

Karen Tyndall
Acct No In Re: Builder's Capital, Inc.
1012 Greystoke Acres St
Las Vegas, NV 89145-8659

Kari Wiesner
Acct No In Re: Builder's Capital, Inc.
3216 Ashby Ave
Las Vegas, NV 89102-1958

Kari Wiesner
Acct No In Re: Builder's Capital, Inc.
412 Macarthur Way
Las Vegas, NV 89107-3232

Karin Fagan
Acct No In Re: Builder's Capital, Inc.
11347 Belmont Lake Dr, Unit 102
Las Vegas, NV 89135-3307

Karla Williams
Acct No In Re: Builder's Capital, Inc.
705 S Saint James Pl
Cedar City, UT 84720-3696

Karmen Cohen
Acct No In Re: Builder's Capital, Inc.
30945 La Brise
Laguna Niguel, CA 92677-5530

Katelyn Tidwell
Acct No In Re: Builder's Capital, Inc.
9180 Hickam Ave
Las Vegas, NV 89129-3617

Kathleen A. DiLillo
Acct No In Re: Builder's Capital, Inc.
3860 GS Richards Blvd
Carson City, NV 89703-8422

Kathleen I. Holmes
Acct No In Re: Builder's Capital, Inc.
9529 Ruby Hills Dr
Las Vegas, NV 89134-7811

Kathleen Miller
Acct No In Re: Builder's Capital, Inc.
14521 E Shaw Ave
Sanger, CA 93657-9281

Kathleen Miller
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Kathy Gugliotta
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2445

Kathy Marlon
Acct No In Re: Builder's Capital, Inc.
9811 W Charleston Blvd, STE 2626
Las Vegas, NV 89117-7528

Kathy McDaniel Holmes
Acct No In Re: Builder's Capital, Inc.
2017 Spring Rose St
Las Vegas, NV 89134-6641

Kathy Miles
Acct No In Re: Builder's Capital, Inc.
1620 S Kanab Creek Dr
Kanab, UT 84741-6164

Kay F. Maxfield
Acct No In Re: Builder's Capital, Inc.
1783 Freedom Dr
Melbourne, FL 32490-6714

Kay Holmes
Acct No In Re: Builder's Capital, Inc.
2711 Pastel Ave
Henderson, NV 89074-1243

Kay R. Bandley
Acct No In Re: Builder's Capital, Inc.
3012 Lantern Ln
Las Vegas, NV 89107-3251

Keating
Acct No In Re: Builder's Capital, Inc.
181 Plantation Dr
Carson City, NV 89703-5413

Kelben Kelban
Acct No In Re: Builder's Capital, Inc.
c/o Conway, Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Kelly Brockman
Acct No In Re: Builder's Capital, Inc.
11936 Port LaBelle Dr
Las Vegas, NV 89141-6019

Kelly Brockman
11936 Port Labelle Dr
Las Vegas, NV 89141-6019

Kelly Deverell
Acct No In Re: Builder's Capital, Inc.
9124 Eagle Ridge Dr
Las Vegas, NV 89134-6309

Kelly J. Ahmed
Acct No In Re: Builder's Capital, Inc.
1830 Myrtle Island Dr
Las Vegas, NV 89117-2050

Kelly J. Ahmed
Acct No In Re: Builder's Capital, Inc.
6376 Briney Deep Ave
P.O. Box 98600
Las Vegas, NV 89139-5342

Kelly Marie Brockman
Acct No Re: Brockman vs. Brockman
c/o Black & Lobello
10777 W Twain Ave, STE 300
Las Vegas, NV 89135-3038

Ken Harouff
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Ken Hogan
Acct No In Re: Builder's Capital, Inc.
3937 Placita Del Lazo
Las Vegas, NV 89120-2628

Ken Keltner
Acct No In Re: Builder's Capital, Inc.
4021 Meadows Ln
Las Vegas, NV 89107-3117

Kenneth A. Seltzer
Acct No In Re: Builder's Capital, Inc.
17 Candlewyck Dr
Henderson, NV 89052-6654

Kenneth Addes
Acct No In Re: Builder's Capital, Inc.
100 W Broadway, APT 7-V
Long Beach, NY 11561-4019

Kenneth Braskamp
Acct No In Re: Builder's Capital, Inc.
400 S Burnside Ave, APT 6E
Los Angeles, CA 90036-5446

Kenneth Gruber
Acct No In Re: Builder's Capital, Inc.
1369 Alameda St
St. Paul, MN 55117-4115

Kenneth Hogan
Acct No In Re: Builder's Capital, Inc.
2675 E Flamingo Rd, STE 9
Las Vegas, NV 89121-5239

Kenneth Hogan
Acct No In Re: Builder's Capital, Inc.
3937 Placita Del Lazo
Las Vegas, NV 89120-2628

Kenneth J. Herold
Acct No In Re: Builder's Capital, Inc.
1200 S Bay Front
Newport Beach, CA 92662-1233

Kenneth L. Tracht
Acct No In Re: Builder's Capital, Inc.
3008 Lantern Ln
Las Vegas, NV 89107-3251

Kenneth Tracht
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Kenneth W. Holland
Acct No In Re: Builder's Capital, Inc.
5885 Palmyra Ave
Las Vegas, NV 89146-6732

Kevin J. Page
Acct No In Re: Builder's Capital, Inc.
7170 Cloud View Cir
Las Vegas, NV 89119-0326

Kevin Jeantet
Acct No In Re: Builder's Capital, Inc.
9104 Tailor Made Ave
Las Vegas, NV 89149-0611

Kevin Kraft
Acct No In Re: Builder's Capital, Inc.
200 S. Jones Blvd.
Las Vegas, NV 89107-2657

Kilmarnock Inc.
Acct No In Re: Builder's Capital, Inc.
65 Quail Run Rd
Henderson, NV 89014-2151

Kimberly K. Bible
Acct No In Re: Builder's Capital, Inc.
2115 Nuggett Ln
Newberg, OR 97132-1654

Klaus Kopf
Acct No In Re: Builder's Capital, Inc.
8096 Merlewood Ave
Las Vegas, NV 89117-7647

Krista Darnold
Acct No In Re: Builder's Capital, Inc.
305 Prince Charming Ct
Las Vegas, NV 89145-8001

Kristin Greene
Acct No In Re: Builder's Capital, Inc.
6373 Isabel Cove Ave
Las Vegas, NV 89139-6267

Kristina M. Dermody
Acct No In Re: Builder's Capital, Inc.
954 Roseberry Dr
Las Vegas, NV 89138-7580

Kurt Harms
Acct No In Re: Builder's Capital, Inc.
5513 Indian Hills Ave
Las Vegas, NV 89130-2073

Kurt Wiesner
Acct No In Re: Builder's Capital, Inc.
6354 W Sahara Ave
Las Vegas, NV 89146-3035

Kyle Londergan
Acct No In Re: Builder's Capital, Inc.
724 Pacific Cascades Dr
Henderson, NV 89012-5805

Lamb Phil
Acct No In Re: Builder's Capital, Inc.
17600 N Perimeter Dr
Mail Stop A-2002-500
Scottsdale, AZ 85255-5435

Larry Apigian
Acct No In Re: Builder's Capital, Inc.
13501 Muir Dr SE
Monroe, WA 98272-8779

Larry Apigian
Acct No In Re: Builder's Capital, Inc.
1411 Folsom Ave
Yakima, WA 98902-2575

Larry Mamchur
Acct No In Re: Builder's Capital, Inc.
P.O. Box 1377
Tustin, CA 92781-1377

Larry Swecker
Acct No In Re: Builder's Capital, Inc.
3017 W Charleston Blvd, STE 40
Las Vegas, NV 89102-1988

Lauren Eichelberger
Acct No In Re: Builder's Capital, Inc.
2290 Almond Creek Dr
Reno, NV 89523-1290

Laurence R. Meyerson
Acct No In Re: Builder's Capital, Inc.
10620 Southern Highlands Pkwy
# 110-452
Las Vegas, NV 89141-4372

Laurie Carson
Acct No In Re: Builder's Capital, Inc.
HC 34 Box 34153
Ely, NV 89301-9206

Laurie Engel
Acct No In Re: Builder's Capital, Inc.
1500 French Merlot Ct
Las Vegas, NV 89144-1128

Lawrence A. Rolince
Acct No In Re: Builder's Capital, Inc.
991 Nautical Dr
Vermilion, OH 44089-1716

Lawrence Burton
Acct No In Re: Builder's Capital, Inc.
34 Lagunita Dr
Laguna Beach, CA 92651-4239

Lawrence Godfrey
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Lawrence Helseth
Acct No In Re: Builder's Capital, Inc.
81276 Corte Compras
Indio, CA 92203-4414

Lawrence Riley
Acct No In Re: Builder's Capital, Inc.
1 Wild Sage Cir
Carson City, NV 89703-9586

Lawrence Taylor
Acct No In Re: Builder's Capital, Inc.
420 North Sutro Ter
Carson City, NV 89706-0212

LeAnn Apigian
Acct No In Re: Builder's Capital, Inc.
13501 Muir Dr SE
Monroe, WA 98272-8779

LeAnn Apigian
Acct No In Re: Builder's Capital, Inc.
PO Box 252
Dallesport, WA 98617-0252

Lee Cervoni
Acct No In Re: Builder's Capital, Inc.
3301 Moon River St
Las Vegas, NV 89129-2167

```
Leigh Rodney
Acct No In Re: Builder's Capital, Inc.
5540 Putnam Dr
West Bloomfield, MI 48323-3720

Lena J. Armuth
Acct No In Re: Builder's Capital, Inc.
4555 Saddlehorn Dr
Reno, NV 89511-6735

Leo Diamond
Acct No In Re: Builder's Capital, Inc.
2116 Shadow Canyon Dr
Henderson, NV 89044-0168

Leo Trego
Acct No In Re: Builder's Capital, Inc.
4662 Surveyor St
Las Vegas, NV 89103-4546

Leon Alan Marks
Acct No In Re: Builder's Capital, Inc.
11700 W Charleston Blvd,
Suite 170-48
Las Vegas, NV 89135-1573

Leon E. Singer
Acct No In Re: Builder's Capital, Inc.
2601 Byron Dr
Las Vegas, NV 89134-7581

Leona M. Chapman
Acct No In Re: Builder's Capital, Inc.
5362 Winding Creek Dr
Rockford, IL 61114-5482

Leonard Cardoza
Acct No In Re: Builder's Capital, Inc.
10409 Glowing Cove Ave
Las Vegas, NV 89129-3243

Leonard Jay Nevins
Acct No In Re: Builder's Capital, Inc.
3027 Big Green Ln
Las Vegas, NV 89134-7455

Leonard Leeds
Acct No In Re: Builder's Capital, Inc.
P.O. Box 31896
Las Vegas, NV 89173-1896

Leonard Leeds
Acct No In Re: Builder's Capital, Inc.
P.O. Box 401251
Las Vegas, NV 89140-1251
```

Lesley Dietrich
Acct No In Re: Builder's Capital, Inc.
P.O. Box 420
Onaga, KS 66521-0420

Leslie J. Holmes
Acct No In Re: Builder's Capital, Inc.
34862 Bonadelle Ave
Madera, CA 93636-8441

Leslie Seidler
Acct No In Re: Builder's Capital, Inc.
5920 Pembroke Dr
Reno, NV 89502-9716

Leslie Seidler
Acct No In Re: Builder's Capital, Inc.
PO Box 70581
Reno, NV 89570-0581

Libby Luna
Acct No In Re: Builder's Capital, Inc.
4518 Wandering Vine Trl
Round Rock, TX 78665-1267

Libby Raynes
Acct No In Re: Builder's Capital, Inc.
2700 W Sahara Ave, STE 300
Las Vegas, NV 89102-1714

Linda A. Blanchard
Acct No In Re: Builder's Capital, Inc.
2654 W Horizon Ridge Pkwy, STE B5
PMB 154
Henderson, NV 89052-2858

Linda Bohach
Acct No In Re: Builder's Capital, Inc.
10750 Summer Glen Dr
Reno, NV 89521-5299

Linda Davidson
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Linda Day
Acct No In Re: Builder's Capital, Inc.
4480 W Nevso Dr
Las Vegas, NV 89103-3764

Linda Fahringer
Acct No In Re: Builder's Capital, Inc.
1106 Indiana Ct
Henderson, NV 89015-5983

Linda Fahringer
Acct No In Re: Builder's Capital, Inc.
PO Box 12276
Las Vegas, NV 89112-0276

Linda Levin
Acct No In Re: Builder's Capital, Inc.
8000 Castle Pines Ave
Las Vegas, NV 89113-1203

Linda M. Fahringer
Acct No In Re: Builder's Capital, Inc.
1106 Indiana Ct
Henderson, NV 89015-5983

Linda M. Trimble
Acct No In Re: Builder's Capital, Inc.
7420 Crystal Clear Ave
Las Vegas, NV 89113-0740

Linda Sabo
Acct No In Re: Builder's Capital, Inc.
3867 Maryland Ave
Las Vegas, NV 89121-4528

Lindsey B. Joslin
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Lippelli Lippelli
Acct No In Re: Builder's Capital, Inc.
c/o Northern Trust Bank
1995 Village Center Circle
Las Vegas, NV 89134-6360

Lisa A. Hogan
Acct No In Re: Builder's Capital, Inc.
3937 Placita Del Lazo
Las Vegas, NV 89120-2628

Lisa Beth Isabelle
Acct No In Re: Builder's Capital, Inc.
1456 Seacoast Dr, UNIT 2C
Imperial Beach, CA 91932-3197

Lisa Hogan
Acct No In Re: Builder's Capital, Inc.
3937 Placita Del Lazo
Las Vegas, NV 89120-2628

Lisa Hogan
Acct No In Re: Builder's Capital, Inc.
P.O. Box 420
Onaga, KS 66521-0420

Lisa Lekumberry
Acct No NFS Acct EMP-410799
3860 GS Richards Blvd
Carson City, NV 89703-8422

Lloyd Woodson
Acct No In Re: Builder's Capital, Inc.
26451 Circle Knoll Ct
Newhall, CA 91321-1320

Lois L. Sprake
Acct No In Re: Builder's Capital, Inc.
7736 Wedlock Ln
Las Vegas, NV 89129-5455

Lois R. Copple
Acct No In Re: Builder's Capital, Inc.
393 Highland Hills Ct
Las Vegas, NV 89148-2788

Lola K. Barnes
Acct No In Re: Builder's Capital, Inc.
6520 W 34th Ave
Wheat Ridge, CO 80033-6405

Lonnie J. Dossey, Jr.
Acct No In Re: Builder's Capital, Inc.
20620 Cooke Dr
Reno, NV 89521-9708

Loree Parker
Acct No In Re: Builder's Capital, Inc.
409 Chestnut Rdg
Spring Grove, IL 60081-8238

Loretta DeGrandis
Acct No In Re: Builder's Capital, Inc.
2456 Avenida Sol
Henderson, NV 89074-6353

Loretta Grace Nauman
Acct No In Re: Builder's Capital, Inc.
338 Sussex Pl
Carson City, NV 89703-5356

Loretta L. Tipper
Acct No In Re: Builder's Capital, Inc.
4043 S Eastern Ave
Las Vegas, NV 89119-5101

Lori Haney
Acct No In Re: Builder's Capital, Inc.
1672 Divot Rd
Carson City, NV 89701-2919

Lorraine Engel
Acct No In Re: Builder's Capital, Inc.
1500 French Merlot Ct
Las Vegas, NV 89144-1128

Lorraine M. Gruber
Acct No In Re: Builder's Capital, Inc.
2050 Chambers St
Maplewood, MN 55109-3410

Loui Cerri
Acct No In Re: Builder's Capital, Inc.
25 Julie Court
Winnemucca, NV 89445-3246

Louis Brown
Acct No In Re: Builder's Capital, Inc.
2929 Faiss Drive
Las Vegas, NV 89134-7461

Louis DeGregorio
Acct No In Re: Builder's Capital, Inc.
6160 N Jensen St
Las Vegas, NV 89149-1323

Louis Guerin
Acct No In Re: Builder's Capital, Inc.
10701 S Military Trl
Boynton Beach, FL 33436-4811

Louis W. Bergevin
Acct No In Re: Builder's Capital, Inc.
180 Plantation Dr
Carson City, NV 89703-5412

Loyal Crownover
Acct No In Re: Builder's Capital, Inc.
2213 Plaza Del Puerto
Las Vegas, NV 89102-4045

Luanne M. Toberman
Acct No In Re: Builder's Capital, Inc.
2929 Faiss Dr
Las Vegas, NV 89134-7461

Lucas Vine
Acct No In Re: Builder's Capital, Inc.
805 Florida St, APT A
Imperial Beach, CA 91932-2262

Luetta Bergevin and Jeanne Russell
Acct No In Re: Builder's Capital, Inc.
180 Plantation Dr
Carson City, NV 89703-5412

Lynda Carlson
Acct No In Re: Builder's Capital, Inc.
624 California St
Boulder City, NV 89005-2760

Lynette Dunkley
Acct No In Re: Builder's Capital, Inc.
5070 S 4700 W
Hooper, UT 84315-9536

Lynette Sarnoski
Acct No In Re: Builder's Capital, Inc.
1814 Lakeview Dr
Sutherlin, OR 97479-9806

Lynette Sarnoski
Acct No In Re: Builder's Capital, Inc.
5420 Michelleanne Rd
Las Vegas, NV 89107-0302

Lynn Thielke
Acct No In Re: Builder's Capital, Inc.
9421 Low Tide Ct
Las Vegas, NV 89117-0279

Lynn Wiesner
Acct No In Re: Builder's Capital, Inc.
3216 Ashby Ave
Las Vegas, NV 89102-1958

Lynn Wuestenberg
Acct No In Re: Builder's Capital, Inc.
P.O. Box 151
Carson City, NV 89702-0151

M.A. Rayment
Acct No In Re: Builder's Capital, Inc.
1386 Porter Dr
Minden, NV 89423-9088

Mabel Musgrave
Acct No In Re: Builder's Capital, Inc.
3204 Alta Dr
Las Vegas, NV 89107-3206

Madonna M. Girard
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Madonna M. Girard
Acct No In Re: Builder's Capital, Inc.
810 W Omphale St
Kuna, ID 83634-2464

Malcolm Compton
Acct No In Re: Builder's Capital, Inc.
2929 Coast Line Ct
Las Vegas, NV 89117-3525

Manny G. Gomez
Acct No In Re: Builder's Capital, Inc.
1168 Center Point Dr
Henderson, NV 89074-8815

Marc Dickens
Acct No In Re: Builder's Capital, Inc.
2302 Carinth Way
Henderson, NV 89074-5376

Marcia Garfield Isaacs
Acct No In Re: Builder's Capital, Inc.
3373 Wrightwood Dr
Studio City, CA 91604-3939

Margaret Lindley
Acct No In Re: Builder's Capital, Inc.
203 Cedar St, APT A
Wallace, ID 83873-2126

Marguerite Falkenborg
Acct No In Re: Builder's Capital, Inc.
727 3rd Ave
Chula Vista, CA 91910-5803

Margurite J. Shultis
Acct No In Re: Builder's Capital, Inc.
Nevada Trust Company
P.O. Box 93685
Las Vegas, NV 89119-3865

Mari Foutz Flanery
Acct No In Re: Builder's Capital, Inc.
7501 E Thompson Peak Pkwy, Unit 349
Scottsdale, AZ 85255-4536

Maria Madrigal
Acct No In Re: Builder's Capital, Inc.
2300 Maverick St
Las Vegas, NV 89108-3344

Marie H. Soldo
Acct No In Re: Builder's Capital, Inc.
1905 Davina St
Henderson, NV 89074-1091

Marie H. Soldo
Acct No In Re: Builder's Capital, Inc.
2724 N Tenaya Wy
Las Vegas, NV 89114-5645

Marie Insalaco
Acct No In Re: Builder's Capital, Inc.
58 Jenawood Ln
Williamsville, NY 14221-3862

Marie Lekumberry
Acct No In Re: Builder's Capital, Inc.
1212 Eddy Street
Gardnerville, NV 89410-6010

Marie Watson
Acct No In Re: Builder's Capital, Inc.
1150 Pinion Hills Dr
Carson City, NV 89701-9356

Marilyn B. Henze
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12020
Prescott, AZ 86304-2020

Marilyn F. Jackson
Acct No In Re: Builder's Capital, Inc.
6111 Churchfield Blvd, APT 3
Las Vegas, NV 89103-4542

Marilyn Gillespie Davis
Acct No In Re: Builder's Capital, Inc.
4547 Goen Way
Las Vegas, NV 89121-5940

Marilyn Ginsberg
Acct No In Re: Builder's Capital, Inc.
55142 Southern Hls
La Quinta, CA 92253-5659

Marilyn Stockton
Acct No In Re: Builder's Capital, Inc.
1698 Black Fox Canyon Rd
Henderson, NV 89052-6941

Marilyn T. Lundberg
Acct No In Re: Builder's Capital, Inc.
340 E 300 N
Manti, UT 84642-1152

Marilyn Turner
Acct No In Re: Builder's Capital, Inc.
4963 Cold Springs Ct
Las Vegas, NV 89113-1368

Mario L. Mascolo
Acct No In Re: Builder's Capital, Inc.
6122 Tatinger Ct
Las Vegas, NV 89122-3471

Mark Arraiz
Acct No In Re: Builder's Capital, Inc.
3261 Conte Dr
Carson City, NV 89701-4898

Mark Dunford
Acct No In Re: Builder's Capital, Inc.
3005 Beach View Ct
Las Vegas, NV 89117-3530

Mark Fine
Acct No In Re: Builder's Capital, Inc.
11727 Morning Grove Dr
Las Vegas, NV 89135-1542

Mark Giglio
Acct No In Re: Builder's Capital, Inc.
2529 Daily Dr
Fallbrook, CA 92028-9101

Mark Hanger
Acct No In Re: Builder's Capital, Inc.
2245 E Caribou St
Silver Springs, NV 89429-8612

Mark J. Heller
Acct No In Re: Builder's Capital, Inc.
4 Rollingwood Drive
Rolling Hills Estates, CA 90274-2426

Mark L. Fine
Acct No In Re: Builder's Capital, Inc.
3960 Howard Hughes Pkwy, STE 750
Las Vegas, NV 89169-5973

Mark Lehman
Acct No In Re: Builder's Capital, Inc.
18 Roundtree Ct
Aliso Viejo, CA 92656-8045

Mark Passalacqua
Acct No In Re: Builder's Capital, Inc.
2713 King Louis St
Henderson, NV 89044-0309

Mark Ruesch
Acct No In Re: Builder's Capital, Inc.
6577 Strawberry Cream Ct
Las Vegas, NV 89142-0980

Mark W. Harrison
Acct No In Re: Builder's Capital, Inc.
P.O. Box 57
Wenatchee, WA 98807-0057

Mark Wood
Acct No In Re: Builder's Capital, Inc.
1090 Kennedy Blvd
Bayonne, NJ 07002-2008

Marlin M. Mueller
Acct No In Re: Builder's Capital, Inc.
3601 Deer Flats St
Las Vegas, NV 89129-7037

Marsha Garneau-Walters
Acct No In Re: Builder's Capital, Inc.
2700 W Sahara Ave, STE 300
Las Vegas, NV 89102-1714

Martin A. McGarry
Acct No In Re: Builder's Capital, Inc.
6650 Desperado St
Las Vegas, NV 89131-3406

Marvin and Karen Levine
Acct No In Re: Builder's Capital, Inc.
3632 Snowy Pines St
Las Vegas, NV 89147-6761

Marvin L. Schmidt
Acct No In Re: Builder's Capital, Inc.
736 Emden St
Henderson, NV 89015-4661

Mary Alice Evans
Acct No In Re: Builder's Capital, Inc.
1403 Harvard Wy
Reno, NV 89502-3118

Mary Ann Failla
Acct No In Re: Builder's Capital, Inc.
6105 E Sahara Ave, SPC 79
Las Vegas, NV 89142-1655

Mary Brown
Acct No In Re: Builder's Capital, Inc.
520 E Garland Ave
Fresno, CA 93704-4713

Mary Bryne
Acct No In Re: Builder's Capital, Inc.
1704 Walrus St
Las Vegas, NV 89117-6944

Mary Bryne
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Mary Campbell
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Mary Chaisson
Acct No In Re: Builder's Capital, Inc.
40 Innisbrook Ave
Las Vegas, NV 89113-1225

Mary D. Keeler
Acct No In Re: Builder's Capital, Inc.
5713 Whiteridge Ave
Las Vegas, NV 89107-1520

Mary Dennis
Acct No In Re: Builder's Capital, Inc.
501 Night Hawk Ct
Fernley, NV 89408-9094

Mary Ellen Wilson
Acct No In Re: Builder's Capital, Inc.
2529 Daily Dr
Fallbrook, CA 92028-9101

Mary J. Plumlee
Acct No In Re: Builder's Capital, Inc.
8120 Borson St
Downey, CA 90242-4207

Mary Kempf
Acct No In Re: Builder's Capital, Inc.
2560 Forest City Dr
Henderson, NV 89052-6951

Mary Lou Armuth
Acct No In Re: Builder's Capital, Inc.
1262 Hannah Dr
Elko, NV 89801-2524

Mary Lou Banta
Acct No In Re: Builder's Capital, Inc.
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Mary Sue Long
Acct No In Re: Builder's Capital, Inc.
300 N Island View Ave
Long Beach, MS 39560-4319

Mary W. Lamb
Acct No In Re: Builder's Capital, Inc.
9102 Haddington Ln
Las Vegas, NV 89145-8530

Matha McKinney
Acct No In Re: Builder's Capital, Inc.
2766 Rainer Ct
Las Vegas, NV 89142-2625

Matthew C. Mangione
Acct No In Re: Builder's Capital, Inc.
624 Summer Mesa Dr
Las Vegas, NV 89144-1502

Matthew C. Mangione
Acct No In Re: Builder's Capital, Inc.
6748 Twisted Wood Dr
Las Vegas, NV 89148-4263

Matthew Cardinal
Acct No In Re: Builder's Capital, Inc.
2286 Hedgewood Dr
Reno, NV 89509-5159

Matthew Pitts
Acct No In Re: Builder's Capital, Inc.
4786 Caughlin Pkwy, STE 305
Reno, NV 89519-0912

Matthew Resler
Acct No In Re: Builder's Capital, Inc.
306 Forest Ridge St
Henderson, NV 89014-7829

Maurice A. Mann
Acct No In Re: Builder's Capital, Inc.
1776 Broadway, FL 23
New York, NY 10019-2003

Max P. Dunford
Acct No In Re: Builder's Capital, Inc.
945 Aspen Breeze Ave
Las Vegas, NV 89123-3192

Melissa Miller
Acct No In Re: Builder's Capital, Inc.
1553 Livonia Ave
Los Angeles, CA 90035-4201

Melvin J. Lowe
Acct No In Re: Builder's Capital, Inc.
1301 Coburn Ave
Worland, WY 82401-3513

Melvin J. Lowe
Acct No In Re: Builder's Capital, Inc.
3695 White Ridge Dr
St. George, UT 84790-6632

Melvin L. Silva
Acct No In Re: Builder's Capital, Inc.
1050 Rocky Ter
Gardnerville, NV 89460-9752

Melvin Lamph
Acct No In Re: Builder's Capital, Inc.
9700 Verlaine Ct
Las Vegas, NV 89145-8695

Melvin W. Winograd
Acct No In Re: Builder's Capital, Inc.
1671 Mission Hills Rd
APT 306
Northbrook, IL 60062-5733

Mercedes-Benz Financial Services
Acct No 1017564835
P.O. Box 685
Roanoke, TX 76262-0685

Meridee Johnson
Acct No In Re: Builder's Capital, Inc.
120 S Torn Ranch Rd
Elsinore, CA 92530-1829

Merrill K. Molsberry
Acct No In Re: Builder's Capital, Inc.
8144 Maddingley Ave
Las Vegas, NV 89117-7638

Michael A. Rineer
Acct No In Re: Builder's Capital, Inc.
7565 Lorinda Ave
Las Vegas, NV 89128-0213

Michael A. Rineer
Acct No In Re: Builder's Capital, Inc.
P.O. Box 31529
Las Vegas, NV 89173-1529

Michael Armuth
Acct No In Re: Builder's Capital, Inc.
189 Cedar St
Elko, NV 89801-3019

Michael Bryant
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Michael Cunningham
Acct No In Re: Builder's Capital, Inc.
405 Lake Windemere St
Las Vegas, NV 89138-3004

Michael F. Bohn, Esq.
Acct No In Re: Builder's Capital, Inc.
376 E. Warm Springs Road #140
Las Vegas, NV 89119

Michael G. Lewis
Acct No In Re: Builder's Capital, Inc.
1720 Choice Hills Dr
Henderson, NV 89012-7230

Michael Gillispie
Acct No In Re: Builder's Capital, Inc.
P.O. Box 3423
Carson City, NV 89702-3423

Michael Goffinet
Acct No In Re: Builder's Capital, Inc.
8304 Fritzen Ave
Las Vegas, NV 89131-4608

Michael Greenberg
Acct No In Re: Builder's Capital, Inc.
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266-5347

Michael J. Berry
Acct No In Re: Builder's Capital, Inc.
147 S Stanford Way
Sparks, NV 89431-5825

Michael Karahalis
Acct No In Re: Builder's Capital, Inc.
10948 51st Ave N
St. Petersburg, FL 33708-2910

Michael Kubin
Acct No In Re: Builder's Capital, Inc.
1155 Park Ave
New York, NY 10128-1209

Michael Loudermilk
Acct No In Re: Builder's Capital, Inc.
2056 Glenview Dr
Las Vegas, NV 89134-6114

Michael Mulcahy
Acct No In Re: Builder's Capital, Inc.
2320 Tinsley Court
Las Vegas, NV 89134-0120

Michael Olden
Acct No In Re: Builder's Capital, Inc.
9376 Gold Lake Ave
Las Vegas, NV 89149-0122

Michael Polkabla
Acct No In Re: Builder's Capital, Inc.
775 San Pablo Ave
Pinole, CA 94564-2631

Michael Schlaack
Acct No In Re: Builder's Capital, Inc.
5561 Fire Island Dr
Las Vegas, NV 89120-1949

Michael T. Enos
Acct No In Re: Builder's Capital, Inc.
625 Onyo Way
Sparks, NV 89441-7583

Michael T. Kishner
Acct No In Re: Builder's Capital, Inc.
8930 S Maryland Pkwy
Las Vegas, NV 89123-5360

Michael T. Sullivan
Acct No In Re: Builder's Capital, Inc.
430 Bannock St
Mesquite, NV 89027-6221

Michael T. Sullivan
Acct No In Re: Builder's Capital, Inc.
PO Box 429
Mesquite, NV 89024-0429

Michael W. Arnau
Acct No In Re: Builder's Capital, Inc.
1341 Park Row
La Jolla, CA 92037-3708

Michael Walters
Acct No In Re: Builder's Capital, Inc.
5380 Painted Sunrise Dr
Las Vegas, NV 89149-6443

Michelle Anderson
Acct No In Re: Builder's Capital, Inc.
6 Lake Mist Ct
Columbia, SC 29229-7311

Michelle Staunton
Acct No In Re: Builder's Capital, Inc.
3725 Hill Rd
Tule Lake, CA 96134-9763

Mike Bayliss
Acct No In Re: Builder's Capital, Inc.
1830 College Pkwy, STE 200
Carson City, NV 89706-7904

Mike Growney
Acct No In Re: Builder's Capital, Inc.
3810 Kemper Lakes St
Las Vegas, NV 89122-4718

Mike Wells
Acct No In Re: Builder's Capital, Inc.
7228 36th Ct SE
Olympia, WA 98503-3992

Mildred E. Graf
Acct No In Re: Builder's Capital, Inc.
95 Shepherd Mesa Ct
Henderson, NV 89074-1739

Mildred Murphy
Acct No In Re: Builder's Capital, Inc.
9828 Folsom Dr
Las Vegas, NV 89134-7500

Moffatt Moffatt
Acct No In Re: Builder's Capital, Inc.
c/o Conway, Stuart & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Mohammed Choudhury
Acct No In Re: Builder's Capital, Inc.
9201 Black Lake Pl
Las Vegas, NV 89178-3523

Morris Mansell
Acct No In Re: Builder's Capital, Inc.
2578 Highmore Ave
Henderson, NV 89052-6934

Morris Raynes
Acct No In Re: Builder's Capital, Inc.
2700 W Sahara Ave, STE 300
Las Vegas, NV 89102-1714

Mr. Backus
Acct No Bart Larson.  702-889-7720.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Multibank 2009-1 RES-ADC Venture LLC
Acct No In Re: Builder's Capital, Inc.
790 NW 107th Ave, STE 400
Miami, FL 33172-3159

Multibank 2009-1 RES-ADC Venture LLC
790 NW 107th AVE, STE 400
MIAMI, FL 33172

Murton Strimling
Acct No In Re: Builder's Capital, Inc.
9100 Crystal Lake Ct
Las Vegas, NV 89134-6110

Myrna J. Ackerman
Acct No In Re: Builder's Capital, Inc.
11489 Ohanu Cir
Boynton Beach, FL 33437-7034

N.G.A. #2, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Nadim Ahmed
Acct No In Re: Builder's Capital, Inc.
1830 Myrtle Island Dr
Las Vegas, NV 89117-2050

Nancy A. Lewandowski
Acct No In Re: Builder's Capital, Inc.
277 New River Cir
Henderson, NV 89052-2376

Nancy C. Nixon
Acct No In Re: Builder's Capital, Inc.
224 North Kansas
Wichita, KS 67214-4230

Nancy C. Wong
Acct No In Re: Builder's Capital, Inc.
2588 Fire Mesa St, STE 110
Las Vegas, NV 89128-9022

Nancy Golden
Acct No In Re: Builder's Capital, Inc.
946 Edgecliff Drive
Reno, NV 89523-9408

Nancy Joslin
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Nancy K. Spannaus
Acct No In Re: Builder's Capital, Inc.
2606 Cromwell Ct
Minneapolis, MN 55410-2519

Nancy Kathryn Rivard
Acct No In Re: Builder's Capital, Inc.
P.O. Box 31257
Las Vegas, NV 89173-1257

Nancy Kelly
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Nang K. Payanouvong
Acct No In Re: Builder's Capital, Inc.
7707 Lobella St
Las Vegas, NV 89123-0456

Nathan Costello
Acct No In Re: Builder's Capital, Inc.
3333 E Serene Ave, STE 200
Henderson, NV 89074-6571

Nathan Costello
Acct No In Re: Builder's Capital, Inc.
170 S Green Valley Pkwy, STE 280
Henderson, NV 89012-3145

NCEP LLC
Acct No 7021270380028901
3715 Davinci Ct, # 200
Norcross, GA 30092-2670

NCEP LLC
Acct No xxxxxxxxxx2901
3715 Davinci Court, # 200
Norcross, GA 30092-2670

Ned Gershenson
Acct No Re: Gershenson v. Builder's Ca
c/o Martin & Allison Ltd.
3191 E Warm Springs Rd
Longford Plaza East, Building 13
Las Vegas, NV 89120-3147

Ned Gershenson
Acct No In Re: Builder's Capital, Inc.
628 Lakeview Shores Loop
Mooresville, NC 28117-6635

Ned Homfeld
Acct No In Re: Builder's Capital, Inc.
2515 N Atlantic Blvd
Fort Lauderdale, FL 33305-1911

Neil P. Yingling
Acct No In Re: Builder's Capital, Inc.
722 Shadow Creek Trl
Amherst, OH 44001-2090

Neil P. Yingling
Acct No In Re: Builder's Capital, Inc.
9453 New Utrecht St
Las Vegas, NV 89178-8600

Nellie Pleser
Acct No In Re: Builder's Capital, Inc.
2836 Meadow Park Ave
Henderson, NV 89052-7011

NEVADA DEPT OF TAXATION
Bankruptcy Section
555 E WASHINGTON AVE, STE 1300
Las Vegas, NV 89101-1046

Nicholas Chamberlain
Acct No In Re: Builder's Capital, Inc.
631 Marwood Ln
Las Cruces, NM 88007-7834

Nicholas Dryden
Acct No In Re: Builder's Capital, Inc.
9504 Spanish Steps Ln
Las Vegas, NV 89117-0841

Nichols F. Naff
Acct No In Re: Builder's Capital, Inc.
2970 Blaney Ct
Las Vegas, NV 89121-3921

Nick Aquilina
Acct No In Re: Builder's Capital, Inc.
3308 Cutty Sark St
Las Vegas, NV 89117-3303

Nick T. Larizza
Acct No In Re: Builder's Capital, Inc.
5450 N Paramount Blvd, SPC 114
Long Beach, CA 90805-5144

Nickolene Gries
Acct No In Re: Builder's Capital, Inc.
6804 White Shell Cir
Las Vegas, NV 89108-5022

Nicole Soumbeniotis
Acct No In Re: Builder's Capital, Inc.
8902 Meridian Oak Ln
Austin, TX 78744-7973

Norma Ellman
Acct No In Re: Builder's Capital, Inc.
10612 Paradise Point Dr
Las Vegas, NV 89134-7434

Norman Forrest
Acct No In Re: Builder's Capital, Inc.
9001 Villa Ridge Dr
Las Vegas, NV 89134-8592

Norman Jenkins
Acct No In Re: Builder's Capital, Inc.
3071 Arabian Rd
Las Vegas, NV 89107-4540

Norman Webster
Acct No In Re: Builder's Capital, Inc.
250 E Telegraph Rd, SPC 244
Fillmore, CA 93015-2148

NORTHWEST INVESTMENTS, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

O.H. "Rex" Davenport
Acct No In Re: Builder's Capital, Inc.
2500 Hinkle Dr, Atp 51
Denton, TX 76201-0702

Office of the U.S. Trustee
Dept. of Justice
300 Las Vegas Blvd., S, Suite 4300
Las Vegas, NV 89101

Ole Jensen
Acct No In Re: Builder's Capital, Inc.
NFSLLC Account EBP-128155
3860 GS Richards Blvd
Carson City, NV 89703-8422

Opportunity Village
Acct No In Re: Builder's Capital, Inc.
6300 W Oakey Blvd
Las Vegas, NV 89146-1122

Osvaldo Zunino
Acct No In Re: Builder's Capital, Inc.
3575 Tioga Way
Las Vegas, NV 89169-3340

Paige E. Warthen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Pamela D. Tierney
Acct No In Re: Builder's Capital, Inc.
8306 Lexford St
Las Vegas, NV 89123-0844

Pamela Hershey
Acct No In Re: Builder's Capital, Inc.
7925 McDowell Dr
Las Vegas, NV 89129-5533

Pasquale M. Palmieri
Acct No In Re: Builder's Capital, Inc.
180 E Hickory St
Pahrump, NV 89048-9124

Patricia A. Carpenter
Acct No In Re: Builder's Capital, Inc.
690 E Patriot Blvd, Apt 286
Reno, NV 89511-1240

Patricia A. Darnold
Acct No In Re: Builder's Capital, Inc.
2061 Sapphire Valley Ave
Henderson, NV 89074-1533

Patricia A. Darnold
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Patricia Allen Knight
Acct No In Re: Builder's Capital, Inc.
7400 Picardie Ln
Las Vegas, NV 89123-1260

Patricia Deverell
Acct No In Re: Builder's Capital, Inc.
9124 Eagle Ridge Dr
Las Vegas, NV 89134-6309

Patricia E. Von Euw
Acct No In Re: Builder's Capital, Inc.
7431 Lintwhite St
North Las Vegas, NV 89084-2500

Patricia Harris
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Patricia Harris
Acct No In Re: Builder's Capital, Inc.
9749 Lost Colt Cir
Las Vegas, NV 89117-6650

Patricia Hohbein
Acct No In Re: Builder's Capital, Inc.
1579 E Dalton Ave
Dalton Gardens, ID 83815-9624

Patricia Iturriaga
Acct No In Re: Builder's Capital, Inc.
808 W Grondahl St, Apt F
Covina, CA 91722-1347

Patricia Iturriaga
Acct No In Re: Builder's Capital, Inc.
PO Box 420
Onaga, KS 66521-0420

Patricia J. Fowler
Acct No In Re: Builder's Capital, Inc.
12774 Winery Way
Fishers, IN 46037-7351

Patricia J. Morford
Acct No In Re: Builder's Capital, Inc.
1713 Lamplighter Ln
Las Vegas, NV 89104-3722

Patricia L. Keenan
Acct No In Re: Builder's Capital, Inc.
4201 Topanga Canyon Blvd, SPC 68
Woodland Hills, CA 91364-5257

Patricia R. Sundell
Acct No In Re: Builder's Capital, Inc.
29511 Via Alto Cerro
Laguna Niguel, CA 92677-1811

Patricia R. Sundell
Acct No In Re: Builder's Capital, Inc.
P.O. Box 420
Onaga, KS 66521-0420

Patricia S. Lavanhar
Acct No In Re: Builder's Capital, Inc.
7634 Sudan Ct
Las Vegas, NV 89149-6496

Patricia Stoebling
Acct No In Re: Builder's Capital, Inc.
1644 Wellington Springs Ave
Henderson, NV 89052-6884

Patricia Swetkovich
Acct No In Re: Builder's Capital, Inc.
3805 Ranch Crest Dr
Reno, NV 89509-6872

Patricia Wilkins
Acct No In Re: Builder's Capital, Inc.
3206 E Bonview Dr
Salt Lake City, UT 84109-3704

Patrick Dermody
Acct No In Re: Builder's Capital, Inc.
954 Roseberry Dr
Las Vegas, NV 89138-7580

Patrick G. Lynch
Acct No In Re: Builder's Capital, Inc.
6175 Jutland Ave
Las Vegas, NV 89122-3473

Patrick Holmes
Acct No In Re: Builder's Capital, Inc.
22235 Frontier Rd
Clovis, CA 93619-9605

Patrick J. Dreikosen
Acct No In Re: Builder's Capital, Inc.
9321 Queen Charlotte Dr
Las Vegas, NV 89145-8709

Patrick Kelley
Acct No In Re: Builder's Capital, Inc.
P.O. Box 451
Pioche, NV 89043-0451

Patrick Rich
Acct No In Re: Builder's Capital, Inc.
27810 Forester Dr
Bonita Springs, FL 34134-3805

Patsy F. Sheldon
Acct No In Re: Builder's Capital, Inc.
2472 Calvert City Dr
Henderson, NV 89052-7131

Pattie Montgomery
Acct No In Re: Builder's Capital, Inc.
9811 W Charleston Blvd, STE 2-545
Las Vegas, NV 89117-7528

Patty Eggleston
Acct No In Re: Builder's Capital, Inc.
5670 Edna Ave
Las Vegas, NV 89146-6840

Patty F. Coffland
Acct No In Re: Builder's Capital, Inc.
Patricia K. McGalliard
1826 15th St
Lewiston, ID 83501-3978

Paul A. Styer
Acct No In Re: Builder's Capital, Inc.
230 Biltmore Ct
Alamo, CA 94507-2303

Paul A. Styer
Acct No In Re: Builder's Capital, Inc.
4665 Business Center Dr
Fairfield, CA 94534-1675

Paul Baglia
Acct No In Re: Builder's Capital, Inc.
1110 3rd St
Windsor, CO 80550-5704

Paul Baglia
Acct No In Re: Builder's Capital, Inc.
5620 Fossil Creek Pkwy, Unit 3250
Fort Collins, CO 80525-7133

Paul Edwards
Acct No In Re: Builder's Capital, Inc.
P.O. Box 5065
Bend, OR 97708-5065

Paul H. Palmer
Acct No In Re: Builder's Capital, Inc.
907 Squaw Peak Dr
Henderson, NV 89014-0356

Paul Howarth
Acct No In Re: Builder's Capital, Inc.
6 Mountain Cove Ct
Henderson, NV 89052-6680

Paul Kellogg
Acct No In Re: Builder's Capital, Inc.
9065 S Pecos Rd, STE 120
Henderson, NV 89074-7188

Paul L Beaudry
Acct No In Re: Builder's Capital, Inc.
589 Highline Dr, Apt 109
East Wenatchee, WA 98802-5499

Paul L. Hesselgesser
Acct No In Re: Builder's Capital, Inc.
229 N Pecos Rd, STE 110
Henderson, NV 89074-7364

Paul L. Larsen
Acct No In Re: Builder's Capital, Inc.
4043 S Eastern Ave
Las Vegas, NV 89119-5101

Paul Marshall
Acct No In Re: Builder's Capital, Inc.
446 McKinley St SE
Salem, OR 97302-4853

Paul Scartezina
Acct No In Re: Builder's Capital, Inc.
945 N Stone Ave
Tucson, AZ 85705-7746

Paulina Biggs Sparkuhl
Acct No In Re: Builder's Capital, Inc.
1930 Village Center Cir, # 3-711
Las Vegas, NV 89134-6299

Pauline Schwamb
Acct No In Re: Builder's Capital, Inc.
6490 S McCarran Blvd, STE D28
Reno, NV 89509-6124

Penelope Dennis
Acct No In Re: Builder's Capital, Inc.
2166 Colvin Run Dr
Henderson, NV 89052-7051

Penny I. Marks
Acct No In Re: Builder's Capital, Inc.
50 Ruby Avenue
Eugene, OR 97404-2025

Pension Benefit Guaranty Corp.
Acct No 88-0387521 PN 001
Department 77430
P.O. Box 77000
Detroit, MI 48277-2000

Percy L. Julien
Acct No In Re: Builder's Capital, Inc.
2730 Cherrydale Falls Dr
Henderson, NV 89052-7004

Pete Carboni
Acct No In Re: Builder's Capital, Inc.
408 Arizona St
Boulder City, NV 89005-2808

Pete Kubena
Acct No In Re: Builder's Capital, Inc.
Re: NT7504436
100 E Thousand Oaks Blvd
Thousand Oaks, CA 91360-5713

Peter Alan Holmes
Acct No In Re: Builder's Capital, Inc.
3235 Circle Ct W
Fresno, CA 93703-2407

Peter Gordon
Acct No In Re: Builder's Capital, Inc.
11737 Stonewall Springs Ave
Las Vegas, NV 89138-1577

Peter Mamchur
Acct No In Re: Builder's Capital, Inc.
70101-6403 Bowness Road NW
Calgary, AB T3B 0E6-
CANADA

Peter Newton
Acct No In Re: Builder's Capital, Inc.
8453 Cabin Peak St
Las Vegas, NV 89123-2840

Peter Wu
Acct No In Re: Builder's Capital, Inc.
2732 Monrovia Dr
Las Vegas, NV 89117-0509

Philip Engel
Acct No In Re: Builder's Capital, Inc.
1601 Houssels Ave
Las Vegas, NV 89104-1434

Philip Engel
Acct No In Re: Builder's Capital, Inc.
8013 W Spanish Peak
Littleton, CO 80127-3484

Philip T. Varricchio
Acct No In Re: Builder's Capital, Inc.
2173 Silent Echoes Dr
Henderson, NV 89044-0182

Phyllis G. Axelrod
Acct No In Re: Builder's Capital, Inc.
11982 Kiowa Ave, Apt 101
Los Angeles, CA 90049-5980

Pierre Forest
Acct No In Re: Builder's Capital, Inc.
1386 Porter Dr
Minden, NV 89423-9088

Pioneer Plumbing
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd, STE 300
Las Vegas, NV 89103-3307

PLUSFOUR INC.
Acct No 5164086
6345 S Pecos Rd, STE 212
Las Vegas, NV 89120-6224

Portfolio Recovery Affiliates
Acct No FIAC88900999270
140 Corporate Blvd
Norfolk, VA 23502-4952

Procter J. Hug
Acct No In Re: Builder's Capital, Inc.
4785 Caughlin Pkwy
Reno, NV 89519-0906

PV LAND INVESTMENTS, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Reid Rubinstein & Bogatz
300 S. 4th St, STE 830
LAS VEGAS, NV 89101-6040

R. Mark Warthen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Ralph H. Gammon
Acct No In Re: Builder's Capital, Inc.
904 S Valley View Blvd
Las Vegas, NV 89107-4412

Ralph L. Perry
Acct No In Re: Builder's Capital, Inc.
4875 Impressario Ct
Las Vegas, NV 89149-4770

Ralron Capital Corp.
Acct No Re: Ralron vs. Brockman
c/o Law Offices of Brian Shapiro
228 S 4th St, STE 300
Las Vegas, NV 89101-5709

Randal S. Kuckenmeister
Acct No In Re: Builder's Capital, Inc.
140 Cogorno Way
Carson City, NV 89703-5414

Randi Langford Hetrick
Acct No In Re: Builder's Capital, Inc.
First Trust Company of Onaga
301 Leonard St
Onaga, KS 66521-9485

Randolph A. Burke
Acct No In Re: Builder's Capital, Inc.
1720 Plata Pico Dr
Las Vegas, NV 89128-7360

Ray H. Dawson
Acct No In Re: Builder's Capital, Inc.
8328 S Roosevelt St
Midvale, UT 84047-7531

Ray L. Henriksen
Acct No In Re: Builder's Capital, Inc.
6532 Deer Springs Way
Las Vegas, NV 89131-3123

Raymond A. Sundell
Acct No In Re: Builder's Capital, Inc.
301 Leonard St
Onaga, KS 66521-9485

Raymond A. Sundell
Acct No In Re: Builder's Capital, Inc.
c/o Patricia Sundell
29511 Via Alto Cerro
Laguna Niguel, CA 92677-1811

Raymond Alfonzo
Acct No In Re: Builder's Capital, Inc.
8880 Wallaby Ln
Las Vegas, NV 89123-3074

Raymond C. Rude
Acct No In Re: Builder's Capital, Inc.
645 Sierra Rose Dr, STE 101
Reno, NV 89511-4025

Raymond D. Legarza
Acct No In Re: Builder's Capital, Inc.
P.O. Box 122
Orovada, NV 89425-0122

Raymond Fischer
Acct No In Re: Builder's Capital, Inc.
P.O. Box 138
Sheridan, MT 59749-0138

Raymond H. Hornberger
Acct No In Re: Builder's Capital, Inc.
1834 Scarborough Dr
Columbia, MO 65201-9254

Raymond H. Hornberger
Acct No In Re: Builder's Capital, Inc.
2504 Basswood Ct
Columbia, MO 65203-0696

Raymond Mirrer
Acct No In Re: Builder's Capital, Inc.
4457 Alto Verde Dr
Las Vegas, NV 89119-7806

Raymond Rude
Acct No In Re: Builder's Capital, Inc.
645 Sierra Rose Dr, STE 101
Reno, NV 89511-4025

Raymond Rude
Acct No In Re: Builder's Capital, Inc.
6490 S McCarran Blvd, STE D28
Reno, NV 89509-6124

Raymond Siuba
Acct No In Re: Builder's Capital, Inc.
10406 Glowing Cove Ave
Las Vegas, NV 89129-3243

Rebecca Burnett
Acct No In Re: Builder's Capital, Inc.
2838 Dawn Crossing Dr
Henderson, NV 89074-7022

Rebecca S. Bryant
Acct No In Re: Builder's Capital, Inc.
HCR 33, Box 2721
Las Vegas, NV 89161-9206

Rebecca Stadtlander
Acct No In Re: Builder's Capital, Inc.
11251 Campsie Fells Ct
Las Vegas, NV 89141-4341

Reginald Misquitta
Acct No In Re: Builder's Capital, Inc.
10561 Abisso Dr
Las Vegas, NV 89135-2574

REGISTERED AGENTS LEGAL SERVICE
Acct No xxxxxxxxxxx2901
c/o CREDIGY ACQUISTION CORP
2877 PARADISE RD UNIT 303
LAS VEGAS, NV 89109-5239

Reinaldo Zorrilla
Acct No In Re: Builder's Capital, Inc.
3561 Casey Dr
Las Vegas, NV 89120-1262

Reinaldo Zorrilla
Acct No In Re: Builder's Capital, Inc.
P.O. Box 11305
Las Vegas, NV 89111-1305

Remo Bedotta
Acct No In Re: Builder's Capital, Inc.
c/o Conway, Stuart, & Woodbury
4021 Meadows Ln
Las Vegas, NV 89107-3117

Renata Z. Cieslak
Acct No In Re: Builder's Capital, Inc.
3459 Ridge Meadow St
Las Vegas, NV 89135-7827

Rene Blanchard
Acct No In Re: Builder's Capital, Inc.
2108 Bay Tree Dr
Las Vegas, NV 89134-5236

Rene D. Ediosmo
Acct No In Re: Builder's Capital, Inc.
1386 Porter Dr
Minden, NV 89423-9088

Rene Raynes
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Renee Johnson
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Renee Presto
Acct No In Re: Builder's Capital, Inc.
1792 Solitude Ln
Gardnerville, NV 89410-6696

Rhoda Chichester
Acct No In Re: Builder's Capital, Inc.
P.O. Box 155
Gardnerville, NV 89410-0155

Rhoda Ellis
Acct No In Re: Builder's Capital, Inc.
13448 W Coperstone Dr
Sun City West, AZ 85375-4821

Rialto Capital
Acct No In Re: Builder's Capital, Inc.
MULTIBANK 2009-1 RES-ADC VENTURE LLC
790 NW 107th AVE, STE 400
MIAMI, FL 33172

Richard A. Miller
Acct No In Re: Builder's Capital, Inc.
1203 N Kings Rd, Apt 306
Los Angeles, CA 90069-2875

Richard B. Paul
Acct No In Re: Builder's Capital, Inc.
414 Kehoe Ave
Half Moon Bay, CA 94019-1418

Richard Bohn
Acct No In Re: Builder's Capital, Inc.
2385 Windmill Ln, PMB 267
Las Vegas, NV 89123-2037

Richard Bohn
Acct No In Re: Builder's Capital, Inc.
P.O. Box 620696
Las Vegas, NV 89162-0696

Richard Charles Kaphengst
Acct No In Re: Builder's Capital, Inc.
11341 Espadrille Ct
Las Vegas, NV 89138-7558

Richard Darnold
Acct No In Re: Builder's Capital, Inc.
8100 Greenwich Ct
Las Vegas, NV 89129-7364

Richard Daugherty
Acct No In Re: Builder's Capital, Inc.
29499 Leola River Rd
Pollock, SD 57648-6105

Richard E. Ferre
Acct No In Re: Builder's Capital, Inc.
1711 Window Rock Dr
Henderson, NV 89074-1769

Richard E. Lash
Acct No In Re: Builder's Capital, Inc.
9324 Quail Ridge Dr
Las Vegas, NV 89134-8924

Richard Enos
Acct No In Re: Builder's Capital, Inc.
4539 Northwind Ct
Sparks, NV 89436-4657

Richard Fitzpatrick
Acct No In Re: Builder's Capital, Inc.
2812 El Camino Rd
Las Vegas, NV 89146-5223

Richard Gross
Acct No In Re: Builder's Capital, Inc.
3000 Island Blvd, Apt 807
Aventura, FL 33160-4924

Richard I. Redmond
Acct No In Re: Builder's Capital, Inc.
2251 N Rampart Blvd, # 320
Las Vegas, NV 89128-7640

Richard Krupp
Acct No In Re: Builder's Capital, Inc.
2321 Sky Valley St, STE I
Henderson, NV 89052-7105

Richard L. Bowman
Acct No In Re: Builder's Capital, Inc.
10500 Valley Dr
Plymouth, CA 95669-9515

Richard L. Gilbert
Acct No In Re: Builder's Capital, Inc.
10021 Cambridge Blue Ave
Las Vegas, NV 89147-7718

Richard L. Nelson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 26683
Scottsdale, AZ 85255-0128

Richard Middlested
Acct No In Re: Builder's Capital, Inc.
5670 Valley View Rd
Mariposa, CA 95338-9675

Richard Middlested
Acct No In Re: Builder's Capital, Inc.
P.O. Box 1441
Mariposa, CA 95338-1441

Richard N. Anderson
Acct No In Re: Builder's Capital, Inc.
15512 Quicksilver Dr
Reno, NV 89511-8147

Richard Nelson
Acct No In Re: Builder's Capital, Inc.
P.O. Box 26683
Scottsdale, AZ 85255-0128

Richard Nevins
Acct No In Re: Builder's Capital, Inc.
1547 Bob Goalby Ln
El Paso, TX 79935-4301

Richard Parmenter
Acct No In Re: Builder's Capital, Inc.
162 Hobble Creek Cyn
Springville, UT 84663-9508

Richard Seeley
Acct No In Re: Builder's Capital, Inc.
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Richard T. Pappas
Acct No In Re: Builder's Capital, Inc.
3516 Tuscany Village Dr
Las Vegas, NV 89129-2115

Richard Ted Kaphengst
Acct No In Re: Builder's Capital, Inc.
4428 Sunny Dunes Dr
Las Vegas, NV 89121-5045

Richard W. Middlested
Acct No In Re: Builder's Capital, Inc.
6111 Churchfield Blvd, Apt 3
Las Vegas, NV 89103-4542

Rick Beene
Acct No In Re: Builder's Capital, Inc.
1962 Nuevo Rd
Henderson, NV 89014-4536

Rick Beene
Acct No In Re: Builder's Capital, Inc.
c/o Sierra Financial Service
3860 GS Richards Blvd
Carson City, NV 89703-8422

Rita J. McCune
Acct No In Re: Builder's Capital, Inc.
3389 Skyline Blvd
Reno, NV 89509-5673

Robert Bauter
Acct No In Re: Builder's Capital, Inc.
California National Bank
c/o Polycomp
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Robert C. Battelle
Acct No In Re: Builder's Capital, Inc.
P.O. Box 3827
Wickenberg, AZ 85358-3827

Robert C. Bisnett
Acct No In Re: Builder's Capital, Inc.
10543 Garden Rose Dr
Las Vegas, NV 89135-2836

Robert Conkling
Acct No In Re: Builder's Capital, Inc.
P.O. Box 2346
Grants Pass, OR 97528-0207

Robert D. Plimpton
Acct No In Re: Builder's Capital, Inc.
18410 Lake Vista Rd
Washoe Valley, NV 89704-9668

Robert Dorfler
Acct No In Re: Builder's Capital, Inc.
20 Walker Rd
Burgettstown, PA 15021-2507

Robert E. Kowalski
Acct No In Re: Builder's Capital, Inc.
5523 Foothill Dr
Agoura, CA 91301-2233

Robert E. Watson
Acct No In Re: Builder's Capital, Inc.
42425 Castle Harbour Ct
Indio, CA 92203-1722

Robert E. Whitcomb
Acct No In Re: Builder's Capital, Inc.
1911 Golden Vista Dr
Las Vegas, NV 89123-2555

Robert F. Joslin
Acct No In Re: Builder's Capital, Inc.
21 Quail Run Rd
Henderson, NV 89014-2150

Robert Ferra
Acct No In Re: Builder's Capital, Inc.
5122 Blissful Valley Cir
Las Vegas, NV 89149-5261

Robert Fleury
Acct No In Re: Builder's Capital, Inc.
2802 Ward Dr
Benton, AK 72019-9014

Robert Friedman
Acct No In Re: Builder's Capital, Inc.
3241 Sitio Montiecello
Carlsbad, CA 92009-6091

Robert Friedman
Acct No In Re: Builder's Capital, Inc.
First Savings Bank
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Robert Fuller
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Robert Goffstein
Acct No In Re: Builder's Capital, Inc.
1440 MacDonald Ranch Dr
Henderson, NV 89012-7147

Robert Goffstein
Acct No In Re: Builder's Capital, Inc.
PO Box 420
Onaga, KS 66521-0420

Robert H. Muccigrosso
Acct No In Re: Builder's Capital, Inc.
10704 Baylark Ave
Las Vegas, NV 89134-5237

Robert Hopkins
Acct No In Re: Builder's Capital, Inc.
32 River Vista Dr
Dayton, NV 89403-6782

Robert I. Friedman
Acct No In Re: Builder's Capital, Inc.
3241 Sitio Montecillo
Carlsbad, CA 92009-6091

Robert J. Smeath
Acct No In Re: Builder's Capital, Inc.
4900 Rio Pinar Dr
Reno, NV 89509-5773

Robert K. Speers
Acct No In Re: Builder's Capital, Inc.
P.O. Box 10785
Zephyr Cove, NV 89448-2785

Robert L. Cardwell, Esq.
Acct No A-13-692399-C
9494 W Flamingo Rd, STE 101
Las Vegas, NV 89147-5718

Robert L. Chichester
Acct No In Re: Builder's Capital, Inc.
1550 Long Bow Ct
Gardnerville, NV 89410-5612

Robert L. Chichester
Acct No In Re: Builder's Capital, Inc.
P.O. Box 155
Gardnerville, NV 89410-0155

Robert L. Hadley
Acct No In Re: Builder's Capital, Inc.
2808 Youngdale Dr
Las Vegas, NV 89134-7865

Robert L. Ogren
Acct No In Re: Builder's Capital, Inc.
3768 Rick Stratton Dr
Las Vegas, NV 89120-2647

Robert L. Schofield
Acct No In Re: Builder's Capital, Inc.
2147 Fort Halifax St
Henderson, NV 89052-8552

Robert LaCroix
Acct No In Re: Builder's Capital, Inc.
4924 Rancho Bernardo Way
Las Vegas, NV 89130-2015

Robert LaCroix
Acct No In Re: Builder's Capital, Inc.
P.O. Box 29
Clearlake Oaks, CA 95423-0029

Robert Landree
Acct No In Re: Builder's Capital, Inc.
5300 E Desert Inn Rd, UNIT 14
Las Vegas, NV 89122-4031

Robert Law
Acct No In Re: Builder's Capital, Inc.
c/o James Pfrommer
6490 S McCarran Blvd, STE D28
Reno, NV 89509-6124

Robert Lundberg
Acct No In Re: Builder's Capital, Inc.
340 E 300 N
Manti, UT 84642-1152

Robert M. Gatewood
Acct No In Re: Builder's Capital, Inc.
2904 Delano Dr
Henderson, NV 89074-6516

Robert M. Nieder
Acct No In Re: Builder's Capital, Inc.
8 Glenmoor Cir
Englewood, CO 80113-7121

Robert MacKay
Acct No In Re: Builder's Capital, Inc.
1600 Mount Rose Hwy
Reno, NV 89511-6009

Robert Medeiros
Acct No In Re: Builder's Capital, Inc.
4245 Meadowgate Trl
Reno, NV 89519-7930

Robert Metenjies
Acct No In Re: Builder's Capital, Inc.
4034 Spitze Dr
Las Vegas, NV 89103-2404

Robert Mohr
Acct No In Re: Builder's Capital, Inc.
1052 Calico Ridge Dr
Henderson, NV 89011-3009

Robert Plimpton
Acct No In Re: Builder's Capital, Inc.
18410 Lake Vista Rd
Washoe Valley, NV 89704-9668

Robert Rubin
Acct No In Re: Builder's Capital, Inc.
4960 Ore Bed Rd
Mansfield, PA 16933-9025

Robert S. Jaye
Acct No In Re: Builder's Capital, Inc.
2700 Gilmary Ave
Las Vegas, NV 89102-2083

Robert S. Speckert
Acct No In Re: Builder's Capital, Inc.
2128 Red Dawn Sky St
Las Vegas, NV 89134-5538

Robert Sargent
Acct No In Re: Builder's Capital, Inc.
1313 S 3rd Ave
Beatrice, NE 68310-4814

Robert Seltzer
Acct No In Re: Builder's Capital, Inc.
4919 Van Noord Ave
Sherman Oaks, CA 91423-2213

Robert Strimling
Acct No In Re: Builder's Capital, Inc.
9516 Tournament Canyon Dr
Las Vegas, NV 89144-0823

Robert Sweat
Acct No In Re: Builder's Capital, Inc.
1388 Lavine Dr
Pocatello, ID 83201-2941

Robert T. Harry
Acct No In Re: Builder's Capital, Inc.
2817 Queens Courtyard Dr
Las Vegas, NV 89109-1562

Robert T. Heck, Jr.
Acct No In Re: Builder's Capital, Inc.
8342 Sailing Loop
Lake Wood Ranch, FL 34202-2224

Robert Tracht
Acct No In Re: Builder's Capital, Inc.
560 Ferol Way
Reno, NV 89503-4028

Robert Watson
Acct No In Re: Builder's Capital, Inc.
1150 Pinion Hills Dr
Carson City, NV 89701-9356

Roberta E. Alldis
Acct No In Re: Builder's Capital, Inc.
140 Heidi Cir
Carson City, NV 89701-6531

Robin Bradley / Larsen
Acct No In Re: Builder's Capital, Inc.
32923 NW Pekin Ferry Rd
Ridgefield, WA 98642-9793

Rod Smith
Acct No In Re: Builder's Capital, Inc.
7450 Bryan Canyon Rd
Washoe Valley, NV 89704-9588

Rod Smith
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Roger L. Erickson
Acct No In Re: Builder's Capital, Inc.
Erickson, Thorpe, Swainston, LTD
99 W Arroyo St
Reno, NV 89509-2802

Roger Szepelak
Acct No In Re: Builder's Capital, Inc.
5840 N Bonita Vista St
Las Vegas, NV 89149-3911

Roland Sturm
Acct No In Re: Builder's Capital, Inc.
5647 Centennial Center Blvd, # 230
Las Vegas, NV 89149-7104

Ron Mercaldo
Acct No In Re: Builder's Capital, Inc.
11670 E Broadway Blvd
Tucson, AZ 85748-6917

Ron Nelson
Acct No In Re: Builder's Capital, Inc.
3240 S Torrey Pines Dr
Las Vegas, NV 89146-9530

Ronald A. Olsen
Acct No In Re: Builder's Capital, Inc.
639 Via Costa Rica
Vista, CA 92081-6353

Ronald Babey
Acct No In Re: Builder's Capital, Inc.
375 Old Washoe Cir
Carson City, NV 89704-9511

Ronald C. Bloxham
Acct No In Re: Builder's Capital, Inc.
7165 Bridgeview Ave
Las Vegas, NV 89147-4561

Ronald Neldner
Acct No In Re: Builder's Capital, Inc.
5524 Apache Wells Way
Las Vegas, NV 89130-2096

Ronald Schwab
Acct No In Re: Builder's Capital, Inc.
73 Smokestone Ct
Las Vegas, NV 89110-5237

Ronald Sharpe
Acct No In Re: Builder's Capital, Inc.
6811 San Ricardo Ave, Unit 204
Las Vegas, NV 89146-0871

Ronald Zuti
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Adminstrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Rosalind L. Stark
Acct No In Re: Builder's Capital, Inc.
10905 Clarion Ln
Las Vegas, NV 89134-5504

Rose Ann Greenfield
Acct No In Re: Builder's Capital, Inc.
7950 Exeter Cir E
Tamarac, FL 33321-8793

Rosina DePasquale
Acct No In Re: Builder's Capital, Inc.
5 Joanne Ave
Seneca Falls, NY 13148-2209

Ross J. Chichester
Acct No In Re: Builder's Capital, Inc.
P.O. Box 884
Minden, NV 89423-0884

Roy G. Ragodos
Acct No In Re: Builder's Capital, Inc.
3832 Triora St
Las Vegas, NV 89129-2711

Roy L. Bowers
Acct No In Re: Builder's Capital, Inc.
4555 Saddlehorn Drive
Reno, NV 89511-6735

Rudolf Wolf
Acct No In Re: Builder's Capital, Inc.
PO Box 61175
Las Vegas, NV 89160-1175

Russel E. Warthen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Russel Warthen
Acct No In Re: Builder's Capital, Inc.
3025 E Sahara Ave
Las Vegas, NV 89104-4315

Russell Williams
Acct No In Re: Builder's Capital, Inc.
4500 Del Pappa Ct
Las Vegas, NV 89130-5280

Ruth Boyd
Acct No In Re: Builder's Capital, Inc.
P.O. Box 750729
Las Vegas, NV 89136-0729

Ruth M. Olden
Acct No In Re: Builder's Capital, Inc.
2264 Red Rock St
Las Vegas, NV 89146-3119

Ruth Ripson
Acct No In Re: Builder's Capital, Inc.
3860 GS Richards Blvd
Carson City, NV 89703-8422

Ruth Ripson
Acct No In Re: Builder's Capital, Inc.
660 W Pueblo St
Reno, NV 89509-2762

Rutt K. Premsrirut
Acct No In Re: Builder's Capital, Inc.
5640 W Post Rd
Las Vegas, NV 89118-3445

Ryan Houchin
Acct No In Re: Builder's Capital, Inc.
1946 W Rattlesnake Dr
Meridian, ID 83646-5626

SAGUARO EQUITIES, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Sam C. Capra
Acct No In Re: Builder's Capital, Inc.
8613 Abanico Ct
Las Vegas, NV 89117-1194

Sam J. Maceri
Acct No In Re: Builder's Capital, Inc.
2820 Rivard St
Detroit, MI 48207-4818

Sam J. Maceri
Acct No In Re: Builder's Capital, Inc.
31401 N River Rd
Harrison Township, MI 48045-1465

Sam Schmidt
Acct No In Re: Builder's Capital, Inc.
37 Rue Mediterra Dr
Henderson, NV 89011-2011

Samuel B. Miles
Acct No In Re: Builder's Capital, Inc.
8040 Pandur Street
Las Vegas, NV 89131-4699

Samuel Contreras
Acct No In Re: Builder's Capital, Inc.
717 Elm St
Carson City, NV 89703-4938

Samuel G. Kellogg
Acct No In Re: Builder's Capital, Inc.
6717 Highway 291
Nine Miles Falls, WA 99026-9551

Sandra Baker
Acct No In Re: Builder's Capital, Inc.
73 Smokestone Ct
Las Vegas, NV 89110-5237

Sandra Cohen
Acct No In Re: Builder's Capital, Inc.
8024 Secret Harbor Ct
Las Vegas, NV 89128-6887

Sandra J. Nixon
Acct No In Re: Builder's Capital, Inc.
14700 E 88th Pl N, Apt 2006
Owasso, KS 74055-4946

Sandra L. Sharp
Acct No In Re: Builder's Capital, Inc.
HC 60, Box 495
Ruby Valley, NV 89833-9801

Sandra N. Sept
Acct No In Re: Builder's Capital, Inc.
P.O. Box 17011
Missoula, MT 59808-7011

Sandra Rolfe
Acct No In Re: Builder's Capital, Inc.
3455 Cashill Blvd
Reno, NV 89509-5022

Sara G. Richtman
Acct No In Re: Builder's Capital, Inc.
15000 Halldale Ave, Apt 214
Gardena, CA 90247-3156

Sarah Kaplan
Acct No In Re: Builder's Capital, Inc.
3275 Cashill Blvd
Reno, NV 89509-5019

Scott Heaton
Acct No In Re: Builder's Capital, Inc.
P.O. Box 605
Carson City, NV 89702-0605

Scott J. Heaton
Acct No In Re: Builder's Capital, Inc.
c/o Sierra Financial Advisors
3860 GS Richards Blvd
Carson City, NV 89703-8422

Sean & Shelly Cunningham
Acct No In Re: Builder's Capital, Inc.
132 Delighted Avenue
North Las Vegas, NV 89031-1394

Sean Houchin
Acct No In Re: Builder's Capital, Inc.
1946 W Rattlesnake Dr
Meridian, ID 83646-5626

SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
Washington, DC 20220-0002

Serafina Anfuso
Acct No In Re: Builder's Capital, Inc.
1150 Pinion Hills Dr
Carson City, NV 89701-9356

Serafina Anfuso
Acct No In Re: Builder's Capital, Inc.
1320 Seacoast Dr, Unit H
Imperial Beach, CA 91932-3164

Shannon W. Samuels
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Sharon Huit
Acct No In Re: Builder's Capital, Inc.
4043 S Eastern Ave
Las Vegas, NV 89119-5101

Sharon K. Gasper
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Admisntrative Servides
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Sharon Lane
Acct No In Re: Builder's Capital, Inc.
P.O. Box 8298
Spring Creek, NV 89815-0005

Sharon Smith
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Adminstrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2446

Shawn Gutierrez
Acct No In Re: Builder's Capital, Inc.
3191 Westwind Rd
Las Vegas, NV 89146-6765

Sheila Rothberg
Acct No In Re: Builder's Capital, Inc.
21 Randolph Dr
Dix Hills, NY 11746-8307

Sheldon J. Gordon
Acct No In Re: Builder's Capital, Inc.
10301 Wellside Hill Ave
Las Vegas, NV 89145-8813

Shelly Nelson
Acct No In Re: Builder's Capital, Inc.
977 Holly Ave
Rohnert Park, CA 94928-1482

Sherri Kesterson
Acct No In Re: Builder's Capital, Inc.
3695 White Ridge Dr
St. George, UT 84790-6632

Sherry Lamph
Acct No In Re: Builder's Capital, Inc.
9700 Verlaine Ct
Las Vegas, NV 89145-8695

Shirley
Acct No In Re: Builder's Capital, Inc.
c/o Robert J Smeath, Kafoury Armstrong
6140 Plumas St
Reno, NV 89509-6060

Shirley A. Shideler
Acct No In Re: Builder's Capital, Inc.
9320 E Center Ave, Apt 9A
Denver, CO 80247-1284

Shirley Dana
Acct No In Re: Builder's Capital, Inc.
2304 Jeanne Drive
Las Vegas, NV 89108-3172

Shirley Mitchell
Acct No In Re: Builder's Capital, Inc.
4700 Pinesprings Dr
Reno, NV 89509-6501

Shui Chun Yu
Acct No In Re: Builder's Capital, Inc.
3255 Westwind Rd
Las Vegas, NV 89146-6750

Sierra Health Services, Inc.
Acct No In Re: Builder's Capital, Inc.
Attn: Tim Coulter
2724 N Tenaya Way
Las Vegas, NV 89128-0424

Silva Rehm
Acct No In Re: Builder's Capital, Inc.
54 Callie Ln
Menlo Park, CA 94025-1701

SMS Financial
Acct No In Re: Builder's Capital, Inc.
Attn: Chris Kahler
2645 N 7th Ave
Phoenix, AZ 85007-1101

Somphool Premsrirut
Acct No In Re: Builder's Capital, Inc.
5640 W. Post Rd
Las Vegas, NV 89118-3445

SOUTHWEST DESERT EQUITIES LLC
Acct No In Re: Builder's Capital, Inc.
c/o Reid Rubinstein Bogatz
300 S 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Southwest Separate Property Trust
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd, STE 300
Las Vegas, NV 89103-3307

Southwest Separate Property Trust
Acct No In Re: Builder's Capital, Inc.
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Spencer D. Armuth
Acct No In Re: Builder's Capital, Inc.
4555 Saddlehorn Dr
Reno, NV 89511-6735

Stacey Yahraus
Acct No In Re: Builder's Capital, Inc.
510 Beneficial Pl
Henderson, NV 89012-7231

Stacie Adams Bradshaw-Belshaw
Acct No In Re: Builder's Capital, Inc.
Premier Trust Company
4465 S Jones Blvd
Las Vegas, NV 89103-3307

Stacy M. Campbell
Acct No In Re: Builder's Capital, Inc.
P.O. Box 40172
Tucson, AZ 85717-0172

Stan Khury
Acct No In Re: Builder's Capital, Inc.
1930 Village Center Cir, # 3-387
Las Vegas, NV 89134-6299

Stanley I. Coker
Acct No In Re: Builder's Capital, Inc.
28 Princeville Ln
Las Vegas, NV 89113-1345

Stanley Novara
Acct No In Re: Builder's Capital, Inc.
1010 Industrial Rd, # 60
Boulder City, NV 89005-1714

Stanley Zipser
Acct No In Re: Builder's Capital, Inc.
23 Seabrook Cv
Newport Beach, CA 92660-6235

Stephanie Chandler
Acct No In Re: Builder's Capital, Inc.
322 Island Reef Avenue
Henderson, NV 89012-5447

Stephen J. Sinko
Acct No In Re: Builder's Capital, Inc.
1171 Spago Ln
Henderson, NV 89052-4059

Stephen L. Capece
Acct No In Re: Builder's Capital, Inc.
11109 Pine Greens Court
Las Vegas, NV 89144-1651

Steve Brunton
Acct No In Re: Builder's Capital, Inc.
416 Pintail Ave
Grand Junction, CO 81504-6215

Steve Chamberlain
Acct No In Re: Builder's Capital, Inc.
631 Marwood Ln
Las Cruces, NM 88007-7834

Steve Miller
Acct No In Re: Builder's Capital, Inc.
6823 W Iroquois Dr
Spokane, WA 99208-9096

Steve Schirripa
Acct No In Re: Builder's Capital, Inc.
75 9th Ave, Fl 5
New York, NY 10011-7076

Steven E. Jones
Acct No In Re: Builder's Capital, Inc.
320 Glistening Cloud Dr
Henderson, NV 89012-3118

Steven Evans
Acct No In Re: Builder's Capital, Inc.
5920 Michelli Crest Way
Las Vegas, NV 89149-1239

Steven F. Miller
Acct No In Re: Builder's Capital, Inc.
6823 W Iroquois Dr
Spokane, WA 99208-9096

Steven Fink
Acct No In Re: Builder's Capital, Inc.
11708 Feinberg Pl
Las Vegas, NV 89138-1560

Steven Lewis
Acct No In Re: Builder's Capital, Inc.
510 Beneficial Pl
Henderson, NV 89012-7231

Steven Marvin Fink
Acct No In Re: Builder's Capital, Inc.
1350 N Town Center Dr, Unit 3064
Las Vegas, NV 89144-0591

Steven McQueen
Acct No In Re: Builder's Capital, Inc.
4237 La Madera Ave
El Monte, CA 91732-2005

Steven Schnell
Acct No In Re: Builder's Capital, Inc.
2142 Kantele Cir
Henderson, NV 89052-5519

Steven Scow
Acct No In Re: Builder's Capital, Inc.
612 S 7th St
Las Vegas, NV 89101-6906

SUCCOTASH, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Susan B. Battelle
Acct No In Re: Builder's Capital, Inc.
P.O. Box 3827
Wickenberg, AZ 85358-3827

Susan C. Spannaus
Acct No In Re: Builder's Capital, Inc.
3650 Gettysburg Ave S, Apt 21
St Louis Park, MN 55426-3787

Susan C. Spannaus
Acct No In Re: Builder's Capital, Inc.
5300 Vernon Ave S, Apt 117
Edina, MN 55436-2328

Susan H. Krygiell
Acct No In Re: Builder's Capital, Inc.
23 Quiet Moon Ln
Las Vegas, NV 89135-7862

Susan Jacobsen
Acct No In Re: Builder's Capital, Inc.
1704 Wincanton Dr
Las Vegas, NV 89134-6183

Susan Jacobsen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 369
Rancho Santa Fe, CA 92067-0369

Susan Karahalis
Acct No Re: Gershenson vs. Builder's C
c/o Martin & Allison Ltd.
3191 E Warm Springs Rd
Las Vegas, NV 89120-3147

Susan Karahalis
Acct No In Re: Builder's Capital, Inc.
10676 117th Way
Seminole, FL 33778-3630

Susan Krygiell
Acct No In Re: Builder's Capital, Inc.
2900 Peaceful Grove St
Las Vegas, NV 89135-1614

Susan Mohr
Acct No In Re: Builder's Capital, Inc.
1052 Calico Ridge Dr
Henderson, NV 89011-3009

Susan Stuart
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Suzanne Darnold
Acct No In Re: Builder's Capital, Inc.
2061 Sapphire Valley Ave
Henderson, NV 89074-1533

Suzanne J. Debellis
Acct No In Re: Builder's Capital, Inc.
44 Quail Hollow Dr
Henderson, NV 89014-2143

Suzanne Le. M. Nelson
Acct No In Re: Builder's Capital, Inc.
229 W Paseo De Cristobal
San Clemente, CA 92672-5434

Suzanne Liola
Acct No In Re: Builder's Capital, Inc.
1616 Leatherleaf Dr
Las Vegas, NV 89123-1944

Sven-Eric Levin
Acct No In Re: Builder's Capital, Inc.
8000 Castle Pines Ave
Las Vegas, NV 89113-1203

Sydney J. Siemens
Acct No In Re: Builder's Capital, Inc.
309 Moreton Bay Ln, Unit 2
Goleta, CA 93117-6235

Sylvia D. Robertson
Acct No In Re: Builder's Capital, Inc.
851 Linda Ln
Camano Island, WA 98282-6644

Sylvia G. Driscoll
Acct No In Re: Builder's Capital, Inc.
300 NW Hillside Pkwy
McMinnville, OR 97128-9567

Tammie B. Krosta
Acct No In Re: Builder's Capital, Inc.
2605 E Flamingo Rd
Las Vegas, NV 89121-5241

Tammy Jackson
Acct No In Re: Builder's Capital, Inc.
4080 Falling Water Dr
Reno, NV 89519-2163

Tara W. Madsen
Acct No In Re: Builder's Capital, Inc.
P.O. Box 12276
Las Vegas, NV 89112-0276

Taylor Samuels
Acct No In Re: Builder's Capital, Inc.
198 Concho Dr
Reno, NV 89521-7823

Ted Lambertson
Acct No In Re: Builder's Capital, Inc.
9716 Pyramid Way
Sparks, NV 89441-7560

Teresa Bunuel
Acct No In Re: Builder's Capital, Inc.
4714 Courtland Ln
Carmichael, CA 95608-2963

Teresa Clemens
Acct No In Re: Builder's Capital, Inc.
3139 Turtle Head Peak Dr
Las Vegas, NV 89135-1647

Teresa Clemens
Acct No In Re: Builder's Capital, Inc.
P.O. Box 93685
Las Vegas, NV 89193-3685

Teresita Fonte
Acct No In Re: Builder's Capital, Inc.
373 Wiseton Ave
Las Vegas, NV 89183-3545

Terry G. Becker
Acct No In Re: Builder's Capital, Inc.
395 S End Ave, Apt 12M
New York, NY 10280-1029

Terry J. Allen
Acct No In Re: Builder's Capital, Inc.
3090 American River Ln
Las Vegas, NV 89135-1712

Terry Lamuraglia
Acct No In Re: Builder's Capital, Inc.
8520 W Washburn Rd
Las Vegas, NV 89149-4026

Terry Ono
Acct No In Re: Builder's Capital, Inc.
1462 Danyelle Ct
Las Vegas, NV 89117-1300

Theodore Ripsom
Acct No In Re: Builder's Capital, Inc.
3860 Gs Richards Blvd
Carson City, NV 89703-8422

Theresa Blazic
Acct No In Re: Builder's Capital, Inc.
9512 Grenville Avenue
Las Vegas, NV 89134-6202

Theresa Hartke
Acct No In Re: Builder's Capital, Inc.
3520 Tuscany Village Dr
Las Vegas, NV 89129-2115

Theresa M. Slattery
Acct No In Re: Builder's Capital, Inc.
431 Drake St
Henderson, NV 89015-1768

Theresa P. Rather
Acct No In Re: Builder's Capital, Inc.
2795 Lindell Rd
Las Vegas, NV 89146-5411

Thomas A. Jackson
Acct No In Re: Builder's Capital, Inc.
6830 Tree Haven Ct
Las Vegas, NV 89146-5169

Thomas A. Seeliger
Acct No In Re: Builder's Capital, Inc.
2485 Faretto Ln
Reno, NV 89511-7601

Thomas C. Mangione
Acct No In Re: Builder's Capital, Inc.
624 Summer Mesa Dr
Las Vegas, NV 89144-1502

Thomas Hodges
Acct No In Re: Builder's Capital, Inc.
9437 Mount Bret Ave, Unit 102
Las Vegas, NV 89129-7582

Thomas J. Farano
Acct No In Re: Builder's Capital, Inc.
24 Van Keuren Ave
Bound Brook, NJ 08805-1929

Thomas J. Hosea
Acct No In Re: Builder's Capital, Inc.
9328 Steeplehill Dr
Las Vegas, NV 89117-7216

Thomas J. Page
Acct No In Re: Builder's Capital, Inc.
1632 White Dr
Las Vegas, NV 89119-0323

Thomas J. Walls
Acct No In Re: Builder's Capital, Inc.
3512 Brooks Range St
Las Vegas, NV 89129-7339

Thomas Lowry
Acct No In Re: Builder's Capital, Inc.
310 W 9th St
Hale Center, TX 79041-9474

Thomas Lowry
Acct No In Re: Builder's Capital, Inc.
P.O. Box 255
Hale Center, TX 79041-0255

Thomas M. Hausman
Acct No In Re: Builder's Capital, Inc.
3165 Westfield Cir
Las Vegas, NV 89121-3332

Thomas Murray
Acct No In Re: Builder's Capital, Inc.
1624 Stephanie Way
Minden, NV 89423-9046

Thomas Pitts
Acct No In Re: Builder's Capital, Inc.
4786 Caughlin Pkwy, STE 305
Reno, NV 89509-0912

Thomas Vitale
Acct No In Re: Builder's Capital, Inc.
21227 Huntington Ave
Harperwood, MI 48225-1805

Thomas Y. Hartley
Acct No In Re: Builder's Capital, Inc.
4380 E Oquendo Road
Las Vegas, NV 89120-2305

Tim Henderson
Acct No In Re: Builder's Capital, Inc.
164 Hubbard Way
Reno, NV 89502-3709

Tim Lowe
Acct No In Re: Builder's Capital, Inc.
1294 E 1710 S
St. George, UT 84790-2292

Timothy Burke
Acct No In Re: Builder's Capital, Inc.
HCR 33 Box 3027
Las Vegas, NV 89161

Timothy Knorzer
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2407

Timothy Russell
Acct No In Re: Builder's Capital, Inc.
16 W Sunset Way
Carson City, NV 89703-3738

Timur Ahmed
Acct No In Re: Builder's Capital, Inc.
1830 Myrtle Island Dr
Las Vegas, NV 89117-2050

Tina L. Jones
Acct No In Re: Builder's Capital, Inc.
4145 W Teco Ave
Las Vegas, NV 89118-3885

Tina Walls
Acct No In Re: Builder's Capital, Inc.
8861 W Sahara Ave, STE 220
Las Vegas, NV 89117-5865

Tobias J. Von Euw
Acct No In Re: Builder's Capital, Inc.
7431 Lintwhite St
North Las Vegas, NV 89084-2500

Toby Lamuraglia
Acct No In Re: Builder's Capital, Inc.
707 Sea Pines Ln
Las Vegas, NV 89107-2011

Toby Lamuraglia
Acct No In Re: Builder's Capital, Inc.
8530 W Washburn Rd
Las Vegas, NV 89149-4026

Todd Slusher
Acct No In Re: Builder's Capital, Inc.
5955 Edmond St.
Las Vegas, NV 89118-2856

Tom H. Dudley
Acct No In Re: Builder's Capital, Inc.
P.O. Box 2236
Carson City, NV 89702-2236

Tom Shanle
Acct No In Re: Builder's Capital, Inc.
418 Morrissey Blvd.
Santa Cruz, CA 95062-1258

Tonya Walls
Acct No In Re: Builder's Capital, Inc.
1897 S Londoner Way
Boise, ID 83706-3909

Tracy Clark
Acct No In Re: Builder's Capital, Inc.
9546 Castillana Ct
Las Vegas, NV 89147-8210

Tracy Fisher-Cox
Acct No In Re: Builder's Capital, Inc.
901 Brutscher St, STE 205
Newberg, OR 97132-2081

Tracy Friedman
Acct No In Re: Builder's Capital, Inc.
29423 Ana Marie Lane
Laguna Niguel, CA 92677-1735

Tricia Beaudry
Acct No In Re: Builder's Capital, Inc.
6629 Pine Siskin Pl
North Las Vegas, NV 89084-3509

Troy Smith
Acct No In Re: Builder's Capital, Inc.
7060 Schirlls Street
Las Vegas, NV 89118-5160

Troy Wandler
Acct No In Re: Builder's Capital, Inc.
2685 S Edmonds Dr
Carson City, NV 89701-5848

Tyler D. Bills
Acct No In Re: Builder's Capital, Inc.
4671 W Black Elk Way
West Jordan, UT 84088-2397

```
UNITED STATES ATTORNEY'S OFFICE
ATTN: CIVIL PROCESS CLERK
333 LAS VEGAS BLVD S STE 5000
Las Vegas, NV 89101-7071

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD S, STE 4300
Las Vegas, NV 89101-5803

Val Turner Durrant
Acct No In Re: Builder's Capital, Inc.
470 E Bridlewalk Ln
Murray, UT 84107-6623

Valentine S. Hoy
Acct No In Re: Builder's Capital, Inc.
2 Camino Barcelona Pl
Henderson, NV 89011-2406

Valerie Swecker
Acct No In Re: Builder's Capital, Inc.
P.O. Box 25-849
St. Heliers Auckland, 1740
NEW ZEALAND

Valerie Swecker
Acct No In Re: Builder's Capital, Inc.
7925 McDowell Drive
Las Vegas, NV 89129-5533

Valerie Thompson
Acct No In Re: Builder's Capital, Inc.
3860 GS Richards Blvd
Carson City, NV 89703-8422

Velda J. Warren
Acct No In Re: Builder's Capital, Inc.
P.O. Box 174
Verdi, NV 89439

Venko Nikolov
Acct No In Re: Builder's Capital, Inc.
8085 Canto Ave
Las Vegas, NV 89147-5611

Verena Mehler
Acct No In Re: Builder's Capital, Inc.
3913 Oakhill Avenue
Las Vegas, NV 89121-6235

Vernon K. Chun
Acct No In Re: Builder's Capital, Inc.
9 Auburn Crest Ct
Chico, CA 95973-8231
```

Vernon Segale
Acct No In Re: Builder's Capital, Inc.
442 Sierra Leaf Cir
Reno, NV 89511-2050

Verunee Vera Panjanon
Acct No In Re: Builder's Capital, Inc.
13631 Nimes Ct
Chino Hills, CA 91709-1382

Vicki J. Connors
Acct No In Re: Builder's Capital, Inc.
8456 Pacific Spring Avenue
Las Vegas, NV 89117-1809

Vicki J. Connors
Acct No In Re: Builder's Capital, Inc.
P.O. Box 420
Onaga, KS 66521-4213

Vicky Dages
Acct No In Re: Builder's Capital, Inc.
7822 Bayport Dr
Huntington Beach, CA 92648-5701

VICTOR INVESTMENT HOLDING INC.
Acct No In Re: Builder's Capital
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Victor Investments, LP
c/o Ried Rubinstein & Bogatz
300 South Fourth Street, Suite 830
Las Vegas, NV 89101

Victor Mastin
Acct No In Re: Builder's Capital, Inc.
620 E Eldorado Ln
Las Vegas, NV 89123-0508

VICTOR-VISTA PROPERTIES, LLC
Acct No In Re: Builder's Capital, Inc.
c/o Ried Rubinstein & Bogatz
300 S. 4TH ST, STE 830
LAS VEGAS, NV 89101-6040

Victoria L. Sabia
Acct No In Re: Builder's Capital, Inc.
2720 E Quail Ave
Las Vegas, NV 89120-2443

Vincent Cervoni
Acct No In Re: Builder's Capital, Inc.
2801 Crystal Beach Dr
Las Vegas, NV 89128-6908

Viney Singal
Acct No In Re: Builder's Capital, Inc.
SPSV1, LLC
3800 Howard Hughes Pkwy
7th FLOOR
Las Vegas, NV 89169-0907

Violet Marie Ryder
Acct No In Re: Builder's Capital, Inc.
P.O. Box 441
Mead, WA 99021

Virginia Ciannella
Acct No In Re: Builder's Capital, Inc.
2721 Glencliff Dr
Las Vegas, NV 89134

Virginia Lopez
Acct No In Re: Builder's Capital, Inc.
5538 Bridge Point Dr
Alpharetta, GA 30005-4472

Virginia Whiting
Acct No In Re: Builder's Capital, Inc.
3079 Doubletree Ln
Carson City, NV 89701-6090

W. Bruce Park
Acct No In Re: Builder's Capital, Inc.
P.O. Box 427
Gardnerville, NV 89410

Walter J. Davis
Acct No In Re: Builder's Capital, Inc.
1592 Fieldbrook St
Henderson, NV 89052-6444

Warren T. Dugan
Acct No In Re: Builder's Capital, Inc.
2715 Osborne Ln
Henderson, NV 89014-3732

Wayne Duling
Acct No In Re: Builder's Capital, Inc.
5517 Adeline Ct
Agoura, CA 91301-4022

Wayne Loren Wilcox
Acct No In Re: Builder's Capital, Inc.
1077 Quiet Summit Pl
Henderson, NV 89052-5752

Wayne R. Nippe
Acct No In Re: Builder's Capital, Inc.
2341 Sterling Heights Dr
Las Vegas, NV 89134-0410

Wells Fargo Card Services
Acct No ending in 9829
Consumer Credit Card Services
P.O. Box 30086
Los Angeles, CA 90030-0086

WH "Toby" Tobeler
Acct No In Re: Builder's Capital, Inc.
P.O. Box 3297
Reno, NV 89505

William A. Carone
Acct No In Re: Builder's Capital, Inc.
3125 Quarry Rd
Manchester, NJ 08759-5420

William A. Kissam
Acct No In Re: Builder's Capital, Inc.
1720 Plata Pico Dr
Las Vegas, NV 89128-7360

William A. Kissam
Acct No In Re: Builder's Capital, Inc.
3044 Crib Point Dr
Las Vegas, NV 89134-7401

William C. Campbell
Acct No 191-12-610-022
1733 Warrington Dr
Henderson, NV 89052-6801

William C. Palmer
Acct No In Re: Builder's Capital, Inc.
2316 Buckboard Ln
Las Vegas, NV 89123-2071

William D'Andrea
Acct No In Re: Builder's Capital, Inc.
1931 Valley Center Dr
Henderson, NV 89052-7045

William Dean Harrold
Acct No In Re: Builder's Capital, Inc.
796 Bolle Wy
Henderson, NV 89012-7201

William Donoho
Acct No In Re: Builder's Capital, Inc.
3958 Topawa Drive
Las Vegas, NV 89103-2511

William Douglas Hitt
Acct No In Re: Builder's Capital, Inc.
1322 Pine St
Calistoga, CA 94515-1739

William Dukich
Acct No In Re: Builder's Capital, Inc.
3437 S Carolina St, #1
San Pedro, CA 90731-6829

William E. Anderson
Acct No In Re: Builder's Capital, Inc.
1160 9th St
Manhattan Beach, CA 90266-6016

William E. Marshall
Acct No In Re: Builder's Capital, Inc.
13526 Kibbings Rd
San Diego, CA 92130-1242

William G. Sousoures
Acct No In Re: Builder's Capital, Inc.
1425 Smith St
Las Vegas, NV 89108

William Harrison
Acct No In Re: Builder's Capital, Inc.
5640 W Cougar Ave
Las Vegas, NV 89139-6934

William Holland
Acct No In Re: Builder's Capital, Inc.
2810 W Charleston Blvd, STE G70
Las Vegas, NV 89102-1905

William Holland
Acct No In Re: Builder's Capital, Inc.
8037 Villa Belen St
Las Vegas, NV 89131-1685

William J. Smith
Acct No In Re: Builder's Capital, Inc.
2740 Kona Crest Ave
Henderson, NV 89052-5010

William K. Stephen
Acct No In Re: Builder's Capital, Inc.
2104 Bay Tree Dr
Las Vegas, NV 89134-5236

William Kissam
Acct No In Re: Builder's Capital, Inc.
3420 Fledgling Dr
North Las Vegas, NV 89084-2314

William Kostechko
Acct No In Re: Builder's Capital, Inc.
5415 W Harmon Ave, #1035
Las Vegas, NV 89103-5097

William Lawrence
Acct No In Re: Builder's Capital, Inc.
c/o Polycomp Administrative Services
6400 Canoga Ave, STE 250
Woodland Hills, CA 91367-2400

William Little
Acct No In Re: Builder's Capital, Inc.
601 Jakes Hill Ct
Reno, NV 89519-7932

William Majersky
Acct No In Re: Builder's Capital, Inc.
3733 S Sheridan Dr
Muskegon, MI 49444-4150

William N. Spann
Acct No In Re: Builder's Capital, Inc.
2595 Highmore Avenue
Henderson, NV 89052-6935

William O. Roberts
Acct No In Re: Builder's Capital, Inc.
1917 Golden Rain Rd, APT 7
Walnut Creek, CA 94595-2127

William R. Boyd
Acct No In Re: Builder's Capital, Inc.
2950 Industrial Rd
Las Vegas, NV 89109-1100

William R. Boyd
Acct No In Re: Builder's Capital, Inc.
3883 Howard Hughes Pkwy, 9TH FLOOR
Las Vegas, NV 89169-0924

William R. Clarke
Acct No In Re: Builder's Capital, Inc.
725 Virginia Street
El Segundo, CA 90245-2124

William R. Godfrey
Acct No In Re: Builder's Capital, Inc.
7250 Birkland Ct
Las Vegas, NV 89117-3167

William R. Koch
Acct No In Re: Builder's Capital, Inc.
4520 S Pecos Rd, STE 4
Las Vegas, NV 89121-5923

William R. Long
Acct No In Re: Builder's Capital, Inc.
93 Broken Rock Drive
Henderson, NV 89074-1041

William Robinson
Acct No In Re: Builder's Capital, Inc.
c/o Conway Stuart & Woodbury CPA's
4021 Meadows Lane
Las Vegas, NV 89107-3100

William Stallings
Acct No In Re: Builder's Capital, Inc.
8340 Greensboro Dr, #302
McLean, VA 22102-3503

Willis M. Russell
Acct No In Re: Builder's Capital, Inc.
4663 Surveyor St
Las Vegas, NV 89103-4545

Yong Bennett
Acct No In Re: Builder's Capital, Inc.
1904 Quail Point Court
Las Vegas, NV 89117-1899

Yvonne E. Dory
Acct No In Re: Builder's Capital, Inc.
30 Mary Street, STE 12
Reno, NV 89509-2828

Zhimin Chen
Acct No In Re: Builder's Capital, Inc.
4546 Mt Bachelor Dr
Reno, NV 89436-2600

Zoe Brown
Acct No In Re: Builder's Capital, Inc.
2877 Paradise Road
#803
Las Vegas, NV 89109

Zoltan Hollo
Acct No In Re: Builder's Capital, Inc.
8936 Spanish Ridge Avenue
Las Vegas, NV 89148

Zora Carlton
Acct No In Re: Builder's Capital, Inc.
6124 Kami Street
North Las Vegas, NV 89081

# United States Bankruptcy Court
## District of Nevada

In re   **Builder's Capital, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Builder's Capital, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brockman Family Trust
221 POSITIVE POINT ST
HENDERSON, NV 89012-5499**

☐ None [*Check if applicable*]

**May  3, 2016**

Date

**/s/ Matthew L. Johnson**

**Matthew L. Johnson 6004**

Signature of Attorney or Litigant

Counsel for   **Builder's Capital, Inc.**

**JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865
(702) 471-0065 Fax:(702) 471-0075
mjohnson@mjohnsonlaw.com**